# IN THE UNITED STATED DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| DANIEL THOMAS ROBBINS,<br>    Plaintiff,<br>v.<br><br>THE CITY OF DES MOINES, IOWA, Des Moines Police Detective BRAD YOUNGBLUT, Des Moines Police Lieutenant JOSEPH LEO, and Des Moines Police Sergeant CHRISTOPHER CURTIS,<br>    Defendants. | Case No. 4:18-CV-289<br><br>MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS CITY OF DES MOINES, BRADLEY YOUNGBLUT, JOSEPH LEO, AND CHRISTOPHER CURTIS |

1. A defending party is entitled to summary judgment on any claim against it "if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." FED.R.CIV.PRO. 56(c).

2. Based upon the Statement of Material Facts and Brief in Support of the Defendants Motion for Summary Judgment, both of which are filed contemporaneously and by reference incorporated herein, the Defendants are entitled to judgment as a matter of law on all claims.

3. Specifically, Defendants Youngblut, Leo and Curtis assert they are immune from liability on Plaintiff's claims against them, both individually and in their official capacities, nor could a reasonable jury find for Plaintiff under the counts alleged against them.

4. The Defendant City of Des Moines, Iowa, further maintains that the facts, even viewed in the best possible light for the Plaintiff, could not lead a reasonable juror to find for the Plaintiff in regard to counts alleged against it.

5. In support of this Motion for Summary Judgment the Defendants enclose with this Motion, a Statement of Undisputed Material Facts; an Appendix; and a Brief in Support of Defendants' Motion for Summary Judgment.

WHEREFORE, the Defendants City of Des Moines, Youngblut, Leo and Curtis respectfully request the court enter summary judgment in their favor on all counts asserted against them.

Respectfully Submitted,

/s/ Michelle Mackel-Wiederanders
Michelle Mackel-Wiederanders
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
Telephone: (515) 283-4537
Facsimile: (515) 237-1748
E-Mail:  MRMackel@dmgov.org
ASSISTANT CITY ATTORNEY

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system:

*/s/Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders
Assistant City Attorney