IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DANIEL THOMAS ROBBINS,<br>    Plaintiff,<br><br>v.<br><br>THE CITY OF DES MOINES, IOWA, Des Moines Police Detective BRAD YOUNGBLUT, Des Moines Police Lieutenant JOSEPH LEO, and Des Moines Police Sergeant CHRISTOPHER CURTIS,<br>    Defendants. | Case No. 4:18-CV-289<br><br><br>DEFENDANTS APPENDIX TO STATEMENT OF UNDISPUTED FACTS |

## TABLE OF CONTENTS

Description          Page

City of Des Moines Police Report Case Summary Report (2018-0013969). ........................3

City of Des Moines Police Department Item Release Form. .................................................12

Correspondence, dated May 16, 2018 ...................................................................................14

Affidavit of Detective Bradley Youngblut ...........................................................................16

Vehicle Larceny Report (17-6549). .......................................................................................20

Vehicle Larceny Report (17-40980). .....................................................................................23

Vehicle Larceny Report (18-11685). ....................................................................................25

Patrol Services Bureau Standard Operating Procedure, Chapter 10—Field Operations. ......28

51st Recruit Training Class Manual/Syllabus .......................................................................33

54th Recruit Training Class Manual/Syllabus .......................................................................93

60th Recruit Training Class Manual/Syllabus. ....................................................................139

Exterior Camera- East.........................................................................................................CD*

Exterior Camera -Southeast ...............................................................................................CD*

NCU-Exterior-West ............................................................................................................CD*

Appendix 1

*Hand-Delivered

Officer Michelle Strawser Dash Camera ..............................................................................CD*

Officer Michelle Strawser Body Camera..............................................................................CD*

Detective Bradley Youngblut Body Camera .......................................................................CD*

Lieutenant Joseph Leo Body Camera ..................................................................................CD*

Appendix 2

*Hand-Delivered

# Case Summary Report

| | | |
|---|---|---|
| **Agency:** DMPD | **Case Number:** 2018-0013969 | **Date:** 1/15/2019 09:34:03 |
| | | **Last Modified:** 6/5/2018 14:16:44 |

## Incident Information

| Date/Time Reported | Date/Time Found | Date/Time Found | Officer |
|---|---|---|---|
| 05/10/2018 11:39 | 05/10/2018 11:30 | 05/10/2018 11:32 | (708872) STRAWSER, MICHELLE M |

| Incident Location | Supervising Officer |
|---|---|
| 25 E 1st St, Des Moines, IA 50309 | (674585) WESSELS, GREGG R |

| Case Status | Disposition |
|---|---|
| CASE FILED | |

## Charges

| **1** | Charge Type | Description | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|
| | Municipal | SUSPICIOUS ACTIVITY | | 999 | 999 | ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol  ☐ Drugs  ☐ Computers | GOVERNMENT/PUBLIC | | ☐ Yes  ☐ No | 1. |

| Entry | Exit | Criminal Activity | |
|---|---|---|---|
| | | | 2. |
| | | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Suspects

| Seq. # | Type | Name(Last, First, M) | | | | |
|---|---|---|---|---|---|---|
| **1** | INDIVIDUAL | ROBBINS, DANIEL THOMAS | | | | |

| AKA | | Race | Sex | DOB | Age |
|---|---|---|---|---|---|
| | | W | M | | 51 |

| Height | Weight | SSN |
|---|---|---|
| 5'10" | 175 lbs | |

| Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone |
|---|---|
| CLEAR CHANNEL RADIO            / | |

**Scars, Marks, Tatoos or other distinguishing features**

**Physical Characteristics**

**Suspect Details**

# Case Summary Report

**Agency:** DMPD          **Case Number:** 2018-0013969          **Date:** 1/15/2019 09:34:03

**Last Modified:** 6/5/2018 14:16:44

## Assisting Officers

(708872) STRAWSER, MICHELLE M

## Attachments

### PROP REPORT



Des Moines Police Department
25 E 1st Street
Des Moines, IA 50309
Property Report

Date Printed: 05/30/2018 03:51 PM

**Case Information**
Case Number: 18-13969
Offense Date: 05/02/2018 02:35 PM
Offense Type: Suspicious Activity
Offense Location: 25 East 1st Street, Des Moines, IA, USA

**Item Information**
Case #: 18-13969 Item #: 172423
Description: Canon Powershot Digital Camera
Category: Camera
Item Location: 25 East 1st Street, Des Moines, IA, USA
Recovery Date: 05/10/2018 05:46 PM
Recovered By: Bradley Youngblut (byoungblut@dmgov.org)

Case #: 18-13969 Item #: 172424
Description: Samsung Galaxy Prevail LTE
Category: Cellular Phone
Item Location: 25 East 1st Street, Des Moines, IA, USA
Recovery Date: 05/10/2018 05:46 PM
Recovered By: Bradley Youngblut (byoungblut@dmgov.org)

### MISC



DICKEY&CAMPBELL
LAW FIRM P.L.C.

May 30, 2018

VIA EMAIL TO
& U.S. MAIL TO:

Bradley Youngblut
Des Moines Police Department
25 East 1st Street
Des Moines, Iowa 50309

Re: Daniel Robinson, 2018-13969

Dear Detective Youngblut:

I am writing on behalf of Daniel Robinson with respect to his potential claims arising from his detention, search, and seizure of property.

# Case Summary Report

**Agency:** DMPD          **Case Number:** 2018-0013969          **Date:** 1/15/2019 09:34:03
**Last Modified:** 6/5/2018 14:16:44

## ITEM REL



## PIC



# Case Summary Report

**Agency:** DMPD          **Case Number:** 2018-0013969          **Date:** 1/15/2019 09:34:03
**Last Modified:** 6/5/2018 14:16:44

## Notes/Narratives

Update Suspect info:  address 733 26th St

At approx. 1132 hours I was flagged down by Ident Tech A. Dierenfeld # 8620 regarding a suspicious male taking photographs and possibly videos.  I made contact with her as I was leaving the east parking lot.  Angie told me she observed the male taking pictures of her and her personal vehicle as she was leaving the police station.  She also observed him taking photos of another employee`s vehicle parked near the Ident garage doors.  I observed the individual standing on the west sidewalk, just south of the ident garage, holding a camera in front of him.  It appeared he was taking photos.  Prior to making contact with the male, I spoke with another officer who had walked into the area.  He noticed I did not have my body camera on my uniform.  I notified dispatch I was out with a suspicious person and then went back into the station to retrieve my body camera from the charger where I had left it.

While inside the station, I notified Lt. Leo and Sgt. Curtis of this individual and my intention to make contact with him.  Both came outside with me.

The male was found to be further south than where I had initially observed him.  He was standing on the west side of the road across from the narcotics office.  He was leaning forward with his hands placed on an officer"s vehicle.  Other officers had noticed his suspicious behavior and had made contact with him.

Detective Youngblut spoke with the male.  The male would not provide information regarding why he was photographing and/or making video of officer`s personal vehicles as well as marked squad cars, to include a marked Polk County vehicle.  It was explained to Mr. Robbins that there has been recent criminal activity in the employee parking lot.  He refused to provide information as to why he was in the area taking photographs of marked and unmarked police vehicles, employee vehicles and police employees.

The male eventually provided his name as Daniel Robbins.

Detective Youngblut confiscated his camera and telephone:  Canon Camera, Samsung Cell Phone

Robbins left the area walking north bound on E. 2nd Street.

# Case Summary Report

**Agency:** DMPD          **Case Number:** 2018-0013969          **Date:** 1/15/2019 09:34:03

**Last Modified:** 6/5/2018 14:16:44

## Notes/Continuation

# Case Summary Report

**Agency:** DMPD          **Case Number:** 2018-0013969          **Date:** 1/15/2019 09:34:03

**Last Modified:** 6/5/2018 14:16:44

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/05/2018 14:16:50 | CIB SUPPLEMENTAL | (714576) YOUNGBLUT, BRADLEY T |
| Contact Name | | Supervising Officer |
| | | |

5964

## Supplement Notes

CIB supplemental report dictated on 5 June 2018.  Case considered Case Filed.

# Case Summary Report

| | | |
|---|---|---|
| **Agency:** DMPD | **Case Number:** 2018-0013969 | **Date:** 1/15/2019 09:34:03 |
| | | **Last Modified:** 6/5/2018 14:16:44 |

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/06/2018 10:42:31 | CIB SUPPLEMENTAL | (714576) YOUNGBLUT, BRADLEY T |
| Contact Name | | Supervising Officer |
| | | |

5964

## Supplement Notes

OFFICER: B. Youngblut #4969

CASE: 2018-13969

OFFENSE: Suspicious Activity.

DATE & TIME OF REPORT: 05 June 2018, 1400 hrs.

DATE & TIME OCCURRED: 10 May 2018, 1139 hrs.

STATUS: Case Filed.


1. SUSPECT INFORMATION:

A. Robbins, Daniel Thomas, WM (DOB ██████).  Address: ████████████


2. NARRATIVE:

A. On 10 May 2018, I observed a male (later identified to be Daniel Thomas Robbins) in the area of the police department employee parking area and the narcotics office to the south of the police station. At that point in time, I observed the male standing on E 2nd taking pictures.  At that point in time, I observed the male taking multiple pictures of vehicles and vehicle license plates directly adjacent to the narcotics office.  As I observed this, I observed the male taking what appeared to be video or photos of both officer`s personal vehicles as well as unmarked undercover narcotics vehicles.

B. At this point in time, I watched this male as I made contact with Lieutenant Rhamy in the parking area of E 2nd.  At that point in time, I asked Lieutenant Rhamy if he knew what the male was doing and he indicated he did not.  At that point in time, I made myself known as the activity of Daniel Robbins appeared suspicious and his intentions were unknown.  At that point in time, I pulled up alongside Mr. Robbins and it was clear he was recording me with his camera.  At that point in time, I asked Mr. Robbins what he was doing, why he was taking pictures of the vehicles.

C. Throughout the conversation, I was seated inside of my assigned unmarked police vehicle as Daniel Robbins appeared to record me.  Through that conversation, Mr. Robbins would not answer any questions nor would he explain his intentions and why he was taking pictures of personal police vehicles and unmarked undercover cars.  Mr. Robbins asked if he was being detained and asked what was suspicious in nature.  I attempted to explain and reason with Mr. Robbins that his actions were suspicious and all I was trying to determine were his intentions with the photographs.

D. It should be noted at that point in time, I learned that a call had been made to police dispatch.  I was then made aware that a trip was created and officers were tripped to check on Daniel Robbins and his suspicious activity in the area of the police department.  At that point in time, several

# Case Summary Report

**Agency:** DMPD          **Case Number:** 2018-0013969          **Date:** 1/15/2019 09:34:03

**Last Modified:** 6/5/2018 14:16:44

other members of the Des Moines Police Department responded to the area and contact was made with Daniel Robbins.

E. When asked his identity, Daniel Robbins refused to provide that information initially, indicating he wanted to know if he was detained and what was suspicious. With a body camera activated, the entire conversation was recorded following the exit of my assigned police vehicle and the contact made by the other officers including Lieutenant Joe Leo, Sergeant Chris Curtis, Officer Greg Morris, Officer Michelle Strawser, and Lieutenant Josh Rhamy.

F. During the interactions, Daniel Robbins refused to acknowledge his intentions. As of this time, it can only be assumed why he was taking pictures of the unmarked police vehicles and the personal vehicles of officers.

G. With Daniel Thomas Robbins` refusal to cooperate, he was searched by Lieutenant Leo and ultimately his camera and phone were taken from him as he refused to acknowledge his intentions and explain what he was doing behind the police station. At that point in time, he was informed of the recent theft of two vehicles from that rear lot as well as his proximity to undercover vehicles parked in that area. Without Mr. Robbins explaining any of his intent in regards to his activity, he was spoken to and ultimately released. The entire interaction with the officers was recorded on a body camera and has been downloaded for preservation within the case.

H. On 10 May 2018, I placed the property belonging to Daniel Robbins on Property, specifically a Canon Powershot Digital Camera and a Samsung Galaxy Prevail LTE. Those items were placed on Property on 10 May 2018 at approximately 1546 hrs.

I. At that point in the investigation, the intentions of Daniel Robbins were completely unknown and could only be assumed based on social media and YouTube postings. Online videos and pictures appear to show Daniel Robbins in various locations in Downtown Des Moines and in some videos confronting others about allowing him to record them, specifically construction crews at the Court Avenue Judicial Complex. Based on this, his intentions can only be assumed that he was taking photographs of vehicles in the No Parking Area. But without his full explanation and acknowledgement of this, it remains unknown.

J. In a letter dated the 16th of May 2018 sent via email and by U.S. Mail, I received a letter from Dickey and Campbell Law Firm. The letter, which has been scanned into I/Leads and will be held with this case, is written on behalf of Daniel Robbins by Attorney Gary Dickey. Gary Dickey documents a preliminary investigation based solely on the information provided by Daniel Robbins. The preliminary investigation documented by Attorney Dickey does not document that his client refused to acknowledge his intentions and the reason for the suspicious activity. At one point in the letter, it does make reference to him photographing a uniformed officer parked illegally. Based on this thought, the only acknowledgment that this is his intentions is again the statement of Gary Dickey in this letter.

K. A copy of the letter was provided to command staff of the Des Moines Police Department and Department Attorney Doug Phillip.

L. After conferring with command staff of the Des Moines Police Department, it was ultimately determined that further follow-up would be conducted by Doug Phillip in regards to the letter and this case.

M. It was approved by command staff to release the property, specifically the Canon Powershot Digital Camera and the Samsung Galaxy Prevail Phone back to Daniel Robbins. This would be relayed through Doug Phillip.

N. No further investigation is to be conducted in regards to the camera or the phone. The photographs and video taken by Daniel Robbins are unknown.

O. As of this time, it is unclear why Daniel Robbins was in the rear lot of the Des Moines Police Department along E 2nd taking pictures of unmarked police vehicles and personal police vehicles. As stated earlier in this supplemental report, his intentions can only be assumed but cannot be confirmed as he chose not to speak or cooperate with police.

P. That will document this supplemental report and follow-up in regards to the suspicious activity that occurred on 10 May 2018. Any further

# Case Summary Report

| | | |
|---|---|---|
| **Agency:** DMPD | **Case Number:** 2018-0013969 | **Date:** 1/15/2019 09:34:03 |
| | | **Last Modified:** 6/5/2018 14:16:44 |

investigation by this detective will be documented in further supplemental reports.


TYPED BY: Mindy Herink.

# Des Moines Police Department

25 E 1st Street
Des Moines, IA 50309

## Item Release Form

**Case #** 18-13969

**Release to:**
**Owner:** Daniel Thomas Robbins    **Mobile Phone:**    **Address:** ███████████████████████

**Item #:** 173423   **Description:** Canon Powershot Digital Camera

**Item #:** 173424   **Description:** Samsung Galaxy Prevail LTE

I, the undersigned, acknowledge receipt of the above listed property.

Received By: _____     Date _5/22/18_

**Authorized By:** Bradley Youngblut (btyoungblut@dmgov.org)

**Date:** _____

**Appendix 12**

18-13969



**Appendix 13**

# DICKEY&CAMPBELL
## LAW FIRM P.L.C.



Gary Dickey Jr.
gary@dickeycampbell.com

Angela Campbell
angela@dickeycampbell.com

May 16, 2018

DMPD  SUPP
2018- 13969
YouwGBLuT 4969

**VIA EMAIL TO**:   btyoungblut@dmgov.org
**& U.S. MAIL TO**:

Bradley Youngblut
Des Moines Police Department
25 East 1st Street
Des Moines, Iowa  50309

Re:  Daniel Robbins, 2018-13969

Dear Detective Youngblut:

I am writing on behalf of Daniel Robbins with respect to his potential claims arising
from his detention, search, and seizure of property.  To that end, please direct all
future correspondence concerning Mr. Robbins to my attention.

My preliminary investigation reveals that at approximately 11:30 a.m. on May 10th,
Mr. Robbins was walking along the west side of East 2nd Street when he began to
take photographs and video of a uniformed officer who appeared to be illegally
parked.  He was lawfully present on a public sidewalk, taking photographs of
images that were in plain view, and not interfering with any legitimate law
enforcement operations.  He reports that you and several other officers detained
him, frisked him, seized his camera and cell phone, and then let him go.

On these facts, it appears that the stop was conducted without any reasonable
articulable suspicion that Mr. Robbins was involved in criminal activity.  There was
even less reason to believe that he was armed and presented a danger to your safety
to justify the pat-down.  *Sibron v. New York*, 392 U.S. 40, 64 (1968) ("The police
officer is not entitled to seize and search every person whom he sees on the street or
of whom he makes inquiries").  Accordingly, Mr. Robbins demands that you
immediately return his camera and cell phone.  Additionally, I request that you
take all necessary steps to preserve any evidence (including audio, video, and digital
evidence) related to Mr. Robbins' detention, search, and seizure.  If you fail to take
appropriate steps, and evidence is subsequently lost as a result, a judge or jury may
consider this correspondence as proof of bad faith on your part.

2018 MAY 17  AM 8: 05

**Appendix 14**

If there are facts of which I am not aware that you wish to share with me, please feel free to contact me directly by phone or email.  I look forward to your response.

Sincerely,

Gary Dickey
Managing Member

**Appendix 15**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DANIEL THOMAS ROBBINS,<br>    Plaintiff,<br>v.<br><br>THE CITY OF DES MOINES, IOWA, Des Moines Police Detective BRAD YOUNGBLUT, Des Moines Police Lieutenant JOSEPH LEO, and Des Moines Police Sergeant CHRISTOPHER CURTIS,<br>    Defendants. | Case No. 4:18-CV-289<br><br>AFFIDAVIT OF DETECTIVE BRADLEY YOUNGBLUT |

STATE OF IOWA    )
                 ) ss:
COUNTY OF POLK  )

I, Bradley Youngblut, after first being duly sworn upon oath, do depose and state as follows:

1. My name is Bradley Youngblut.

2. I am a detective with the Des Moines Police Department.

3. I have been employed with the Des Moines Police Department for approximately 17 ½ years.

4. As I walked toward my car on May 10, 2018 from the Police Department, I observed Mr. Robbins filming or taking photographs of several vehicles parked on the west side of East 2nd Street and Detective Demoss as he walked to the rear of the police department.

5. I was parked in an adjacent lot and remained in my vehicle observing Mr. Robbins for several minutes.

6. In the immediate vicinity are personal vehicles of officers, official police vehicles, seized vehicles from criminal activity, and undercover vehicles.

7. Seated in my car facing southbound adjacent to East 2nd Street, I observed Mr. Robbins recording vehicles, license plates, and officers and civilian employees entering and leaving the Police Department.

**Appendix 16**

8.  I became concerned about his intentions based on these actions.

9.  I was aware that vehicles had been stolen from and vandalized in this same area where police officers park personal vehicles, official vehicles, seized vehicles and undercover vehicles.

10. Approximately three weeks prior to encountering Mr. Robbins, I knew about a vehicle being stolen in that same police parking area.

11. It appeared to me that he was monitoring activity around the station, including the movement of officers and their vehicles.

12. For several minutes, he continued filming or photographing personal vehicles of officers, license plates, and at the windows of vehicles.

13. I noticed Lieutenant Rhamy standing outside a vehicle talking to another officer and pulled alongside them and asked what Robbins was doing. They expressed not knowing what he was doing but they were concerned as well.

14. I then started to hear dispatch sending an officer out to investigate a suspicious person filming Police Department employee in the rear lot of the station.

15. I then pulled up alongside Mr. Robbins and asked what he was doing. It appeared he began filming me by placing his camera on the bed of a truck parked there and pointing it at me.  I could observe him operating the controls as though he was zooming in on me.

16. When I asked him what he was doing; he refused to answer my question and explain his intentions.  I explained his actions seemed suspicious and he refused to provide any explanation as to what he was doing and why.

17. At that point I could see other officers approaching from the station toward Mr. Robbins so I exited my vehicle and activated my body camera.

18. As can be seen on body camera video, Mr. Robbins refused to explain what he was doing there and why he was photographing vehicles and individuals coming and going from the Police Department.

19. I advised Mr. Robbins of the thefts and vandalism of vehicles in the immediate area.

20. I advised Mr. Robbins that his behavior was suspicious and that his refusal to answer questions about his purpose and intent for being there and photographing officers and

**Appendix 17**

civilian staff was another reason for suspicion; he still refused to provide an explanation or to even disclose his name.

21. In my experience, the Des Moines Police Department has had individuals tracking movements of officers for criminal purposes.

22. One example of this behavior occurred with the murders of Des Moines Police Sergeant Anthony Beminio and Urbandale Police Officer Justin Martin; I was the lead investigator on that case and am aware of the evidence in that investigation. The suspect of that investigation had a history of filming police officers and his interactions with them and posting them online. He also utilized his knowledge of the activities of the Urbandale Police Department in an effort to lure an officer into the ambush he committed upon Officer Justin Martin. Utilizing his own personal knowledge and experience with the officers, the suspect explained to this detective that this was how he was able to create the situation resulting in the death of Officer Martin and leading to the death of Sergeant Beminio.

23. Due to my experience with individuals targeting officers for criminal purposes, Mr. Robbins behavior in monitoring police activity and vehicles, in an area that had several times been the scene of vehicle thefts and vandalism, combined with his refusal to respond to questions about his purpose for being there and monitoring police activity and vehicles, lead me to briefly detain him and to seize his camera and camera phone. At that point in time the intentions of Mr. Robbins as well as complete knowledge of where he had filmed, photographed or monitored around the back of the police station was unknown and created the circumstances of making his actions seem suspicious in nature and a possible threat to the safety of both officers and civilian employees of the Des Moines Police Department.

24. Further investigation found that Mr. Robbins has a YouTube page with videos of similar interactions he has had around the Des Moines Metro area challenging his right to film anyone he wishes, including both police officers and private citizens. Mr. Robbins' page also includes anti-police news stories and other unfavorable references to law enforcement activities. I also learned that Mr. Robbins regularly takes photographs of Police Department vehicles that he believes to be illegally parked.

25. Once the Department got the May 16, 2018, demand for Robbins' property to be returned, the situation was discussed with Command Staff of the Des Moines Police Department. It was determined, based on information known at that time and the investigation of Mr. Robbins and his most likely intentions, to release the items back to Mr. Robbins.

**Appendix 18**

Further the affiant sayeth naught.

_____
Bradley Youngblut

Subscribed and sworn to before me this ___9th___ day of April 2019.

Notary Public

BETHANY HEMPEL
COMMISSION NO. 751276
MY COMMISSION EXPIRES
9.19.20

**Appendix 19**

# VEHICLE LARCENY REPORT
### DES MOINES, IOWA POLICE DEPARTMENT

| | | |
|---|---|---|
| 1. OWNERS NAME ( LAST, FIRST, MIDDLE )     R/S/A **WF77** | 2. CASE NUMBER **2017-6549** |

| 19. BEAT **44** | 20. OWNER'S SNN / DOB **11/23/1934** | 3. OWNERS ADDRESS | 4. RES PHONE |
|---|---|---|---|
| 21. OWNERS OCCUPATION **None** | 22. HOURS OF EMPLOY **N/A** | 5. WHERE EMPLOYED **N/A** | 6. BUS. PHONE |
| 23. REP. PERSONS OCCUPATION **N/A** | 24. HOURS OF EMPLOY **N/A** | 7. LOCATION OF THEFT **102 E 2nd St** | 8. LOCATION WHERE REPORT WAS TAKEN **102 E 2nd St** |
| 25. DESCRIBE VEHICLE USED BY SUSPECTS **Unk** | | 9. PERSON REPORTING THEFT | 10. SOBRIETY **SBR** | 11. RES. PHONE |
| 26. DESCRIBE SUSPECTS ( NAME OR PHYSICAL DESCRIPTION ) | | 12. REPORTING PERSONS RES. ADDRESS | 13. BUS. PHONE |
| 27. ARRESTS ( NAME, ADDRESS, ARREST NO. ETC. ) **( 1 )** | | 14. DATE / TIME STOLEN **2 Mar 17  0825** | 15. DATE / TIME REPORTED **2 Mar 17  0825** |
| **( 2 )** | | 16. CRIME **VEHICLE LARCENY** | 17. TYPE VEHICLE TAKEN **Sporty Car** | 18. CLASSIFICATION |

| 28. COLOR **White** | YEAR **2012** | MAKE **Dodge** | MODEL **Challenger** | BODY STYLE **2D** | OTHER |
|---|---|---|---|---|---|
| 29. LICENSE NUMBER **DSK502** | STATE **IA** | YEAR **2017** | 30. VEHICLE IDENTIFICATION NUMBER **2C3CDYBT1CH293774** | | |

| 31. IDENTIFYING FEATURES INCLUDING PRIOR DAMAGE **2 orange hash mark stripes on both front fenders** | 32. TOTAL VALUE **$20,000** | 33. VEHICLE LOCKED YES ☒ NO ☐ KEY IN VEHICLE YES ☐ NO ☒ |
|---|---|---|

| 34. WITNESS **Off Fong** | RESIDENCE ADDRESS **DMPD** | CITY | RES. PHONE MAR | BUS. PHONE **237-1566** 2017 |
|---|---|---|---|---|

| Item No. | 27. NARRATIVE: (1) CONTINUATION OF ABOVE ITEM NUMBERS INCLUDING ADDITIONAL INFORMATION AND WITNESSES. (2) BRIEF DESCRIPTION OF INCIDENT INCLUDING SEQUENCE AND ADDITIONAL DETAILS. |
|---|---|
| | On 28 Feb 2017, at approximately 1530hrs, the above listed vehicle was traffic stopped as part of a narcotics investigation under DM 17-6342.  The driver,     was arrested and transported to Polk County Jail for possession with intent to deliver schedule 2- methamphetamine. I had known from prior narcotics investigations into     that he typically owns and operates vehicles under his mother's name, |
| | The vehicle was searched and impounded to the DMPD parking area in order to investigate the lien on the vehicle for possible civil forfeiture in connection with the narcotics investigation.  The vehicle was locked and the key was secured in the DMPD NCS evidence storage area. |
| | On 2 Mar 2017, at approximately 0745hrs, I arrived to work and observed the white Dodge Challenger parked where it had been on 28 Feb 2017.  At approximately 0830hrs, Off Evans inquired about the vehicle and the forfeiture status.  A few minutes later Off Evans told me the vehicle was missing.  I went outside and also observed the vehicle to be missing.  I observed the vehicle key to still be in the evidence storage area. |
| | At approximately 0900hrs I checked surveillance cameras at MidAmerican and the Federal Building and observed the vehicle northbound on E 2nd St, fail to stop at the stop sign and then travel eastbound on Court Ave at approximately 0825hrs. |

| 36. COMPLAINTS SIGNATURE **X** | |
|---|---|
| 37. REPORTING OFFICER **Fong, M** | IDENT NO. **5040** | CONTINUE NARRATIVE ON BACK |
| 38. SECOND OFFICER | IDENT NO. | **DISPATCH** |

| SUPERVISOR APPROVING | IDENT NO. | 39. REVIEWER *DSWork05* | 42. RADIO BROADCAST BY DISPATCHER # | 43. DATE **3/2/17** | 44. TIME **1442** |
|---|---|---|---|---|---|
| 40. INVESTIGATION STATUS ☐ OPEN ☐ SUSPENDED ☐ CLOSED | | | 45. OPERATOR ENTER ☐ **9163** | DATE / TIME **20170302** | **1441** |
| 41. CLEARANCE CLASSIFICATION ☐ UNFOUNDED ☐ CLEARED BY ARREST ☐ EXCEPT CLEARED | | | 46. NCIC NO. **V10906922** | 47. IOWA NO. **710958 54** | |
| 48. UNIT REFERRED TO | | | **CTB** | | |

70-129-3 ( REV. APRIL. 1998 )

**Appendix 20**

| 49. OWNERS NAME ( LAST, FIRST, MIDDLE )<br>**Solem, Marianne** | 50 PAGE  2  OF  2 | 51. CASE NUMBER<br>**2017-6549** |
|---|---|---|

| Item<br>No. | Based upon prior information I had received prior to the narcotics investigation under 17-6342, I believed this offense to have been committed by either ▮▮▮▮▮▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮ ▮▮▮▮▮▮<br><br>I noted that both ▮▮▮▮▮ and ▮▮▮▮▮▮ had bonded out of jail but that ▮▮▮▮ was still in custody. Off Carney and Off J. Robinson checked several addresses associated with both individuals but were unsuccessful in locating the vehicle.<br><br>I spoke with ▮▮▮▮ at the jail, and he advised that ▮▮▮▮▮ likely has the second key to the vehicle and likely has the car. ▮▮▮▮ requested that an LMV report be made on the car.<br><br>If this car is located I would like to be notified at ▮▮▮▮▮▮▮ |
|---|---|

| 52. REPORTING OFFICER<br>**Fong, M** | NO<br>**5040** | |
|---|---|---|

**Appendix 21**

**VEHICLE IMPOUND RECOVERY REPORT**
**DES MOINES, IOWA POLICE DEPARTMENT**

| 1. OWNERS NAME ( LAST, FIRST, MIDDLE ) | | 2. CASE NUMBER |
|---|---|---|
| | | 2017-6549 |

| 16. BEAT | 17. PROPERTY SHEET | 3. OWNERS ADDRESS | | 4. RES PHONE | 5. IMP. TAG NO. |
|---|---|---|---|---|---|
| 35 | N/A | | | | |

| 18. METHOD OF THEFT- JUMP, WIRED, TOWED | 19.KEYS LEFT ? YES ☐ NO ☒ | 6. WHERE FOUND ? | 7. DATE / TIME FOUND 16 Mar 17 1530 |
|---|---|---|---|

| 20. RESULTING DAMAGE OR STRIPPING | 8. WHY HELD ? ILL. PARKING ☐  ASSN DET ☐  ASSN TRAFFIC ☐  STOLEN CAR ☒ |
|---|---|
| N/A | DRIVER IN JAIL ☐    ASSN NCU ☐    SAFEKEEPING ☐    OTHER ☐ |

| 21. GENERAL CONDITION | 22. MISSING ACCESSORIES ? | 9. VEH. COLOR | YEAR | MAKE | MODEL | BODY |
|---|---|---|---|---|---|---|
| Good | YES ☐ NO ☒ EXPLAIN IN NARRATIVE | White | 12 | Dodge | Challenger | 2D |

| 23. ARRESTS OR OFFENSES | ( ARREST / SUMMONS # ) | 10. LICENSE NO. | STATE / YR | 11. VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| (1) McGinnis, Nicholas (Warrant) | | DSK502 | IA/17 | 2C3CDYBT1CH293774 |
| (2) | | 12. TOWED TO O.C. | 13. TOW DRIVER / OWNER SIGNATURE Sgt Curtis DMPD | |

| 24. IDENT NOTIFIED ? YES ☐ NO ☒ | 25. CID NOTIFIED ? YES ☒ NO ☐ | 14. CRIME OR OFFENSE Recovered LMV | 15. CLASSIFICATION |
|---|---|---|---|

| 26. WITNESS | RESIDENCE ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| | | | | |

| Item No. | 27. NARRATIVE: ( 1 ) CONTINUATION OF ABOVE ITEM NUMBERS INCLUDING ADDITIONAL INFORMATION AND WITNESSES. ( 2 ) BRIEF DESCRIPTION OF INCIDENT INCLUDING COMPLAINT IF AVAILABLE |
|---|---|

On 16 Mar 2017, I received a phone call at my desk phone from▮▮▮▮who asked me if I had the key to her car. I told▮▮▮▮I did have the key to her car. ▮▮▮▮asked if she could pick it up from me. I asked▮▮▮▮why she wanted the key. ▮▮▮▮reported to me that she received a call from▮▮▮▮informing her of a location where the car may be. I asked▮▮▮▮to provide me with the address. ▮▮▮▮did then provide the following address:▮▮▮▮▮▮▮▮▮▮stated that she was told this is a trailer park in Altoona.

I contacted PCSO dispatch and asked them to send a patrol to the address▮▮▮▮provided in order to look for the above described stolen car. I also told PCSO dispatch that I would be enroute as well. V/NCS Sgt Curtis, and V/NCS Offs Bartak and Herman accompanied me. While enroute I received a call from PCSO Dep Galetich. Dep Galetich said that he and other deputies were checking other nearby trailer parks. The responding deputy did not find the stolen car at lot 60.

Off Bartak spotted the stolen vehicle pulled in to the rear of the driveway at lot 68. I knocked on the door.▮▮▮▮▮▮▮▮DOB▮▮▮▮answered and identified himself as the sole resident of the trailer. I asked▮▮▮▮if he had the keys to the white Challenger. ▮▮▮▮stated that he did not have the keys.▮▮▮▮told me that his friend WM44▮▮▮▮had arrived with a guy named▮▮▮▮a couple of weeks ago and asked to store the Challenger there. ▮▮▮▮did identify a prior jail booking photo of▮▮▮▮▮▮▮▮as the "▮▮▮▮" he had spoken to. ▮▮▮▮reported that▮▮▮▮stated he would be back for the car. ▮▮▮▮also left a red Dodge Ram without license plates in the driveway at that time. The VIN on the Red Dodge Ram with no plates was negative.

I confirmed the license plates and VIN on the Dodge Challenger as the stolen vehicle. I gave the key to Sgt Curtis, who reinflated a low back tire and we delivered the vehicle back to▮▮▮▮▮▮▮▮stated that▮▮▮▮was friends with her grandson▮▮▮▮and▮▮▮▮had asked▮▮▮▮to buy the Challenger and title it for him. ▮▮▮▮was to make payments to▮▮▮▮for the car. I advised▮▮▮▮that▮▮▮▮has a history of asking others to register cars for him as he is not permitted to drive legally. I further advised her that▮▮▮▮was a known drug dealer and using the car as a tool of his drug dealing trade. I have requested a warrant for▮▮▮▮for Theft 1st as the value of the car is greater than $10,000.

*RECEIVED MAR 16 2017 CANCELED* (stamp)

| 28. REPORTING OFFICER Fong, M | IDENT NO. 5040 | CONTINUE NARRATIVE ON BACK |
|---|---|---|
| SECOND OFFICER Curtis, C | IDENT NO. 4802 | **DISPATCH** |

| 29. SUPERVISOR APPROVING | REVIEWER ▮▮▮4805 | 32.RADIO BROADCAST BY DISPATCHER # 8120 | 33. DATE 3/16/17 | 34. TIME 1902 |
|---|---|---|---|---|

| 30. INVESTIGATION STATUS ☐ OPEN   ☐ SUSPENDED   ☒ CLOSED | CANCEL ☒ | OPERATOR 8129 | DATE / TIME 3/16/17 1902 |
|---|---|---|---|

| 31. CLEARANCE CLASSIFICATION ☐UNFOUNDED ☐ CLEARED BY ARREST ☒ EXCEPT CLEARED | IOWA ☒ | | NCIC ☒ |
|---|---|---|---|

| 36. UNIT REFERRED TO | ☑ |
|---|---|

70-129-3 ( REV. APRIL. 1998 )

**Appendix 22**

## VEHICLE LARCENY REPORT
**DES MOINES, IOWA POLICE DEPARTMENT**

| Field | Value |
|---|---|
| 1. OWNERS NAME (LAST, FIRST, MIDDLE) | ████ |
| 2. CASE NUMBER | WF53 17-40980 |
| 19. BEAT | 43 |
| 20. OWNER'S SSN / DOB | ████ |
| 3. OWNERS ADDRESS | ████ |
| 4. RES. PHONE | ████ |
| 21. OWNERS OCCUPATION | WORKER |
| 22. HOURS OF EMPLOY | VARIES |
| 5. WHERE EMPLOYED | ████ |
| 6. BUS. PHONE | N/A |
| 23. REP. PERSONS OCCUPATION | WORKER |
| 24. HOURS OF EMPLOY | VARIES |
| 7. LOCATION OF THEFT | 25 E 1ST |
| 8. LOCATION WHERE REPORT WAS TAKEN | 25 E 1ST |
| 25. DESCRIBE VEHICLE USED BY SUSPECTS | N/A |
| 9. PERSON REPORTING THEFT | ████ |
| 10. SOBRIETY | SBR |
| 11. RES. PHONE | ████ |
| 26. DESCRIBE SUSPECTS (NAME OR PHYSICAL DESCRIPTION) | N/A |
| 12. REPORTING PERSONS RES. ADDRESS | 25 E 1ST  DSM |
| 13. BUS. PHONE | N/A |
| 27. ARREST (NAME, ADDRESS, ARREST NO. ETC.) (1) | N/A |
| 14. DATE / TIME STOLEN | 08-17 DEC17 1430-1715 |
| 15. DATE / TIME REPORTED | 17 DEC17 1715 |
| (2) | |
| 16. CRIME | **VEHICLE LARCENY** |
| 17. TYPE VEHICLE TAKEN | PC |
| 18. CLASSIFICATION | |

| 28. | COLOR | YEAR | MAKE | MODEL | BODY STYLE | OTHER |
|---|---|---|---|---|---|---|
| | BLACK | 2012 | HONDA | ACCORD | 4D | |

| 29. LICENSE NUMBER | STATE | YEAR | 30. VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| CMW 892 | IA | 2018 | 1HGCP2F38CA045435 |

| 31. IDENTIFYING FEATURES INCLUDING PRIOR DAMAGE | 32. TOTAL VALUE | 33. VEHICLE LOCKED? | KEY IN VEHICLE? |
|---|---|---|---|
| NONE | $15,000⁰⁰/ | YES ☐  NO ☒ | YES ☒  NO ☐ |

| 34. WITNESS NAME | RESIDENCE ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| N/A | | | | |

**ITEM NO.**

**35. NARRATIVE:** (1) CONTINUATION OF ABOVE ITEM NUMBER INCLUDING ADDITIONAL INFORMATION AND WITNESSES.
(2) BRIEF DESCRIPTION OF INCIDENT INCLUDING SEQUENCE AND ADDITIONAL DETAILS.

THE ABOVE LISTED VEHICLE WAS STOLEN FROM THE REAR LOT AT THE POLICE STATION 25 E 1ST ST. IT WAS TAKEN SOMETIME BETWEEN 08DEC17 1430HRS AND 17DEC17 1715HRS. THE KEYS WERE IN THE CUPHOLDER AND THE DOORS WERE UNLOCKED. THE VEHICLE WAS NOT IMPOUNDED. THERE ARE NO WITNESSES OR SUSPECTS AT THIS TIME. THERE ARE GOLF CLUBS IN THE BACK OF THE VEHICLE.

| 36. COMPLAINANTS SIGNATURE | X |
|---|---|
| 37. REPORTING OFFICER | QUINN J |
| IDENT NO. | 5084 |
| 38. SECOND OFFICER | |
| IDENT NO. | |

CONTINUE NARRATIVE ON BACK

**DISPATCH**

| SUPERVISOR APPROVING | IDENT NO. | 39. REVIEWER | 42. RADIO BROADCAST BY DISPATCHER # | 43. DATE | 44. TIME |
|---|---|---|---|---|---|
| | | RCM 4805 | | | |

| 40. INVESTIGATION STATUS: | 45. ENTER |
|---|---|
| ☐ OPEN  ☐ SUSPENDED  ☐ CLOSED | ☒  OPERATOR: ████  DATE / TIME 12/17/17 1854 |

| 41. CLEARANCE CLASSIFICATION | 46. NCIC NO. | 47. IOWA NO. |
|---|---|---|
| ☐ UNFOUNDED  ☐ CLEARED BY ARREST  ☐ EXCEPT. CLEARED | V2398159983 | 2780157 |

48. UNIT REFERRED TO:   CIB

70-102-3 (Rev. April. 1998)

**Appendix 23**

**VEHICLE IMPOUND / RECOVERY REPORT**
**DES MOINES, IOWA POLICE DEPARTMENT**

| 1. OWNERS NAME (LAST, FIRST, MIDDLE) | | 2. CASE NUMBER |
|---|---|---|
| | | 17-40980 |

| 16. BEAT 43 | 17. PROPERTY SHEET NA | 3. OWNERS ADDRESS | 4. RES. PHONE | 5. IMP. TAG NO. 327818 |

| 18. METHOD OF THEFT-JUMP WIRE, TOWED TOWED | 19. KEYS LEFT? YES ☐ NO ☒ | 6. WHERE FOUND? | 7. DATE / TIME FOUND 20 DEC 2017  1230 |

| 20. RESULTING DAMAGE OR STRIPPING FRONT DRIVER DAMAGE | 8. WHY HELD? ILL. PARKING ☐ ASSN DET. ☐ ASSN TRAFFIC ☐ STOLEN CAR ☒ |
| | DRIVER IN JAIL ☐ ASSN NCU ☐ SAFEKEEPING ☐ OTHER ☐ |

| 21. GENERAL CONDITION FAIR | 22. MISSING ACCESSORIES? YES ☐ NO ☒ EXPLAIN IN NARRATIVE | 9. VEH. COLOR BLACK | YEAR 2012 | MAKE HONDA | MODEL ACCORD | BODY 4 DR |

| 23. ARRESTS OR OFFENSES (1) N | (ARREST / SUMMONS #) | 10. LICENSE NO. CMW 892 | STATE / YR | 11. VEHICLE IDENTIFICATION NUMBER 1HGCP2F38CA045435 |
| (2) | A | 12. TOWED TO CLOW TOW X | 13. TOW DRIVER / OWNER SIGNATURE ERIC |

| 24. IDENT NOTIFIED? YES ☒ NO ☐ | 25. | CID NOTIFIED? YES ☒ NO ☐ | 14. CRIME OR OFFENSE RECOVERED STOLEN | 15. CLASSIFICATION |

| 26. WITNESS N  A | RESIDENCE ADDRESS | CITY | RES. PHONE | BUS. PHONE |

| ITEM NO. | 27. NARRATIVE: (1) CONTINUATION OF ABOVE ITEM NUMBERS INCLUDING ADDITIONAL INFORMATION AND WITNESSES. (2) BRIEF DESCRIPTION OF INCIDENT INCLUDING COMPLAINT IF AVAILABLE |

DISPATCHED TO 623 BUCHANAN WHERE R. ROTH HAD
LOCATED ABOVE STOLEN VEHICLE. VEHICLE HAD DAMAGE
TO DRIVER'S SIDE FRONT END AND DRIVER'S SIDE MIRROR
VEHICLE WAS IMPOUNDED AT CLOW TOW TO BE
PROCESSED BY IDENT.

INVENTORY
NOTHING OF VALUE OBSERVED FROM OUTSIDE.
★ WAS LOCKED AND DID NOT MAKE ENTRY

*(stamped:)* RECEIVED
*(stamped:)* CANCELLED
*(right margin:)* 2017 DEC 20  PM 2: 5[?]

| 28. REPORTING OFFICER M. DAHLEN | IDENT NO. 4901 | CONTINUE NARRATIVE ON BACK |
| SECOND OFFICER | IDENT NO. | **DISPATCH** |

| 29. SUPERVISOR APPROVING | REVIEWER | 32. RADIO BROADCAST BY DISPATCHER # 8057 | 33. DATE | 34. TIME 1258 |

| 30. INVESTIGATION STATUS ☐ OPEN ☐ SUSPENDED ☐ CLOSED | 35. CANCEL ☒ | OPERATOR 8038 | DATE / TIME 12-20-17 |

| 31. CLEARANCE CLASSIFICATION ☐ UNFOUNDED ☐ CLEARED BY ARREST ☐ EXCEPT. CLEARED | IOWA ☒ | NCIC ☒ |

| 36. UNIT REFERRED TO : | CRB / DIS |

70-129-3 (Rev. April, 1998)

**Appendix 24**

# VEHICLE LARCENY REPORT
## DES MOINES, IOWA POLICE DEPARTMENT

| 19. BEAT | 20. OWNER'S SNN / DOB | 1. OWNERS NAME ( LAST, FIRST, MIDDLE ) | R/S/A | 2. CASE NUMBER |
|---|---|---|---|---|
| 42 | 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  8/1393 | Vanderploeg, Zachary, Paul | | 18-11685 |

| 3. OWNERS ADDRESS | 4. RES PHONE |
|---|---|

| 21. OWNERS OCCUPATION | 22. HOURS OF EMPLOY | 5. WHERE EMPLOYED | 6. BUS. PHONE |
|---|---|---|---|
| Police Officer | Afternoons | Dsm Police Department | 283-4811 |

| 23. REP. PERSONS OCCUPATION | 24. HOURS OF EMPLOY | 7. LOCATION OF THEFT | 8. LOCATION WHERE REPORT WAS TAKEN |
|---|---|---|---|
| #21 | | 25 E 1st St | 3rd/Court |

| 25. DESCRIBE VEHICLE USED BY SUSPECTS | 9. PERSON REPORTING THEFT | 10. SOBRIETY | 11. RES. PHONE |
|---|---|---|---|
| Unk | #1 | Sbr | #4 |

| 26. DESCRIBE SUSPECTS ( NAME OR PHYSICAL DESCRIPTION ) | 12. REPORTING PERSONS RES. ADDRESS | 13. BUS. PHONE |
|---|---|---|
| Unk | #3 | |

| 27. ARRESTS ( NAME, ADDRESS, ARREST NO. ETC. ) | 14. DATE / TIME STOLEN | 15. DATE / TIME REPORTED |
|---|---|---|
| ( 1 ) N/A | 4/20/18 2230-4/21/18 0130 | 21 April 18 0145hrs |
| ( 2 ) | 16. CRIME   VEHICLE LARCENY | 17. TYPE VEHICLE TAKEN   Blazer | 18. CLASSIFICATION |

| 28. COLOR | YEAR | MAKE | MODEL | BODY STYLE | OTHER |
|---|---|---|---|---|---|
| Tan | 2000 | Chevy | Blazer | SUV | |

| 29. LICENSE NUMBER | STATE | YEAR | 30. VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| ELA610 | IA | 18 | 1GNCT18W2YK168829 |

| 31. IDENTIFYING FEATURES INCLUDING PRIOR DAMAGE | 32. TOTAL VALUE | 33. VEHICLE LOCKED | YES ☒ | NO ☐ |
|---|---|---|---|---|
| N/A | 3,000 | KEY IN VEHICLE | YES ☐ | NO ☒ |

| 34.. WITNESS | RESIDENCE ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| N/A | | | | |

| Item No. | 27. NARRATIVE: ( 1 ) CONTINUATION OF ABOVE ITEM NUMBERS INCLUDING ADDITIONAL INFORMATION AND WITNESSES. ( 2 ) BRIEF DESCRIPTION OF INCIDENT INCLUDING SEQUENCE AND ADDITIONAL DETAILS. |
|---|---|

Off Vanderploeg had just finished his tour of duty on patrol on 20 April 18, at approx. 2330hrs. Off Vanderploeg dropped off his gear in his vehicle which he had parked in the new gravel lot, just south of the police station. He then left and worked Operation Downtown foot patrol, leaving his car parked in the lot.  At approx. 0115hrs Off Vanderploeg then went back to his vehicle to get a coat out of it and his vehicle was gone. He had left his vehicle locked and there are no extra keys in the vehicle. There are no witnesses or suspects at this time.

APR 2 1 2018

2018 APR 21  AM 2: 08

| 36. COMPLAINTS SIGNATURE | | |
|---|---|---|
| X | | |
| 37. REPORTING OFFICER | IDENT NO. | |
| McCarthy, B | 5110 | CONTINUE NARRATIVE ON BACK |
| 38. SECOND OFFICER | IDENT NO. | **DISPATCH** |

| SUPERVISOR APPROVING | IDENT NO. | 39. REVIEWER | 42. RADIO BROADCAST BY DISPATCHER # | 43. DATE | 44. TIME |
|---|---|---|---|---|---|
| | | GT | 8113 | 4/21/18 | 0135 |

| 40. INVESTIGATION STATUS | | | 45. | OPERATOR | DATE / TIME |
|---|---|---|---|---|---|
| ☐ OPEN | ☐ SUSPENDED | ☐ CLOSED | ENTER ☒ | 9516 | |

**Appendix 25**

| SUPPLEMENTAL REPORT<br>Des Moines Iowa Police Department | 1.Complainant, Driver #1, Victim, or Arrestee<br>Vander Ploeg, Zachary | 2. Arrest No.<br>N/A | 3. Case No.<br>18 – 11685 |
|---|---|---|---|

| ☐ Form used as Continuation Sheet for Current Report | 4. Date this Report<br>Monday<br>April 23, 2018 | 5. Date Original Occurrence<br>Friday-Saturday<br>April 20 – 21, 2018 |
|---|---|---|

| ☐ Form used to Report Followup Investigation or Supplemental Information | 6. Correct offense or Incident Classification     Changed ☐ Yes<br>Recovered LMV |
|---|---|

| 7. Kind of Report Continued     ☐ Witness Statement<br>☐Followup or Supplemental or Prosecution     ☐ Offense<br>☐Traffic Accident                          ☐ Arrest | 8. Multiple Clear Up?     ☐No<br>☐ Yes (list other case numbers in narrative) |
|---|---|

| 9. Page No.<br>1 of 2 | 10. Traffic Citation No. | 11. Value of Property Recovered and Type<br>Tracker |
|---|---|---|

At approximately 2348 hours on Sunday April 22, 2018 – I was requested originally to the area of E. 30th Street & Washington Avenue to process a recovered stolen motor vehicle. The decision was made to have the vehicle impounded into the Identification Section garage. The vehicle was impounded into the Identification Section garage at approximately 0020 hours on Monday April 23, 2018.

Officer A. Kilgore advised that the doors were unlocked when he first came upon it.

The vehicle was gold/tan colored Chevrolet Blazer (IA plate: ELA 610 / VIN: 1GNCT18W2YK168829). The exterior of the vehicle seemed in normal condition with no obvious or major areas of damage. I observed no major or obvious areas of damage to the doors that would appear forced entry was made.
-   Photographs were taken of the exterior of the vehicle.

On the interior of the vehicle were multiple items that appeared to belong to the registered owner (Officer Z. Vander Ploeg) including a patch on the front dashboard, a hat on the front passenger's floorboard, and a patrol bag in the cargo area with his name on it. There were also additional items throughout the vehicle including a paycheck, a supplemental report, miscellaneous documents, and cleaning supplies.

I did observe sets of keys in the change holder/cup holder area located between the two front seats. I observed no obvious damages to the ignition or steering wheel areas.

Photographs were taken of the interior area of the vehicle.

I collected saline-based swabs from the interior driver's area of the vehicle & the interior passenger's area of the vehicle for potential DNA. These swabs, along with saline-based control swabs, would be listed on Property using the Tracker system:
-   **Tracker Item Number 172272** is of the saline-based swabs for potential DNA from the interior area of the driver's area – which included the steering wheel, the gear shift, the door handle, and the headrest.
-   **Tracker Item Number 172273** is of the saline-based swabs for potential DNA from the interior area of the passenger's area – which included the door handle, the headrest, and the handle above the glove compartment in front of the passenger seat.
-   **Tracker Item Number 172274** is of the saline-based control swabs.

2018 APR 23  AM 6: 44

| 14. Reporting CSI Signature     No.<br>Benji C—  8628 | 15.Status (check one) ☐ Suspended ☐Open<br>☐ Ex. Closed     ☐ Closed | 13.Date/Time Typed No.<br><br>17. Unit Referred To:<br>Ces | Reproduced     No.<br><br>18.UCR Disposition |
|---|---|---|---|

| Reporting CSI Printed Name     No.<br>Benjamin L. Campbell  8628 | Supervisor Approving     No. | 19. Reviewer<br>K | No.<br>1/596 |
|---|---|---|---|

**Appendix 26**

| **SUPPLEMENTAL REPORT**<br>Des Moines Iowa Police Department | 1.Complainant, Driver #1, Victim, or Arrestee<br>Vander Ploeg, Zachary | 2. Arrest No.<br>N/A | 3. Case No.<br>**18 – 11685** |
|---|---|---|---|

| ☒ Form used as Continuation Sheet for Current Report | 4. Date this Report<br>Monday<br>April 23, 2018 | 5. Date Original Occurrence<br>Friday-Saturday<br>April 20 – 21, 2018 |
|---|---|---|

| ☐ Form used to Report Followup Investigation or Supplemental Information | 6. Correct offense or Incident Classification    Changed ☐ Yes<br>Recovered LMV |
|---|---|

| 7. Kind of Report Continued   ☐ Witness Statement<br>☐Followup or Supplemental or Prosecution   ☐ Offense<br>☐Traffic Accident                ☐ Arrest | 8. Multiple Clear Up? ☐No<br>☐ Yes (list other case numbers in narrative) |
|---|---|

| 9. Page No.<br>**2** of **2** | 10. Traffic Citation No. | 11. Value of Property Recovered and Type<br>Tracker |
|---|---|---|

---

I processed multiple areas of the vehicle for latent prints, including the exterior of the vehicle, the interior-side of the windows of the doors, the seat belt tongues, the rear view mirror, and the key chains in the cup holder/change area.

I developed one (1) latent lift from the following:
- Exterior of the front driver's door, approximately 1.5" above the door handle.

The key in the cup holder with a purple key tag and a "Granger Motors" keychain was able to be inserted in the ignition & start the vehicle.

I finished processing the vehicle & placing items onto Property at approximately 0156 hours.

The vehicle was left in our garage as the registered owner advised he would get later on Monday April 23, 2018.

I performed no further actions at this time.

**END of REPORT**

---

| 13.Date/Time Typed No.   Reproduced   No. | | |
|---|---|---|
| 14. Reporting CSI Signature         No.<br>*Benj: C—M*   **8628** | 15.Status (check one) ☐ Suspended ☐Open<br>☐ Ex. Closed  ☐ Closed | 17. Unit Referred To: | 18.UCR Disposition |
| Reporting CSI Printed Name     No.<br>Benjamin L. Campbell  8628 | Supervisor Approving         No. | 19. Reviewer                No. |

**Appendix 27**

# CHAPTER 10  - FIELD OPERATIONS

## 10-1   INTRODUCTION

A.   This section contains guidelines on methods and procedures to be used by personnel of this Bureau when performing tasks pertaining to field operations.  It provides for efficiency and shall be applied on a Bureau wide basis.

B.   This SOP will be used as a reference document in the instruction of probationary police officers and for review by those persons transferred to this bureau.

C.   This SOP sets out guidelines that should be followed within this Bureau.  It is recognized that some situations may arise which reasonably require deviation. (Revised 6-16-05)

D.   Watch and Unit Commanders shall acquaint themselves and all personnel of their command with the provisions of this chapter, but this shall not relieve individual employees of their responsibility to know and apply the contents.

## 10-2   RIGHTS OF THE INDIVIDUAL

A.   The individual citizen has certain rights guaranteed under the provisions of the Constitution of the United States of America.  To ensure protection of those rights, all personnel will comply with the provisions of this chapter.

B.   Freedom of Speech and Assembly

1.   Citizens may occasionally engage in speech and assembly events that are offensive and upsetting to others.  Police officers must be mindful of the proper role of a law enforcement agency, which is not to encourage or prevent the exercise of rights based upon the content of the speech or the purpose of the assembly. (Revised 6-16-05)

2.   The police role is to act with firm legal foundation to prevent or enforce violations of the law.

3.   This may require a significant effort to avoid becoming "caught up" in an event being serviced, particularly when one side or the other attempts to usurp the role of the police.

C.   Unreasonable Search and Seizure

To protect the community from unlawful search and seizure, personnel of this Bureau will develop an understanding of the rules of search and seizure, legal methods of searching persons,

**Appendix 28**

premises, vehicles and obtaining search warrants in accordance with Chapter 808, Code of Iowa. (Revised 6-16-05)

   D.  Rights of the Accused

      1.  When the police encounter a citizen, we must carefully observe the rights of all parties under the Constitution of the United States and the State Code of Iowa.

      2.  Personnel of this Bureau shall ensure that personal sentiments and prejudices do not affect their responsibilities as law enforcement officers. (Revised 6-16-05)

## 10-3   ARRESTS BY PEACE OFFICERS

To protect citizens from unlawful arrest, personnel of this Bureau will develop an understanding of the rules governing arrests as set forth in Chapter 804.7, Code of Iowa:

*Chapter 804.7 Code of Iowa*

*A peace officer may make an arrest in obedience to a warrant delivered to the peace officer; and without a warrant:*
*1.  For a public offense committed or attempted in the peace officer's presence.*
*2.  Where a public offense has in fact been committed, and the peace officer has reasonable grounds for believing that the person arrested has committed it.*
*3.  Where the peace officer has reasonable grounds for believing that an indictable public offense has been committed and has reasonable grounds for believing that the person to be arrested has committed it.*
*4.  Where the peace officer has received from the Department of Public Safety, or from any other peace officer of this state or any other state or the United States an official communication by bulletin, radio, telegraph, telephone, or otherwise, informing the peace officer that a warrant has been issued and is being held for the arrest of the person to be arrested on a designated charge.*

\*There are certain additional arrest duties and requirements pertaining to domestic abuse found in Chapter 236 of the Code of Iowa 2003.

## 10-4   COURTESY

   A.  Public Courtesy

      1.  It is very important that police employees approach all persons with common courtesy.  An impolite or condescending attitude will generate or enhance such an attitude in others.

      2.  A good rule to follow is to treat citizens of all status just as you would like to be treated in a similar encounter.

**Appendix 29**

3.   A significant effort may be needed to separate incidents and avoid carrying tension from a volatile incident directly into the next call for service.

4.   It is understood that special techniques may be necessary and appropriate in dealing with crimes in progress or dangerous, combative persons.

B.   Employee Relationships

Personnel of this Bureau shall establish a rapport with fellow employees that is conducive to good business relations and maintains high standards of professional courtesy and diplomacy.<span style="color:red">(Revised 6-16-05)</span>

## 10-5   COMMAND PRESENCE

The concept of command presence involves projecting confidence, competence and avoiding an image of confusion or uncertainty.  It also involves appearance and bearing.  It will be enhanced if an officer has a plan of action and avoids distraction.

Command presence is strengthened if officers cooperate with each other rather than argue and debate among themselves in front of citizens.  It is enhanced if the impression is clear that the officer will take decisive action, even though he or she may pursue a more moderate course.

The concept of command presence is best projected when it is based upon actual competence, job knowledge, and confidence in real ability. <span style="color:red">(Revised 6-16-05)</span>

## 10-6   USE OF FORCE

A.   References

1.   Chapters 704.1 and 804.8 of the Code of Iowa 2003

2.   Paragraph 1.1.1b, General Order 04-1 (Personnel Rules)

B.   State Law

3.   <u>Chapter 704.1 Code of Iowa</u>  (Reasonable Force)
*"Reasonable Force" is that force and no more which a reasonable person, in like circumstances, would judge to be necessary to prevent an injury or loss and can include deadly force if it is reasonable to believe that such force is necessary to avoid injury or risk to ones life or safety or the life or safety of another, or it is reasonable to believe that such force is necessary to resist a like force or threat.  Reasonable force, including deadly force, may be used even if an alternative course of action is available if the alternative*

**Appendix 30**

*entails a risk to life or safety, or the life or safety of a third party, or requires one to abandon or retreat from ones dwelling or place of business or employment.*

4. <u>Chapter 804.8 Code of Iowa</u>  (Use of Force by Peace Officer Making an Arrest)

   *A peace officer, while making a lawful arrest, is justified in the use of any force which the peace officer reasonably believes to be necessary to effect the arrest or to defend any person from bodily harm while making the arrest.  However, the use of deadly force is only justified when a person cannot be captured any other way and either:*
   *1.  The person has used or threatened to use deadly force in committing a felony or;*
   *2.  The peace officer reasonable believes the person would use deadly force against any person unless immediately apprehended.*
   *A peace officer making an arrest pursuant to an invalid warrant is justified in the use of any force which the peace officer would be justified in using if the warrant were valid, unless the peace officer knows that the warrant is invalid.*

C. Departmental Regulation

   1. <u>General Order 04-1</u>  (Personnel Rules)

      Officers shall not use more force than necessary in making an arrest or while maintaining custody of the individual arrested.  When force is used against an individual, except in instances of deadly force, an Arrest Incident Report shall be completed by the employee and reviewed by the chain of command.  The Bureau Commander shall forward such reports to the Office of Professional Standards where the report will be maintained as a confidential record for a period of five years.

## 10-7   OFFICER INVOLVED SHOOTINGS

A. Responsibilities

   1. Officer involved shootings require a well orchestrated, collaborative effort between the Patrol Services Bureau and Detective Bureau personnel. The initial identification of an Incident Commander, normally the Watch Commander, must be quickly established.

   2. The Incident Commander shall assign a police officer to segregate and remain with the officer involved in the shooting.  In cases where multiple officers are involved, a support officer shall be assigned to each individual.

   3. The support officer will be charged with transporting the officer to the police station without delay or detour, making notifications as appropriate, and providing for the  needs of the officer until relieved by Detective Bureau personnel.

**Appendix 31**

4.   In the case of an officer involved shooting, the weapon used becomes a key evidentiary component.  In order to maintain the integrity of the investigation, the weapon shall be relinquished to Identification Unit personnel as soon as possible, and a replacement issued by the Personnel and Training Section at the earliest convenience.  (Revised 6-16-05)

5.   The replacement weapon shall be of similar make and model of the officer's sidearm, and arrangements will be made with the Personnel and Training Section for the officer to shoot the approved qualification course.

**Appendix 32**

# DES MOINES POLICE DEPARTMENT
# REGIONAL POLICE ACADEMY
# PERSONNEL & TRAINING SECTION
# BASIC TRAINING UNIT

## WILLIAM H. MOULDER
## CHIEF OF POLICE

## 51st RECRUIT TRAINING CLASS
## 22 JANUARY 1990 ------ 15 JUNE 1990

## 21 WEEKS

## TRAINING OFFICERS

SERGEANT DAVID NOEL
SENIOR POLICE OFFICER JAMES HARKIN

# RECRUIT REFERENCE MANUAL/SYLLABUS

**Appendix 33**

SYLLABUS

DES MOINES POLICE REGIONAL ACADEMY

RECRUIT TRAINING COURSE

There are nine divisions of training presented to Recruits at
the Academy.  Each Division contains a number of individual
Units.  The syllabi of these nine divisions are contained herein.

This program of instruction is intended to present Recruits the
fundamentals of modern law enforcement and general knowledge to
make them competent and professional Police Officers.

The Training Curriculum consists of lectures, demonstrations,
class discussions, classroom performance, research papers, role
playing, motion pictures, mock trials, physical training, prac-
tical exercises, examinations and critiques.

General Orders, Chief of Police Special Orders and Memorandums,
and Standard Operating Procedures of the Uniform Division are
utilized within the appropriate Units of instruction.

The Academy training consists of 712 hours of classroom and
practical exercise, and an additional 120 hours spent with an
experienced Field Training Officer where they receive on-the-job
training under actual street conditions.

Des Moines Area Community College, in cooperation with the
Academy will provide 12 semester hours credit to qualified
participants.

The course of instruction is designed to fulfill the requirements
of the Mandated Training Act for Peace Officers of the State of
Iowa, (10 week segment).

-1-

**Appendix 34**

DIVISION I

Introduction to Law Enforcement

100 Series (42 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 100 | Administrative Procedures | 4 |
| 101 | Introduction to Criminal Justice, an Overview | 3 |
| 102 | Classroom Note Taking & Study Skills | 4 |
| 103 | Insurance Programs | 1 |
| 104 | Des Moines Police Burial Association, State Associations and Credit Union | 3 |
| 105 | Organization of the Des Moines Police Dept. | 4 |
| 106 | Internal Affairs - Rules and Regulations | 6 |
| 107 | Pay and Working Conditions | 1 |
| 108 | Chief and Staff | 1 |
| 111 | Research and Development | 1 |
| 113 | History of Law Enforcement | 2 |
| 115 | Tactical Unit | 1 |
| 119 | Medical Examiner | 1 |
| 120 | Polk County Sheriff | 1 |
| 121 | Federal Bureau of Investigation | 1 |
| 123 | State Division of Criminal Investigation | 1 |
| 124 | Iowa Department of National Resources | 2 |
| 125 | DSM Weather Bureau - Disaster Preparedness | 2 |
| 126 | U.S. Secret Service | 1 |
| 127 | U.S. Marshall | 1 |
| 128 | D.M.P.D. Chaplains | 1 |

**Appendix 35**

## UNIT OBJECTIVES

### DIVISION I

### INTRODUCTION TO LAW ENFORCEMENT

UNIT NO.

#### ADMINISTRATIVE PROCEDURES

100     Swearing in, DMACC Registration, Indoctrination, Equipment Issue.

#### INTRODUCTION TO CRIMINAL JUSTICE SYSTEMS AN OVERVIEW

101     An orientation to the Law Enforcement program and its relationship to the broad spectrum of the criminal justice and enforcement professions; the philosophic basis and historic development of Law Enforcement as related to local, state, federal and industrial processes; principles and underlying social organization, legal systems and control devices.

#### CLASSROOM NOTE-TAKING AND STUDY SKILLS

102     Recruits will develop comprehension of the proper format for outlining lecture type lessons, identify key words, ideas and facts including the major barricades to good listening and will express that acquired skill by typing notes and creating a complete notebook.

#### INSURANCE PROGRAMS

103     Recruits will become familiar with the City provided Insurance Programs and the benefits entitled.

#### DMPD POLICE ASSOCIATIONS

104     Recruits will understand the functions of the Des Moines Police Burial Association, the Iowa Association of Chiefs of Police, the Iowa State Police Officers Association and the Des Moines Police Officers Credit Union.

-3-

**Appendix 36**

UNIT NO.

DMPD ORGANIZATION

105     Recruits will learn the pyramid structure of the Des
        Moines Police Department and express that comprehension
        in a written examination.

INTERNAL AFFAIRS, AND DEPARTMENT RULES AND REGULATIONS

106     Recruits will identify their responsibilities and
        obligations under Departmental Rules and Regulations
        and develop an understanding of the purpose and reasons
        for Rules and Regulations, Department Policies, compre-
        hend the purpose of the Internal Affairs Unit's fun-
        ction, and express comprehension in a written examin-
        ation.

PAY AND WORKING CONDITIONS

107     Recruits will become familiar with the Department
        pay scales, salary increases, withholdings and court
        pay.  Duty hours are also covered.

CHIEF AND STAFF

108     Recruits will become familiar with the duties and
        functions of Departmental Divisions.

111     RESEARCH AND DEVELOPMENT SECTION

HISTORY OF POLICE AND THE DMPD

113     Recruits will become familiar with the history of
        the Police profession, how it started, why, the pro-
        gress achieved over the years, including the History of
        the Des Moines Police Department.

TACTICAL UNIT

115     Recruits will become familiar with the duties of the
        Tactical Unit.

**Appendix 37**

UNIT NO.

FUNCTIONS OF OUTSIDE LAW ENFORCEMENT AGENCIES

119 -
135
Recruits will become familiar with the various suburban, state and federal law enforcement agencies we work with, their jurisdiction, investigative responsibilities, and develop a sense of cooperation with those agencies.

119    Polk County Medical Examiner

120    Polk County Sheriff

121    Federal Bureau of Investigation

123    State Division of Criminal Investigation

124    Iowa Department of Natural Resources

125    Weather Bureau - Disaster Preparedness

127    U.S. Marshall

128    DMPD Chaplains

129    U.S. Drug Enforcement Administration

130    U.S. Secret Service

131    U.S. Customs Service

132    U.S. Postal Investigations

133    Railroad Police

134    Iowa Department of Transportation

135    Iowa State Patrol

**Appendix 38**

DIVISION II

<u>Community Awareness</u>

200 Series (65 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|:--------------------:|
| 200 | Police Community Relations | 2 |
| 201 | Crime Prevention | 2 |
| 202 | Ethics and Morals of a Police Officer | 2 |
| 203 | Police Discretion | 1 |
| 204 | Minority Organizations | 4 |
| 205 | Police and Minorities | 2 |
| 206 | Des Moines Human Rights Commission | 2 |
| 209 | Basic Psychology | 7 |
| 210 | Criminology | 2 |
| 211 | Recognizing and Handling Abnormal Persons | 4 |
| 212 | Juvenile Rehabilitation | 3 |
| 213 | Physiology of Drug Addiction | 3 |
| 214 | Press Relations | 1 |
| 215 | Alcoholism and Handling Intoxicated Persons | 1 |
| 217 | Human Relations | 8 |
| 218 | Use of Force - Legal Liability | 2 |
| 222 | Communications in Conflict Management | 8 |
| 223 | Equal Employment Opportunities - Affirmative Action | 3 |
| 224 | Polk County Mediation Center | 2 |
| 225 | Polk County Victim Services | 1 |
| 226 | Iowa Deaf Services | 1 |
| 227 | Iowa Correctional Services | 2 |
| 228 | Iowa Commission For The Blind | 1 |
| 229 | Iowa Refugee Services | 1 |

**Appendix 39**

## DIVISION II

### COMMUNITY AWARENESS

**UNIT NO.**

#### POLICE COMMUNITY RELATIONS

200    Definition of Police Community Relations:  Police Community Relations as distinguished from Public Relations; emphasis upon major aspects of the Police Community Relations Unit, including its relationship to the Department, integration of Departmental objectives with those of the community; resources available; psychological and sociological principles involved, including group processes. Recruits will express comprehension in outline and written examination.

#### CRIME PREVENTION

201    Recruits will become familiar with the concept of crime prevention as a positive approach to the reduction of crime, the history, definition and operational procedures involved in crime prevention.  Crime prevention programs and their contribution to the reduction of crime will be emphasized.  Comprehension will be expressed in a typed outline and written test.

#### ETHICS AND MORALS OF A POLICE OFFICER

202    Recruits will develop an understanding of how all phases of personal conduct on and off duty affect the public attitude toward Police Officers.  They will express understanding in notes, typed outline, and recite from memory the Police Code of Ethics.

#### POLICE DISCRETION

203    Recruits will gain an understanding of the need for discretion in the law enforcement function, comprehend a working knowledge of the policy approaches the Department can adopt dealing with the use of discretion, and demonstrate knowledge in a typed outline and practical exercise.

**Appendix 40**

**UNIT NO.**

#### MINORITY ORGANIZATIONS

204    Recruits will become familiar with the functions of the minority organizations, gain an understanding of some of the problems between the minority communities and the police, and how the Police Officer can help solve those problems through cooperation and understanding.

#### POLICE AND MINORITY GROUPS, PROTECTED CLASSES

205    Through guest lecturers representing minority and protected classes, Recruits will develop an insight into the problems of the minority groups, their background, will recognize those problems, and contribute to their solution.

#### DES MOINES HUMAN RIGHTS COMMISSION

206    Recruits will become familiar with the purpose and scope of City and State Human Rights Commissions, the problems they encounter, will recognize those problems, and contribute to their solution.

#### BASIC PSYCHOLOGY

209    Recruits will develop a general understanding of why people act and react the way they do, better understand themselves help establish better self-control, and express that understanding in a typed outline and written test.

#### CRIMINOLOGY AND CORRECTIONS

210    Recruits will develop an understanding of the basic principles of Criminology, the study of criminal behavior and penal treatment, and express that understanding in a typed outline and written test.

#### RECOGNIZING AND HANDLING ABNORMAL PEOPLE

211    Recruits will be able to recognize abnormal behavior and will develop and understanding of the problems involved with handling such persons, and express that knowledge in a typed outline and written test.

**Appendix 41**

UNIT NO.

### JUVENILE REHABILITATION

212    Recruits will become familiar with the goals of
       juvenile foster shelter homes.  They will understand
       their procedures used in rehabilitation of juvenile
       offenders, identify the role of the Police toward
       them, and express understanding in a typed outline.

### PHYSIOLOGY OF DRUG ADDICTION

213    Recruits will be able to recognize the physical and
       mental problems connected with drug addiction, and
       express understanding in an essay type test.

### PRESS RELATIONS

214    Recruits will develop an understanding of the prob-
       lems faced by the Police and the news media, how the
       Officer can help to resolve those problems through
       cooperation, and express comprehension in a typed out-
       line.

### ALCOHOLISM & HANDLING INTOXICATED PERSONS

215    Recruits will identify methods of handling intoxi-
       cated persons, develop an understanding of the various
       medical and moral aspects of alcoholism and its treat-
       ment, and express comprehension in a typed outline.

### HUMAN RELATIONS

217    Recruits will identify the problems of human inter-
       action, adopt a humanistic attitude toward Law Enforce-
       ment, and show their understanding and attitude in a
       typed outline and written examination.

### USE OF FORCE
### LEGAL & CIVIL LIABILITY

218    Recruits will identify the criminal and civil re-
       sponsibilities and liabilities of a Police Officer in
       the performance of duty, especially as related to the
       use of force, and will identify those responsibilities
       in a typed outline and written examination.

**Appendix 42**

UNIT NO.

COMMUNICATIONS IN CONFLICT MANAGEMENT

222     Recruits will be able to understand the communication
        process and the barriers to communication.  They will
        be able to identify the importance of communication
        in their role as a Police Officer, and recognize that
        communication affects the way that others see and
        react to us.  Comprehension will be expressed in a
        typed outline.

EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION

223     Recruits will become familiar with the Civil Rights
        Act of 1964 as amended in 1972, Title VII Prohibitions
        Employment and Executive Order 11246, 1965 (amended
        1967) creating the Affirmative Action Program, and will
        demonstrate their knowledge in a typed outline.

POLK COUNTY MEDIATION CENTER

224     Recruits will become familiar with the operation and
        goals of the Mediation Center, how the Center can be of
        assistance to them in handling domestic related crime,
        and express comprehension in a typed outline.

225     POLK COUNTY VICTIM SERVICES

226     IOWA DEAF SERVICES

227     IOWA CORRECTIONAL SERVICES - PROBATION AND PAROLE

228     IOWA COMMISSION FOR THE BLIND

**Appendix 43**

DIVISION III

Basic Academic Skills

300 Series (60 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 301 | Composition I (3 Semester Hours College Credit) | 42 |
| 302 | Spelling | 3 |
| 303 | Report Writing Guide | 3 |
| 304 | Research Paper - Briefing | 1 |
| 305 | Practical Report Writing | 11 |

-11-

**Appendix 44**

## DIVISION III

### BASIC ACADEMIC SKILLS

<u>UNIT NO.</u>

COMPOSITION I - (3 Credits)

301    A course designed to help Recruits write clear, effective prose for professional and academic purposes.  Five basic types of themes are covered:  Description, Classification, Comparison, Definition and Generalization.

302    SPELLING

304    PUBLIC SPEAKING & RESEARCH PAPER

RecruitS will develop and understand the proper methods of speaking before an audience and demonstrate that understanding with an oral presentation of a research project.

REPORT WRITING

305    Recruits will understand their responsibilities and the reasons for making reports, and demonstrate that ability by making complete and accurate reports.

**Appendix 45**

DIVISION IV

<u>Physical Skills</u>

400 Series (202 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|-----------|----------------------|
| 401 | Physical Training & Defensive Tactics (Includes Weapons Retention) | 74 |
| 402 | Firearms Training | 80 |
| 404 | Precision/Defensive Driving | 24 |
| 406 | Weapon Retention | 20 |
| 407 | Weapon Familiarization | 4 |

**Appendix 46**

## DIVISION IV

## BASIC PHYSICAL SKILLS

UNIT NO.

PHYSICAL TRAINING & DEFENSE TACTICS

401   Recruits will become proficient in defenses against persons armed with dangerous or deadly weapons, disarming techniques demonstration and drill in a limited number of holds and come-alongs; restraint of prisoners and the mentally ill; fundamental use of the baton and sap.

FIREARMS TRAINING

402   Recruits will obtain qualification for the use and safe handling of firearms, gun laws; the concern of the Police Officer in the use of the firearm, both legal and moral; demonstration and use of shotguns, gas guns, and machine guns.   (For Certification Program only.)

FIREARMS TRAINING - RANGE

Recruits will demonstrate the proper procedure of Firearms use under N.R.A. combat positions.  Recruits will demonstrate skill by qualifying with a score of 80% or better with the service weapon and shotgun.

PRECISION/DEFENSIVE DRIVING

404-  Recruits will develop the proper skill to be a defensive driver, become adept at precision maneuvering a motor vehicle, and demonstrate the proper driving methods by completing a timed driving course.

WEAPONS RETENTION

406   Recruits will become familiar with defensive tactics and moves to overcome an attacker attempting to remove the Officer's duty weapon and physically demonstrate the ability to retain their weapon in a classroom environment.

**Appendix 47**

<u>UNIT NO.</u>

WEAPONS FAMILIARIZATION

407    Recruits will become familiar with the different types of handguns, rifles, shotguns, black powder and automatic weapons found in the field, and physically demonstrate the ability to safely disable and handle them.

**Appendix 48**

DIVISION V

Criminal and Constitutional Law

500 Series (57 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 501 | Procedural Due Process | 2 |
| 502 | Constitution and Bill of Rights | 6 |
| 503 | Laws of Arrest | 2 |
| 504 | Iowa Criminal Code | 11 |
| 505 | Rules of Evidence | 2 |
| 506 | Interviews, Interrogation & Confessions | 2 |
| 507 | Search and Seizure | 12 |
| 508 | Case Preparation for Courtroom | 2 |
| 509 | Courtroom Testimony | 8 |
| 510 | Municipal Code Enforcement | 4 |
| 512 | Criminal and Court Law Review | 4 |
| 513 | Court Organization | 2 |

**Appendix 49**

## DIVISION V

### CRIMINAL LAW AND PROCEDURES

**UNIT NO.**

### PROCEDURAL DUE PROCESS

501   Recruits will become familiar with those portions of the United States Constitution dealing with the rights of the accused and limitations of Police powers.  Pertinent portions of Iowa Constitution are also discussed along with Federal and State Court decisions, legislation that deals with due process and civil rights, amd express comprehension in a typed outline and written examination.

### CONSTITUTIONAL LAW AND BILL OF RIGHTS

502   Recruits will develop an understanding of the Constitution and the Bill of Rights, the role of the Police in safeguarding the Constitutional Rights of citizens, statute of limitations, and will express understanding in a typed outline and written examination.

### LAW OF ARREST & ESTABLISHING PROBABLE CAUSE

503   Recruits will know the laws of arrest, develop an understanding of "probable cause" to make an arrest, and express that knowledge and understanding in a typed outline and written examination.

### INTRODUCTION TO IOWA CRIMINAL CODE

504   Recruits will become familiar with the Criminal Code, the classes of crime and the "Filing" procedure. Recruits will "File Charges" on the standard forms in the correct manner prescribed by law, and express that understanding in a typed outline and written examination.

### RULES OF EVIDENCE

505   Recruits will become familiar with the basic rules of evidence, develop the ability to find, collect and present evidence to a Court of Law, and identify those rules of evidence in a typed outline and written examination.

**Appendix 50**

UNIT NO.

INTERVIEWS, INTERROGATIONS & CONFESSIONS

506    Recruits will become familiar with the framework in which these methods and functions may be legally used for Courts of Law, and identify those principles in a typed outline and written examination.

SEARCH AND SEIZURE

507    Recruits will develop an understanding of the Rules of Search and Seizure, legal methods of searching persons, premises, vehicles, obtaining search warrants, and express that understanding in a typed outline and written examination.

CASE PREPARATION FOR THE COURTROOM

508    Recruits will develop an understanding of what evidence is needed, how to present a case that has been investigated before a Court of Law, and demonstrate understanding with a typed outline and written examination.

COURTROOM TESTIMONY

509    Recruits will know their responsibility of testifying in Court, knowledge of the case, identify the procedures and demeanor to be followed in a typed outline and written test.

MUNICIPAL CODE ENFORCEMENT

510    Recruits will develop comprehension of the Municipal Code, Police duties in enforcing those laws, combine that understanding with those of human relations in enforcing these laws, and will express understanding in a typed outline and written examination.

CRIMINAL AND CONSTITUTIONAL LAW REVIEW

512    Recruits will show that they have learned a sufficient amount of law by writing a minimum score of 70 percent through comprehensive testing.

Included in Course #501 are: 502, 503, 504, 505, 506, 507, 508, 509, 510, 511 and 512.

-18-

**Appendix 51**

<u>UNIT NO.</u>

COURT ORGANIZATION AND CORRECTIONS

513     Recruits will gain a working knowledge of the Iowa
        Court System, including Initial Appearance, Preliminary
        Hearings, Grand Jury procedures, County Attorney infor-
        mations, Arraignment, Pleas, Pre-Trial Motions, Jury
        Selection, Order of Trial, and express comprehension in
        a typed outline and written test.

**Appendix 52**

DIVISION VI

Traffic Procedures

600 Series (52 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 601 | Iowa Traffic Laws | 8 |
| 602 | Traffic Law Enforcement | 8 |
| 603 | Accident Investigation | 32 |
| 604 | Traffic Direction | 4 |

**Appendix 53**

DIVISION VI

TRAFFIC PROCEDURES

UNIT NO.

IOWA TRAFFIC LAWS

601    Recruits will develop an understanding of State and
City of Des Moines Traffic Codes, enforcement of those
laws, and demonstrate that understanding by satisfact-
orily passing a written examination and practical exer-
cises.

TRAFFIC LAW ENFORCEMENT

602    Recruits will become proficient with the various
types of Traffic Summons issued, the demeanor and dis-
cretion to be used, demonstrate understanding with a
typed outline and practical exercises.

ACCIDENT INVESTIGATION AND HIT AND RUN

603    Recruits will develop an understanding of Accident
and Hit and Run Investigations.  They will learn how to
protect the scene, gather evidence, and demonstrate
understanding by satisfactorily passing a written exam-
ination and completing a sample form without error.

TRAFFIC DIRECTION

604    Recruits will become familiar with the signals and
gestures used to maintain a smooth flow of traffic
under all conditions, demonstrate understanding with a
typed outline, practical in-service traffic control and
written test.

-21-

**Appendix 54**

DIVISION VII

Criminal Investigation

700 Series (64 hours)

| UNIT NO. | UNIT TITLE | INSTRUCTION |
|---|---|---|
| 700 | Principles of Investigation | 3 |
| 703 | Death Investigation | 4 |
| 704 | DMPD Youth Section | 2 |
| 705 | Criminalistics | 8 |
| 706 | Arson | 2 |
| 708 | Auto Theft | 3 |
| 710 | Use of Informants | 1 |
| 711 | Polygraph Procedures | 1 |
| 712 | Forgeries-Frauds | 2 |
| 713 | Investigative Note-Taking | 2 |
| 714 | Explosive and Incendiary Devices | 8 |
| 715 | Drugs - Identification & Recognition | 6 |
| 716 | Vice Control | 3 |
| 717 | DMPD Intelligence Unit | 3 |
| 719 | Witness Perception & Interviewing | 4 |
| 723 | Sex Crimes | 4 |
| 724 | DMPD Crimes Against Property Section | 2 |
| 725 | DMPD Crimes Against Persons Section | 1 |
| 727 | DMPD Animal Control Unit | 1 |
| 728 | DMPD Records & Detention Unit | 1 |
| 729 | Child Abuse-Recognizing and Reporting | 2 |
| 730 | Hostage Negotiations | 1 |

-22-

**Appendix 55**

# DIVISION VII

## INVESTIGATION PROCEDURES

**UNIT NO.**

### PRINCIPLES OF INVESTIGATION

700     Recruits will identify the proper principles of
        investigating by writing a 70 percent grade on all
        tests that involve investigation.

### DEATH INVESTIGATIONS

703     Recruits will become familiar with death investi-
        gations, including emphasis on the value of physical
        evidence in establishing cause of death.  Introduction
        will be given on dead body examination thru autopsy.

### DMPD YOUTH SECTION

704     Recruits will develop an understanding of the Youth
        Section procedures, the importance of the proper hand-
        ling of juvenile offenders, and show comprehension in a
        typed outline and written examination.

### CRIMINALISTICS

705     Recruits will develop a broad understanding of the
        various Identification Procedures, their use in solving
        crimes, and demonstrate understanding in a typed out-
        line and written examination.

### ARSON INVESTIGATIONS

706     Recruits will understand the importance in determining
        the point of origin and cause of fires, the importance
        of cooperation between Police and Fire officials, and
        will demonstrate understanding with a typed outline and
        written examination.

### AUTO THEFT

708     Recruits will develop knowledge of automobile ident-
        ification, how to obtain vehicle ownership information,
        methods used by auto thieves to destroy serial numbers,
        and demonstrate that understanding with a typed outline
        and written test.

-23-

**Appendix 56**

**UNIT NO.**

### USE OF INFORMANTS

710 Recruits will become knowledgeable in the proper use and handling of informants, including Departmental policy, and demonstrate that knowledge in a typed outline and written test.

### POLYGRAPH PROCEDURES

711 Recruits will understand the value of the Polygraph as an investigative aid, and demonstrate that understanding in a typed outline and written test.

### FORGERIES-FRAUDS

712 Recruits will become familiar with the procedures used by Officers in the field when encountered with a bad check passer and stolen credit card user, and demonstrate knowledge in a typed outline and written test.

### INVESTIGATIVE NOTE-TAKING

713 Recruits will become familiar with the importance of taking notes while conducting an investigation and demonstrate knowledge in a typed outline and written test.

### EXPLOSIVE AND INCENDIARY DEVICES

714 Recruits will develop an understanding of how to search for, recognize explosive and incendiary devices, and demonstrate that knowledge in a typed outline and written test.

### DRUG IDENTIFICATION AND RECOGNITION

715 Recruits will become familiar with the various types of drugs, how they affect the user, and demonstrate that knowledge with a typed outline and written examination.

**Appendix 57**

__UNIT NO.__

#### VICE CONTROL

716    Recruits will develop an understanding of the crimes that are listed as vices, the procedures for investigating those types of cases, and demonstrate that understanding in a typed outline and written test.

#### DMPD INTELLIGENCE UNIT

717    Recruits will become familiar with and develop an understanding of the workings of the Intelligence Unit and its mission relating to organized crime.

#### WITNESS PERCEPTION AND INTERVIEWING

719    Recruits will learn to compile pertinent data gathered from witnesses, and demonstrate that knowledge in a typed outline and written test.

#### SEX ABUSE CRIMES

723    Recruits will become familiar with the investigative techniques desirable in Sexual Abuse crime investigation, the needs of the sex abuse victim, crisis intervention, interviewing techniques desirable in assisting and acquiring the necessary information in a sex abuse case, and demonstrate comprehension in a typed outline and written test.

#### DMPD CRIMES AGAINST PROPERTY, CRIMES AGAINST PERSONS & SPECIAL ASSIGNMENT SECTIONS

724
725    Recruits will become familiar with and develop an understanding of the duties of the Crimes Against
726    Property, Crimes Against Persons and Special Assignment Sections of the Criminal Investigation Division.

727    #### DMPD ANIMAL CONTROL UNIT

Recruits will become familiar with and develop an understanding of the functions of the Animal Control Unit, the requirements of a Police Officer concerning enforcement of pertinent laws, will demonstrate proficiency in a typed outline and written test.

728    DMPD RECORDS & DETENTION UNIT

729    CHILD ABUSE-RECOGNIZING AND REPORTING

730    HOSTAGE NEGOTIATIONS

**Appendix 58**

DIVISION VIII

Patrol Standard Operating Procedures

800 Series (144 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 801 | Purpose of Patrol | 1 |
| 802 | One Man Patrol | 1 |
| 803 | Patrol Observation | 3 |
| 805 | Techniques and Mechanics of Arrest | 2 |
| 806 | Use of Handcuffs | 2 |
| 807-808 | Searching, Handling & Transporting Prisoners | 3 |
| 809 | Deadly Force | 3 |
| 811 | Functions of Field Training Officer | 1 |
| 812 | Geography of Des Moines | 1 |
| 813 | Communications | 2 |
| 815 | Crime Scene Duties and Searches | 3 |
| 816 | Crisis Intervention | 4 |
| 817 | Police Tactics | 4 |
| 818 | Field Interrogation Reports | 1 |
| 819 | OWI Arrest & Testing Procedures | 16 |
| 820 | Crowd Control | 4 |
| 821 | Chemical Mace | 1 |
| 822 | First Responder | 40 |
| 824 | Property Management Section | 1 |
| 825 | Duties at Fire Scene & Flammable Liquids | 2 |

-26-

**Appendix 59**

## DIVISION VIII

### (Continued)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 826 | Comprehensive Field Project | 16 |
| 827 | Patrol Misdemeanor Summons Writing | 2 |
| 828 | Chemical Testing | 4 |
| 829 | Burglary Investigation | 2 |
| 830 | Use of the PR-24 Baton | 13 |
| 831 | Traffic Control Devices | 2 |
| 833 | Des Moines Sound Ordinance | 8 |
| 834 | Iowa Power Company | 1 |
| 835 | Hazardous Material Storage | 1 |

**Appendix 60**

## DIVISION VIII

### PATROL STANDARD OPERATING PROCEDURES

UNIT NO.

PURPOSE OF PATROL

801    Recruits will develop an understanding of the Patrol
function in protection of the public, apprehension of
violators, the preservation of peace, and express that
understanding in a typed outline and written test.

ONE-MAN PATROL

802    Recruits will develop an understanding of the ad-
vantages and disadvantages of one-man patrol, the pro-
cedures that must be followed to make it safe and
effective, and express that understanding in a typed
outline and written test.

PATROL OBSERVATION

803    Recruits will develop an understanding of the need
for alertness in observation necessary for successful
patrol, the methods and objectivity to be used, and
express understanding in a typed outline and written
test.

ARREST PROCEDURES

804    Recruits will develop a mastery of the steps necess-
ary to make a legal arrest, with or without a warrant,
and identify the procedures in a typed outline and
written test.

TECHNIQUES AND MECHANICS OF ARREST

805    Recruits will develop an understanding of some of
the problems confronted in making an arrest and the
various techniques and methods that can be used to
safely effect the arrest.  Those techniques will be
identified in a typed outline and practical exercise.

**Appendix 61**

UNIT NO.

### USE OF HANDCUFFS

806    Recruits will successfully demonstrate the proper use of handcuffs and will express and understanding of the Rules and procedures governing their use in a typed outline, written test, and practical exercises.

### SEARCHING PRISONERS

807    Recruits will master the procedures for searching prisoners and the dangers to watch for.  The Recruit will successfully demonstrate the search techniques in class and in a typed outline.

### HANDLING AND TRANSPORTING PRISONERS

808    Recruits will develop a thorough understanding of the methods for handling prisoners, both at the time of arrest and while being transported.  That understanding will be expressed in a typed outline and written exam.

### DEADLY FORCE POLICY

809    Recruits will attain a mastery of the Officer's guidelines under the law and the Departmental Policy, in the use of deadly force.  Mastery will be shown in both typed outline and an essay examination from memory with 100 percent accuracy.

### FUNCTIONS OF THE F.T.O.

811    Recruits will become familiar with the function of Field Training Officers and how Recruits work with them to develop their law enforcement skills.  They will spend 120 hours of in-service training before graduation and 160 hours after graduation.

### GEOGRAPHY OF DES MOINES

812    Recruits will become familiar with the locations of various sections of the City, hospitals and street locations.

**Appendix 62**

UNIT NO.

COMMUNICATIONS UNIT

813    Recruits will become familiar with the functions of
       the Communications Unit, proper use of radio communi-
       cations equipment, and express comprehension in a typed
       outline and written test.

CRIME SCENE DUTIES & SEARCHES

815    Recruits will identify responsibilities at the
       crime scene to successfully protect the scene and the
       injured, assist in search, the precautions that must be
       followed, and will identify those duties in a typed
       outline and written test.

CRISIS INTERVENTION

816    Recruits will develop an understanding of the prob-
       lems that occur, in terms of both the community atti-
       tude toward Police and danger to the Officer in hand-
       ling domestic or family disputes, and will express an
       understanding of those problems and dangers in a typed
       outline and written test.

POLICE TACTICS

817    Recruits will develop an understanding of Police
       skills of operation and positioning of Officers for the
       purpose of combating crimes such as robberies, riots,
       burglaries and homicides, and express that understand-
       ing in a typed outline and written test.

FIELD INTERROGATION REPORTS

818    Recruits will become familiar with the Field Inter-
       rogation Report Form, develop and understanding for its
       purpose, follow up use and constitutionality.  That
       understanding will be expressed in a typed outline and
       written test.

**Appendix 63**

UNIT NO

O.W.I. ARREST & TESTING PROCEDURES

819   Recruits will develop an understanding of the pro-
cedures, from arrest to courtroom, that a Police Offi-
cer must know to successfully enforce the "O.W.I." law,
and the Department's S.T.O.P. Program.  The Recruit
will express an understanding of the procedures and law
in a typed outline and written test.

CHEMICAL MACE

821   Recruits will develop an understanding of the Depart-
mental policies governing the use of mace, become
familiar with the proper procedures to be used after
the use of mace, and express understanding of these
policies and procedures in a typed outline, written
test and be individually exposed to the chemical.

FIRST RESPONDER

822   Recruits will become proficient with the use of Emer-
gency First Aid and satisfactorily pass examination to
obtain State certification.

PROPERTY MANAGEMENT SECTION

824   Recruits will be able to understand the function of
this Section, proper methods of handling the property,
from obtaining custody to final disposition, and will
demonstrate comprehension in a typed outline, written
test and practical exercise.

FLAMMABLE LIQUIDS

825   Recruits will become familiar with the hazards of
flammable liquids and demonstrate comprehension in a
typed outline.

FIELD PROJECTS

826   Recruits will participate in a number of practical
field problems.

-31-

**Appendix 64**

UNIT NO.

MISDEMEANOR SUMMONS

827     Recruits will become proficient at completing a misdemeanor summons.

O.W.I. CHEMICAL TESTING

828     Recruits will become proficient with various means of testing for alcoholic and drug content, of blood, breath and urine, and will be certified on the Intoxilyzer.

BURGLARY INVESTIGATION

829     Recruits will become familiar with proper methods of burglary investigation.

USE OF BATON - PR-24

830     Recruits will become proficient in the proper use of the PR-24 Baton, demonstrate comprehension in a typed outline, and score 100 percent on a written exam.

TRAFFIC CONTROL EQUIPMENT

831     Recruits will become familiar with the designs of intersections, types of traffic control equipment, traffic grid patterns of the City, and demonstrate understanding in a typed outline and written test.

DES MOINES SOUND ORDINANCE

833     Recruits will become familiar with the City of Des Moines ordinance and how it is applied by the Police Officer.

IOWA POWER COMPANY

834     Recruits will become familiar with the hazards associated with Iowa Power lines and equipment.

-32-

**Appendix 65**

<u>UNIT NO.</u>

835      HAZARDOUS MATERIAL STORAGE

**Appendix 66**

DIVISION IX

Testing and Evaluations

900 Series (29 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|-----------|---------------------|
| 901 | Weekly Testing | 14 |
| 902 | Final Test | 4 |
| 903 | Course Discussion and Critique | 2 |
| 904 | Evaluation Interviews (To run concurrent with Firearms Training) | |
| | Graduation | 6 |
| --- | Flex | 3 |

-34-

**Appendix 67**

# DIVISION IX

## TESTING AND EVALUATIONS

<u>UNIT NO.</u>

### WEEKLY TESTING AND EVALUATIONS

901     Recruits will undergo tests and evaluations each
week to determine the Recruit's academic achievement,
physical testing and attitudes.

### FINAL TESTING AND EVALUATIONS

902     Recruits will complete a final examination and a
final evaluation to determine their over-all retention
of subjects taught.

### COURSE DISCUSSION & CRITIQUE

903     Recruits will participate in a discussion with the
staff and provide a critique of the training program.

### EVALUATION INTERVIEWS

904     Each Recruit will participate in bi-weekly evaluation
interview with one of the Basic Training Unit Officers.
Recruits will express their opinions toward their
training and progress.  During the program, most of the
interviews will be concurrent with Firearms Training.

**Appendix 68**

## DES MOINES AREA XI COMMUNITY COLLEGE

The curriculum of the Des Moines Police Academy includes instruction that is accredited by the Des Moines Area XI Community College enabling the Recruit to receive a total of 12 Semester Hours of college credit.

The following is a description of those courses:

1. <u>Introduction to Criminal Justice</u> - 3 Semester Hours Credit

   This includes Units 101, 105, 106, 108, 111, 113, 115, 119, 120, 121, 123, 124, 125, 501, 210, 502, 513, 212, 227, 717, Research Paper and 2.5 hours of exams.

   Total Contact Hours - 43

2. <u>Police Community Relations</u> - 3 Semester Hours Credit

   This includes Units 200, 201, 202, 204, 205, 206, 209, 211, 213, 214, 217, 218, 222 and 2.5 hours of exams.

   Total Contact Hours - 51.5

3. <u>Composition</u> - 3 Semester Hours Credit

   This includes Unit 301.

   Total Contact Hours - 43.5

4. <u>Criminal Law and Procedures</u> - 3 Semester Hours Credit

   This includes Unit 503, 504, 505, 506, 507, 508, 509, 510, 512, 819 and 2.5 hours of exams.

   Total Contact Hours - 65.5

**Appendix 69**

## ACADEMIC STANDARDS

### Certification Criteria

In order for a Recruit to be certified as a Peace Officer successfully completing the Des Moines Police Department Regional Academy Basic Training, the following criteria must be met:

1) Recruits must demonstrate proficiency in all skill areas.

2) Recruits must pass written examinations with a minimum score of 70% for:

    a) Each of the identified divisional areas.

    b) Each subject area which has been designated as an independent unit within the divisional area for purposes of testing.

### Retesting and Remediation Policy

Students will be required to retest under certain circumstances.

1) In subject or divisional areas in which the required 70% was not initially acquired or proficiency in a skill area was not demonstrated.

2) Should a Recruit score below 70% in a particular topical unit area within a division they will be required to remediate that portion of the test one time for credit.

    a) The student will be retested over that particular portion and the remediated score shall be recorded not to exceed 70% score for total test computations.

        EXAMPLE: 

| | |
|---|---|
| 100 point test | |
| Original Score | 60 |
| Remediated Score | 90 |
| Recorded Score | 70 |

3) Remediation Policy

    a) Recruits will be monitored weekly and apprised of their remediated standing. At the 8% point the following will occur:

        1) At 8% of remediation a full academic review will be conducted by the Academy staff.

        2) The Recruit will attend an academic counseling with Academy staff and be apprised of the critical nature of their performance.

**Appendix 70**

Page Two

<u>Dismissal</u>

Any of the following are grounds for recommending dismissal from The Des Moines Regional Police Academy basic training and the Des Moines Police Department:

1) Failure to attain 70% minimum score on each of any two remediation tests in <u>subject areas designated as independent topic units</u>.

2) Failure to attain 70% minimum score in any two <u>divisional areas</u> after remediation testing.

3) Failure to attain 70% minimum score in a <u>divisional area and an independent unit</u> after remediation testing.

4) At the 10% point of remediation the Recruit will have failed to meet the criteria set by the Iowa Law Enforcement Academy Council for certification and recommendation to the Chief of Police will be made to terminate employment.

**Appendix 71**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 22JAN90 | 23JAN90 | 24JAN90 | 25JAN90 | 26JAN90 WEEK # 1 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 / 0850 | ADMINISTRATIVE PROCEDURES 100 | ORGANIZATION OF THE DMPD | INTRODUCTION TO THE CRIMINAL JUSTICE SYSTEM 101 | COMPOSITION 301 | PHYSICAL TRAINING 401 |
| 0900 / 0950 | SWEARING-IN CEREMONY | | | | |
| 1000 / 1050 | ADMINISTRATIVE PROCEDURES 100 | | | | |
| | | | Ms. Carol Moser | Dr. Rosemary Olds | |
| 1100 / 1150 | Sgt. Noel SPO Harkin | Sgt. Noel | DES MOINES HEALTH CLINIC LEAD LEVEL TESTS LCM | POLK COUNTY SHERIFF'S OFFICE 120 Lt. Long | Sgt. Noel SPO Harkin |
| LUNCH | | | | | |
| 1245 | Daily Quiz | | | | |
| 1300 / 1350 / 1400 | CLASSROOM NOTE TAKING AND STUDY SKILLS 102 | DMPD BURIAL AND STATE PEACE OFFICER ASSOCIATIONS 104 | PROCEDURAL DUE PROCESS 501 | TECHNIQUES AND MECHANICS OF ARREST 805 | EQUAL EMPLOYMENT OPPORTUNITIES AFFIRMATIVE ACTION PROGRAM SENSITIVITY TRAINING 223 |
| 1450 | | SPO Westover | Ms. Carol Moser | Sgt. Shay Sgt. Willis | |
| 1500 / 1550 | | CITY OF DES MOINES INSURANCE PLANS 103 Ms. Marsha Cross | ETHICS & MORALS OF A POLICE OFFICER 202 | CRIMINAL COURT ORGANIZATION 513 | Mr. Jon Schneider Mr. W. Robinson |
| 1600 / 1650 | Lt. Jobe | DMPD BARGAINING UNIT SALARY & WORKING CONDITIONS 107 SPO Murillo | SPO L. Harris SPO T. Trimble | Ms. Carol Moser | CHIEF OF POLICE AND STAFF 108 |
| 1700 | Daily recruit duties | | | | |

**Appendix 72**

# DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

**WEEK #2**

| DATE | 29JAN90 | 30JAN90 | 31JAN90 | 01FEB90 | 02FEB90 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 / 0850 | TEST 901 Sgt. Noel | U.S. CONSTITUTION & BILL OF RIGHTS 502 | U.S. CONSTITUTION & BILL OF RIGHTS 502 | COMPOSITION 301 | POLICE–COMMUNITY RELATIONS 200 |
| 0900 / 0950 | REPORT WRITING GUIDE 303 | | | | CRIME PREVENTION 201 |
| 1000 | | | | | |
| 1050 | | Polk County Attorney | Polk County Attorney | Dr. Rosemary Olds | |
| 1100 / 1150 | Sgt. Roemer | IOWA DIVISION OF CRIMINAL INVESTIGATION 123 Mr. Gene Mayer | DSM POLICE OFFICERS CREDIT UNION 104 Mrs. Karen Karaidos | RECORDS AND DETENTION UNIT 728 Lt. Leighter | Dr. Jerald Catron Lt. Johnson |

LUNCH

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|------|--------|---------|-----------|----------|--------|
| 1245 | Daily Quiz | | | | |
| 1300 / 1350 | PHYSICAL TRAINING 401 | | PHYSICAL TRAINING 401 | REPORT WRITING CIR & SUPPLEMENTALS 305 | PHYSICAL TRAINING 401 |
| 1400 | | | | | |
| 1450 | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin | Sgt. Roemer | Lt. Rounds SPO Harkin |
| 1500 / 1550 | HISTORY OF LAW ENFORCEMENT | DMPD PERSONNEL RULES GENERAL ORDERS 86-1 & 86-2 DMPD ADMINISTRATIVE RULES INTERNAL AFFAIRS UNIT 106 | CITY OF DES MOINES HUMAN RIGHTS COMMISSION 206 | | FIREARMS TRAINING (CLASSROOM) 402 |
| 1600 | | | | | Sgt. Noel Sgt. Burham SPO Davis |
| 1650 | Lt. R. Noble (Ret.) | Lt. Leaming | | Mr. James Clausen | SPO Oleson |
| 1700 | Daily recruit duties | | | | |

**Appendix 73**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 05FEB90 | 06FEB90 | 07FEB90 | 08FEB90 | 09FEB90   WEEK #3 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800<br><br>0850 | TEST<br>901<br><br>Sgt. Noel | USE OF THE PR-24<br>DEFENSE BATON<br>830 | USE OF THE PR-24<br>DEFENSE BATON<br>830 | COMPOSITION<br>301 | FIREARMS<br>TRAINING<br>402 |
| 0900<br><br>0950 | SEARCHING,<br>HANDLING, &<br>TRANSPORTING<br>PRISONERS | | | | |
| 1000 | 807/808 | | | | |
| 1050 | | | | Dr. Rosemary Olds | Sgt. Noel<br>Sgt. Burham<br>Det. Martin |
| 1100 | | | | FUNCTION OF THE<br>FIELD TRAINING<br>OFFICER | SPO Davis |
| 1150 | Sgt. Shay<br>Sgt. Willis | SPO Clock<br>SPO Hofmann<br>SPO C. Dawson | SPO Clock<br>SPO Hofmann<br>SPO C. Dawson | SPO C. Richardson | SPO Oleson<br>SPO Soderquist |
| LUNCH | | | | | |
| 1245 | Daily Quiz | | | | |
| 1300<br><br>1350 | PHYSICAL TRAINING<br>401 | BASIC<br>PSYCHOLOGY<br>209 | PHYSICAL TRAINING<br>401 | LAWS<br>OF<br>ARREST<br>503 | PHYSICAL TRAINING<br>401 |
| 1400 | | | | RULES<br>OF<br>EVIDENCE<br>505 | |
| 1450 | Lt. Rounds<br>SPO Harkin | | Lt. Rounds<br>SPO Harkin | | Lt. Rounds<br>SPO Harkin |
| 1500<br><br>1550 | RADIOACTIVE &<br>FLAMMABLE SPILLS<br>825 | | USE OF HANDCUFFS<br>806 | | REPORT WRITING<br>VEHICLE THEFT,<br>RECOVERY-IMPOUNDS<br>305 |
| 1600 | | | | | |
| 1650 | Insp. M.Woody DMFD | Dr. Jerald Catron | Sgt. Shay<br>Sgt. Willis | Polk County Attorney | Sgt. Romer |
| 1700 | Daily recruit duties | | | | |

**Appendix 74**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 12FEB90 | 13FEB90 | 14FEB90 | 15FEB90 | 16FEB90 WEEK # 4 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 901 | SEARCH AND SEIZURE 507 | USE OF DEADLY FORCE 218 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | Sgt. Noel | | | | |
| 0900 | PRINCIPLES OF INVESTIGATION 700 | | | | |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | | Sgt. Noel Sgt. Burham |
| 1100 | | | Ms. Carol Moser | Dr. Rosemary Olds | Det. Martin |
| | | | DMPD CHAPLAINS 128 Rev. John Ludwig | IOWA CIVIL RIGHTS COMMISSION | SPO Davis SPO Soderquist |
| 1150 | Lt. Trotter | Polk County Attorney | Rev. Charles Smith Rabbi Steven Fink | 204 Mr. Butch Devine | SPO Oleson |
| LUNCH | | | | | |
| 1245 | Daily Quiz | | | | |
| 1300 | PHYSICAL TRAINING 401 | BASIC PSYCHOLOGY 209 | PHYSICAL TRAINING 401 | COMMUNICATIONS UNIT 813 | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin | Lt. Johnson Sgt. Judkins | Lt. Rounds SPO Harkin |
| 1500 | USE OF FORCE 218 | | POLICE & MINORITIES 205 | U.S. TREASURY DEPT. BUREAU OF ALCOHOL, TOBACCO, & FIREARMS 131 | INVESTIGATIVE NOTE TAKING 713 |
| 1550 | | Dr. Jerald Catron | | Agent R. Curd | |
| 1600 | | RESEARCH AND DEVELOPMENT SECTION 111 | Dr. Jerald Catron SPO J. Gonzalez | GEOGRAPHY OF THE CITY 812 | |
| 1650 | Ms. Carol Moser | Mr. John Jones | SPO Steverson | Sgt. Noel | Lt. Jobe |
| 1700 | Daily recruit duties | | | | |

**Appendix 75**

# DES MOINES POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

| DATE | 19FEB90 | 20FEB90 | 21FEB90 | 22FEB90 | 23FEB90 | WEEK # 5 |
|------|---------|---------|---------|---------|---------|----------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | |
| 0745 | Inspections each day | | | | | |
| 0800 | | | | | | |
| 0850 | | | | | | |
| 0900 | | | | | | |
| 0950 | | | IN-SERVICE TRAINING | | | |
| 1000 | | | | | | |
| 1050 | | | | | | |
| 1100 | | | | | | |
| 1150 | | | | | | |

LUNCH

| 1245 | Daily Quiz | | | | | |
|------|-----------|---|---|---|---|---|
| 1300 | | | | | | |
| 1350 | | | | | | |
| 1400 | | | | | | |
| 1450 | | | | | | |
| 1500 | | | IN-SERVICE TRAINING | | | |
| 1550 | | | | | | |
| 1600 | | | | | | |
| 1650 | | | | | | |
| 1700 | Daily recruit duties | | | | | |

**Appendix 76**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 26FEB90 | 27FEB90 | 28FEB90 | 01MAR90 | 02MAR90 WEEK #6 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 901 | POLICE TACTICS 817 | SEARCH & SEIZURE 507 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | Sgt. Noel | DMPD TACTICAL UNIT 115 | | | |
| 0900 | VICE CONTROL | | | | |
| 0950 | LIQUOR VIOLATIONS GAMBLING | | | | |
| 1000 | PROSTITUTION OBSCENE MATERIALS 716 | | | | |
| 1050 | | | | | Sgt. Noel |
| 1100 | | | | BRIEFING ON RESEARCH PAPER | Sgt. Burham Det. Martin SPO Davis |
| 1150 | Sgt. Underwood SPO T. Trimble | Lt. H. Hanson SPO M. Morgan | Polk County Attorney | Dr. Rosemary Olds | SPO Soderquist SPO Oleson |

LUNCH

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|------|---------|---------|---------|---------|---------|
| 1245 | Daily Quiz | | | | |
| 1300 | PHYSICAL TRAINING 401 | RECOGNIZING & HANDLING ABNORMAL PERSONS 211 | PHYSICAL TRAINING 401 | TRAFFIC DIRECTION 604 | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin |
| 1500 | CRIMINOLOGY & CORRECTIONS 210 | | U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION – 129 Agent Steve Hummel | | ANIMAL CONTROL UNIT 727 Sgt. Overton |
| 1550 | | | | | |
| 1600 | | | MISSING/WANTED PERSONS-REPORTING 305 | | CHEMICAL AGENTS 821 |
| 1650 | Mr. William Pearce | Dr. Jerald Catron | Sgt. Roemer | Lt. Nichols Sgt. Allen | Sgt. Leitzke |
| 1700 | Daily recruit duties | | | | |

**Appendix 77**

# DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 05MAR90 | 05MAR90 | 06MAR90 | 07MAR90 | 08MAR90 WEEK #7 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 901 | DRUG INVESTIGATION & RECOGNITION 715 | DRUG INVESTIGATION & RECOGNITION 715 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | Sgt. Noel | | | | |
| 0900 | CRIME SCENE | | | | |
| 0950 | DUTIES & | Sgt. Gates Sgt. Underwood SPO Pollock | | | |
| 1000 | SEARCHES 815 | SEARCH & SEIZURE 507 | | | |
| 1050 | | | | Dr. Rosemary Olds | |
| 1100 | | | Sgt. Gates Sgt. Underwood SPO Pollock | U.S. MARSHALS SERVICE 127 | |
| 1150 | Lt. Jobe SPO M. Morgan | Polk County Attorney | | Terry Walter | Sgt. Noel SPO Davis |
| LUNCH | | | | | |
| 1245 | Daily Quiz | | | | |
| 1300 | PHYSICAL TRAINING 401 | HUMAN RELATIONS 217 | PHYSICAL TRAINING 401 | CRIMINAL & CONSTITUTIONAL LAW HOMICIDE, KIDNAPPING SOLICITATIONS, CONSPIRACY 512 | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin |
| 1500 | DES MOINES WEATHER BUREAU | | BURGLARY INVESTIGATION 829 | | PROPERTY MANAGEMENT SECTION 824 |
| 1550 | DISASTER PREPAREDNESS | | | | HAZARDOUS MATERIAL STORAGE 835 |
| 1600 | | | Sgt. Rexroat SPO Carlson SPO Foster | | |
| 1650 | Mr. Scott Truett | Dr. Jerald Catron | | Polk County Attorney | Mr. R. Anderson |
| 1700 | Daily recruit duties | | | | |

**Appendix 78**

# DES MOINES POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

| DATE | 12MAR90 | 13MAR90 | 14MAR90 | 15MAR90 | 16MAR90 WEEK #8 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 901 | CRIMINALISTICS 705 | CRIMINALISTICS 705 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | Sgt. Noel | | | | |
| 0900 | JUVENILE REHABILITATION 212 | | | | |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | Dr. Rosemary Olds | |
| 1100 | | | | U.S. CUSTOMS SERVICE 820 | |
| 1150 | Mr. Bert Aunan | Lt. Trotter | Lt. Trotter | Insp. Hollenback | Sgt. Noel SPO Davis |
| LUNCH | | | | | |
| 1245 | Daily Quiz | | | | |
| 1300 | PHYSICAL TRAINING 401 (Boxing) | HUMAN RELATIONS 217 | PHYSICAL TRAINING 401 (Boxing) | CROWD CONTROL 820 | PHYSICAL TRAINING 401 (Boxing) Lt.Rounds/SPO Harkin Lt. Moody (Ret.) |
| 1350 | | | | | |
| 1400 | Lt. Rounds SPO Harkin Lt. Moody (Ret.) | | Lt. Rounds SPO Harkin Lt. Moody (Ret.) | | PURPOSE OF PATROL 801 ONE MAN PATROL 802 |
| 1450 | | | | | |
| 1500 | WEAPON RETENTION 406 | | WEAPON RETENTION 406 | | PATROL OBSERVATIONS 803 |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | SPO Harkin SPO Schinkel | Dr. Jerald Catron | SPO Harkin SPO Schinkel | Sgt. Noel SPO Greenfield | Sgt. Bonwell SPO C. Richardson |
| 1700 | Daily recruit duties | | | | |

**Appendix 79**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 19MAR90 | 20MAR90 | 21MAR90 | 22MAR90 | 23MAR90 WEEK #9 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 - 0850 | TEST 901 Sgt. Noel | IOWA DEPARTMENT OF NATURAL RESOURCES 124 | TRAFFIC UNIT 726 Lt. Sanders | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0900 - 0950 | SPANISH SPEAKING PEOPLES COMMISSION 204 Mr. John Rodriquez | Off. L. Lindenberg | U.S. POSTAL SERVICE INVESTIGATIONS 132 Insp. J.C. Wachuta | | |
| 1000 - 1050 | NAACP 204 Mr. Larry Carter | IOWA CRIMINAL CODE THEFT, CRIMINAL MISCHIEF, CRIMINAL TRESPASS 504-A | YOUTH & LAW ENFORCEMENT 704 | Dr. Rosemary Olds | |
| 1100 - 1150 | FIELD INTERROGATION REPORTS 818 Officer Tedesco | Polk County Attorney | Mr. Bert Aunan Lt. Stookey | POLYGRAPH PROCEDURES 711 Sgt. O'Donnell SPO Roth | Sgt. Noel SPO Davis |
| LUNCH | | | | | |
| 1245 | Daily Quiz | | | | |
| 1300 - 1350 | PHYSICAL TRAINING 401 | IOWA CRIMINAL CODE ROBBERY, BURGLARY, ASSAULT, TERRORISM, WEAPONS 504-B | PHYSICAL TRAINING 401 | WITNESS PERCEPTION 719 INTERVIEWS, INTERROGATIONS, & CONFESSIONS 506 | PHYSICAL TRAINING 401 |
| 1400 - 1450 | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin |
| 1500 - 1550 | FORGERIES-FRAUDS 712 | | REPORT WRITING (MISC. REPORTS) 305 | | USE OF THE PR-24 DEFENSE BATON 830 |
| 1600 - 1650 | Det. Beener | Polk County Attorney | Sgt. Roemer | Sgt. O'Donnell SPO Roth | SPO Clock SPO Hofmann SPO C. Dawson |
| 1700 | Daily recruit duties | | | | |

**Appendix 80**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 26MAR90 | 27MAR90 | 28MAR90 | 29MAR90 | 30MAR90 | WEEK #10 |
|------|---------|---------|---------|---------|---------|----------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | |
| 0745 | Inspections each day | | | | | |
| 0800 | TEST 901 | | | | | |
| 0850 | Sgt. Noel | | | | | |
| 0900 | | | | | | |
| 0950 | | | | | | |
| 1000 | | F I R S T   R E S P O N D E R | | | | |
| 1050 | | 822 | | | | |
| 1100 | | | | | | |
| 1150 | | | | | | |

LUNCH

| 1245 | Daily Quiz | | | | | |
|------|------------|---|---|---|---|---|
| 1300 | | | | | | |
| 1350 | | | | | | |
| 1400 | | | | | | |
| 1450 | | | | | | |
| 1500 | | | | | | |
| 1550 | | | | | | |
| 1600 | | Mr. Frank Cooley, Emergency Services Coordinator | | | | |
| 1650 | | Lt. Michael Sullivan, Assistant Emergency Services Coordinator Des Moines Fire Department | | | | |
| 1700 | Daily recruit duties | | | | | |

**Appendix 81**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 02APR90 | 03APR90 | 04APR90 | 05APR90 | 06APR90 WEEK #11 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 902 Sgt. Noel Mr. Cooley | MOTOR VEHICLE TRAFFIC LAWS & ENFORCEMENT | MOTOR VEHICLE TRAFFIC LAWS & ENFORCEMENT | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | Lt. Sullivan | | | | |
| 0900 | IOWA CRIMINAL CODE | 601 602 | 601 602 | | |
| 0950 | 504-C | | | | |
| 1000 | SEX ABUSE CRIMES | | | | |
| 1050 | | | | Dr. Rosemary Olds | |
| 1100 | | | | USE OF INFORMANTS 710 | |
| 1150 | Polk County Attorney | | SPO Palmer Ms. Mary Laughlin | Lt. Morton | Sgt. Noel SPO Davis |

LUNCH

| 1245 | Daily Quiz | | | | |
|------|------------|---|---|---|---|
| 1300 | PHYSICAL TRAINING 401 | | PHYSICAL TRAINING 401 | MOTOR VEHICLE TRAFFIC LAWS & ENFORCEMENT 601 602 | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin |
| 1500 | WEAPON RETENTION 406 | | WEAPON RETENTION 406 | | WEAPON RETENTION 406 |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | SPO Harkin SPO Schinkel | SPO Palmer Ms. Mary Laughlin | SPO Harkin SPO Schinkel | SPO Palmer Ms. Mary Laughlin | SPO Harkin SPO Schinkel |
| 1700 | Daily recruit duties | | | | |

**Appendix 82**

**DES MOINES POLICE ACADEMY**          **PERSONNEL & TRAINING SECTION**

| DATE | 09APR90 | 10APR90 | 11APR90 | 12APR90 | 13APR90  WEEK # 12 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 901 | ARSON INVESTIGATIONS | DEATH INVESTIGATIONS 703 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | Sgt. Noel | | POLK COUNTY MEDICAL EXAMINER | | |
| 0900 | RAILROAD POLICE 133 | | | | |
| 0950 | Lt. Adams   CNW/RR | SPO D. Morgan Sr.FireInsp.Johnson | | | |
| 1000 | PHYSICAL TRAINING 401 | IOWA CRIMINAL CODE OBSTRUCTING – RESISTING ARREST FALSE REPORTS | | | Sgt. Noel SPO Davis |
| 1050 | | | Dr. R.C. Wooters | Dr. Rosemary Olds | |
| 1100 | | MENTALLY ILL COMMITMENT 504-D | PHYSICAL TRAINING 401 | MISDEMEANOR SUMMONS 827 | PHYSICAL TRAINING 401 |
| 1150 | Lt. Rounds SPO Harkin | Polk County Attorney | Lt. Rounds SPO Harkin | SPO C. Richardson | Lt. Rounds SPO Harkin |

LUNCH

| 1245 | Daily Quiz |
|------|-----------|
| 1300 | |
| 1350 | |
| 1400 | |
| 1450 | |
| 1500 | A C C I D E N T   I N V E S T I G A T I O N 603 |
| 1550 | |
| 1600 | |
| 1650 | SPO Palmer |
| 1700 | Daily recruit duties |

**Appendix 83**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 16APR90 | 17APR90 | 18APR90 | 19APR90 | 20APR90  WEEK #13 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 901 | ACCIDENT INVESTIGATION PRACTICAL EXERCISE 826 | COMMUNICATIONS IN CONFLICT MANAGEMENT 222 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | Sgt. Noel | | | | |
| 0900 | PHYSIOLOGY OF DRUG ADDICTION 213 | | | | |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | Dr. Rosemary Olds | Sgt. Noel SPO Davis |
| 1100 | | | | PHYSICAL TRAINING 401 Lt. Rounds SPO Harkin | PHYSICAL TRAINING 401 Lt. Rounds SPO Harkin |
| 1150 | Dr. Mark Thoman | | | | |

LUNCH

| 1245 | Daily Quiz | | | | |
|------|-----------|---|---|---|---|
| 1300 | ACCIDENT INVESTIGATION PRACTICAL EXERCISE 826 | | | MOOT COURT – TRAFFIC | MOOT COURT – CRIMINAL |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | | | | | |
| 1500 | | | | | |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | SPO Palmer SPO Baker | SPO Palmer SPO Baker | Mr. Pascual Marquez U.S.Dept. of Justice | Ms. Carol Moser Ms. Mary Laughlin | Ms. Carol Moser Ms. Mary Laughlin |
| 1700 | Daily recruit duties | | | | |

**Appendix 84**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 23APR90 | 24APR90 | 25APR90 | 26APR90 | 27APR90 | WEEK #14 |
|------|---------|---------|---------|---------|---------|----------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | |
| 0745 | Inspections each day | | | | | |
| 0800 | COMPOSITION 301 | DES MOINES SOUND ORDINANCE & ENFORCEMENT 833 | PRECISION/DEFENSIVE DRIVING 404 | | | |
| 0850 | | | | | | |
| 0900 | | | | | | |
| 0950 | | | | | | |
| 1000 | | | | | | |
| 1050 | Dr. Rosemary Olds | | | | | |
| 1100 | HEARING IMPAIRED 226 | | | | | |
| 1150 | Ms. Janice Hawkins | | | | | |

LUNCH

| 1245 | Daily Quiz | | | | |
|------|-----------|--|--|--|--|
| 1300 | PHYSICAL TRAINING 401 | | | | |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | Lt. Rounds SPO Harkin | | | | |
| 1500 | TRAFFIC CONTROL DEVICES 831 | | | | |
| 1550 | | | | | |
| 1600 | | | | Sgt. Noel Sgt. Shay SPO Harkin SPO Davis | |
| 1650 | Mr. Michael Ring | Sgt. Roemer SPO Glann | | | |
| 1700 | Daily recruit duties | | | | |

**Appendix 85**

## DES MOINES POLICE ACADEMY                    PERSONNEL & TRAINING SECTION

| DATE | 30APR90 | 01MAY90 | 02MAY90 | 03MAY90 | 04MAY90 WEEK #15 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 901 | | | FIREARMS TRAINING 402 | IOWA SEAT BELT LAW SAFETY STUDIES 601 |
| 0850 | Sgt. Noel | | | Polk County Range | |
| 0900 | VEHICLE STOPS 826 | | | | |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | | |
| 1100 | | | | | |
| 1150 | | | | | |

LUNCH

| 1245 | Daily Quiz | | | | |
|------|-----------|---|---|---|---|
| 1300 | | FELONY IN PROGRESS, BUILDING SEARCHES 826 | FIREARMS TRAINING 402 Camp Dodge Range | | |
| 1350 | | | | | |
| 1400 | | (1600-2400 hrs.) | (1600-2400 hrs.) | | |
| 1450 | | | | | |
| 1500 | | | Sgt. Noel Sgt. Leitzke Sgt. Burham | Sgt. Noel Sgt. Shay | |
| 1550 | Sgt. Noel | Sgt. Noel | Sgt. Shay Det. Martin | Sgt. Burham Det. Martin | |
| 1600 | Sgt. Shay SPO Harkin | Sgt. Shay SPO Harkin | SPO Harkin SPO Davis | SPO Harkin SPO Davis | |
| 1650 | SPO Davis SPO C. Richardson | SPO Davis SPO M. Morgan | SPO Oleson | SPO Oleson | SPO Silver |
| 1700 | Daily recruit duties | | | | |

**Appendix 86**

DES MOINES POLICE ACADEMY                    PERSONNEL & TRAINING SECTION

| DATE | 07MAY90 | 08MAY90 | 09MAY90 | 10MAY90 | 11MAY11 | WEEK # 16 |
|------|---------|---------|---------|---------|---------|-----------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | |

| 0745 | Inspections each day | | | | |
|------|----|----|----|----|----|
| 0800 | | | | | |
| 0850 | | | | | |
| 0900 | | | | | |
| 0950 | | | IN-SERVICE TRAINING | | |
| 1000 | | | | | |
| 1050 | | | | | |
| 1100 | | | | | |
| 1150 | | | | | |

LUNCH

| 1245 | Daily Quiz | | | | |
|------|----|----|----|----|----|
| 1300 | | | | | |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | | | IN-SERVICE TRAINING | | |
| 1500 | | | | | |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | | | | | |
| 1700 | Daily recruit duties | | | | |

**Appendix 87**

# DES MOINES POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

| DATE | 14MAY90 | 15MAY90 | 16MAY90 | 17MAY90 | 18MAY90 WEEK # 17 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | | | | | |
| 0850 | | | | | |
| 0900 | | | | | |
| 0950 | | | | | |
| 1000 | | | IN-SERVICE TRAINING | | |
| 1050 | | | | | |
| 1100 | | | | | |
| 1150 | | | | | |

LUNCH

| 1245 | Daily Quiz | | | | |
|------|-----------|---|---|---|---|
| 1300 | | | | | |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | | | | | |
| 1500 | | | IN-SERVICE TRAINING | | |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | | | | | |
| 1700 | Daily recruit duties | | | | |

**Appendix 88**

# DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 21MAY90 | 22MAY90 | 23MAY90 | 24MAY90 | 25MAY90 | WEEK # 18 |
|------|---------|---------|---------|---------|---------|-----------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | FLEX | OWI- IMPLIED CONSENT 819 | | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | Sgt. Noel | | | | |
| 0900 | AUTO THEFT 708 | | | | |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | | |
| 1100 | | | | Dr. Rosemary Olds IOWA POWER COMPANY 834 | |
| 1150 | Det. Hethershaw | | | Mr. Chas. Seel Mr. Mark White | Sgt. Noel SPO Davis |

LUNCH

| 1245 | Daily Quiz | | | | |
|------|------------|---|---|---|---|
| 1300 | PHYSICAL TRAINING 401 | | | OWI - CHEMICAL TESTING 828 | PHYSICAL TRAINING 401 |
| 1350 | DEFENSIVE TACTICS | | | | DEFENSIVE TACTICS |
| 1400 | | | | | |
| 1450 | Lt. Rounds Sgt. Willis SPO Harkin | | | | Lt. Rounds Sgt. Willis SPO Harkin |
| 1500 | IOWA CRIMINAL CODE OPERATING WHILE INTOXICATED 504-E | | OWI- IMPLIED CONSENT 819 (1600-2400 hrs.) | | REPORT WRITING 305 |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | Polk County Attorney | Sgt. W. Jones Off. Silver | Sgt. W. Jones Off. Silver | Mr. Cal Rayburn | Sgt. Roemer |
| 1700 | Daily recruit duties | | | | |

**Appendix 89**

## DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

DATE     28MAY90     29MAY90     30MAY90     31MAY90     01JUN90    WEEK # 19

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 0745 | Inspections each day | | | | |
| 0800 | H | POLK COUNTY VICTIM SERVICES 225 | POLK COUNTY MEDIATION CENTER 224 Ms. Patricia Johnson | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | O | | | | |
| 0900 | L | | IOWA BUREAU OF REFUGEE SERVICES 229 | | |
| 0950 | I | Ms. Sharon Thomas | Ms. Dena Raske | | |
| 1000 | D | ALCOHOLISM AND HANDLING INTOXICATED PERSONS 215 | REPORT WRITING 305 | | |
| 1050 | A | Dr. Stan Haugland | | Dr. Rosemary Olds | |
| 1100 | Y | POLICE DISCRETION 203 | | CRIMES AGAINST PROPERTY SECTION 724 | |
| 1150 | | Sgt. Noel | Sgt. Roemer | Lt. Nichols | Sgt. Noel SPO Davis |
| LUNCH | | | | | |
| 1245 | Daily Quiz | | | | |
| 1300 | H | PHYSICAL TRAINING 401 | PHYSICAL TRAINING 401 | DSM HEALTH CLINIC LEAD LEVEL TESTS | PHYSICAL TRAINING 401 |
| 1350 | O | DEFENSIVE TACTICS | DEFENSIVE TACTICS | LCM | DEFENSIVE TACTICS |
| 1400 | L | | | MUNICIPAL CODE ENFORCEMENT 510 | |
| 1450 | I | Lt. Rounds Sgt. Willis SPO Harkin | Lt. Rounds Sgt. Willis SPO Harkin | | Lt. Rounds Sgt. Willis SPO Harkin |
| 1500 | D | USE OF THE PR-24 DEFENSIVE BATON 830 | IOWA CRIMINAL CODE | | CRIMES AGAINST PERSONS SECTION 725 |
| 1550 | A | | DOMESTIC ABUSE 504-F | | Lt. Fitzgerald |
| 1600 | Y | | | | U.S. SECRET SERVICE 130 |
| 1650 | | SPO Clock SPO Hofmann SPO C. Dawson | Polk County Attorney | Ms. Carol Moser | SAIC Wm. Lenz |
| 1700 | Daily recruit duties | | | | |

**Appendix 90**

# DES MOINES POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

WEEK # 20

| DATE | 04JUN90 | 05JUN90 | 06JUN90 | 07JUN90 | 08JUN90 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | TEST 901 | EXPLOSIVE & INCENDIARY DEVICES 714 | FLEX | CRISIS INTERVENTION 816 | FIREARMS TRAINING 401 |
| 0850 | Sgt. Noel | | | | |
| 0900 | CHILD SEX EXPLOITATION 723 | | IOWA STATE PATROL 135 Trooper Shane Antle | | |
| 0950 | FEDERAL BUREAU OF INVESTIGATION 121 | | IOWA DEPARTMENT OF TRANSPORTATION 134 | | |
| 1000 | | | | | |
| 1050 | | | | Sgt. Wells | |
| 1100 | | | | SEX CRIME INVESTIGATIONS 723 | |
| 1150 | S.A. Mickey Carvour | | Lt. Michael Krohn | | Sgt. Noel SPO Davis |
| | LUNCH | | | | |
| 1245 | Daily Quiz | | | | |
| 1300 | PHYSICAL TRAINING 401 | | PHYSICAL TRAINING 401 | | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | Lt. Rounds SPO Harkin | | Lt. Rounds SPO Harkin | Sgt. Wells | Lt. Rounds SPO Harkin |
| 1500 | CASE PREPARATION & COURTROOM TESTIMONY 508-509 | | CRIMINAL LAW PERJURY, & REVIEW 512 | CHILD ABUSE – RECOGNIZING & REPORTING 729 | HOSTAGE NEGOTIATIONS 731 Sgt. Rector |
| 1550 | | | | | |
| 1600 | | | | | IOWA DIVISION ON THE STATUS OF BLACKS 204 |
| 1650 | Polk County Attorney | Sgt. F. Murray Sgt. L. Murray | Polk County Attorney | Ms. Jan Buck Mr. Paul Houston | Mr. Gary Lawson |
| 1700 | Daily recruit duties | | | | |

**Appendix 91**

# DES MOINES POLICE ACADEMY

## PERSONNEL & TRAINING SECTION

| DATE | 11JUN90 | 12JUN90 | 13JUN90 | 14JUN90 | 15JUN90 WEEK # 21 |
|------|---------|---------|---------|---------|---------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | Inspections each day | | | | |
| 0800 | FINAL WRITTEN EXAMINATION 902 | WEAPONS FAMILIARIZATION 407 | FIREARMS QUALIFICATIONS 402 | | EQUIPMENT RETURN, BRIEFING, AND CLASS CRITIQUE 903 |
| 0850 | | | | | |
| 0900 | | | | | |
| 0950 | | | | | Capt. Knight |
| 1000 | | | | | GRADUATION CEREMONIES |
| 1050 | | | | | |
| 1100 | | | | | |
| 1150 | Sgt. Noel | Sgt. Burham Det. Martin | Sgt. Noel SPO Davis | | |
| LUNCH | | | | | |
| 1245 | Daily Quiz | | | | |
| 1300 | INTELLIGENCE UNIT & ORGANIZED CRIME 717 | NEWS MEDIA RELATIONS 214 Sgt. Van Baale | PR-24 DEFENSE BATON FINAL TESTING & EVALUATION 830 | PHYSICAL TRAINING DEFENSIVE TACTICS, FINAL TESTING & EVALUATION | |
| 1350 | | | | | |
| 1400 | | IOWA DEPARTMENT OF CORRECTIONAL SERVICES 227 | | | |
| 1450 | | | | | |
| 1500 | | | | | |
| 1550 | | Mr. Dale Dewey | | | |
| 1600 | | FLEX | | | |
| 1650 | Sgt. Gates | | SPO Clock SPO Hofmann SPO C. Dawson | Lt. Rounds Sgt. Noel Sgt. Willis | Capt. Knight |
| 1700 | Daily recruit duties | | | | |

**Appendix 92**

# DES MOINES POLICE DEPARTMENT
# REGIONAL POLICE ACADEMY
# PERSONNEL & TRAINING SECTION
# BASIC TRAINING UNIT



## WILLIAM H. MOULDER
## CHIEF OF POLICE

# 54TH RECRUIT TRAINING CLASS

05 DECEMBER 1994 - 20 APRIL 1995

20 WEEKS

### TRAINING OFFICERS:

**SERGEANT JAMES J. HARKIN**
**SENIOR POLICE OFFICER ROBERT M. CLOCK**

# RECRUIT REFERENCE MANUAL/SYLLABUS

**Appendix 93**

SYLLABUS

DES MOINES POLICE REGIONAL ACADEMY

RECRUIT TRAINING COURSE

There are nine divisions of training presented to Recruits at
the Academy.  Each Division contains a number of individual
Units.  The syllabi of these nine divisions are contained herein.

This program of instruction is intended to present Recruits the
fundamentals of modern law enforcement and general knowledge to
make them competent and professional Police Officers.

The Training Curriculum consists of lectures, demonstrations,
class discussions, classroom performance, research papers, role
playing, motion pictures, mock trials, physical training, prac-
tical exercises, examinations and critiques.

General Orders, Chief of Police Special Orders and Memorandums,
and Standard Operating Procedures of the Uniform Division are
utilized within the appropriate Units of instruction.

The Academy training consists of 736 hours of classroom and
practical exercise, and an additional 40 hours spent with an
experienced Field Training Officer where they receive on-the-job
training under actual street conditions.

Des Moines Area Community College, in cooperation with the
Academy will provide 18 semester hours credit to qualified
participants.

The course of instruction is designed to fulfill the requirements
of the Mandated Training Act for Peace Officers of the State of
Iowa, (10 week segment).

-1-

**Appendix 94**

DIVISION I

<u>Introduction to Law Enforcement</u>

100 Series (57 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 100 | Administrative Procedures | 7 |
| 101 | Introduction to Criminal Justice, an Overview | 3 |
| 102 | Classroom Note Taking & Study Skills | 2 |
| 103 | Insurance Programs | 1.5 |
| 104 | Des Moines Police Burial Association, State Associations and Credit Union | 2.5 |
| 105 | Organization of the Des Moines Police Dept. | 2 |
| 106 | Internal Affairs - Rules and Regulations | 5 |
| 107 | Pay and Working Conditions | 2 |
| 108 | Chief and Staff | 2 |
| 110 | Computers within DMPD | 7 |
| 111 | Research and Development | 1 |
| 113 | History of Law Enforcement | 2 |
| 115 | Tactical Unit | 1 |
| 119 | Medical Examiner | 1 |
| 120 | Polk County Sheriff | 1 |
| 121 | Federal Bureau of Investigation | 1 |
| 123 | State Division of Criminal Investigation | 1 |
| 124 | Iowa Department of Natural Resources | 2 |
| 125 | DSM Weather Bureau - Disaster Preparedness | 2 |
| 126 | U.S. Secret Service | 1 |
| 127 | U.S. Marshall | 1 |
| 128 | D.M.P.D. Chaplains | 1 |

-2-

**Appendix 95**

## DIVISION I

### Introduction to Law Enforcement
(Continued)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|-----------|----------------------|
| 129 | U.S. Drug Enforcement Administration | 1 |
| 130 | U.S. Secret Service | 1 |
| 131 | U.S. Customs Service | 1 |
| 132 | U.S. Postal Investigations | 1 |
| 133 | Railroad Police | 1 |
| 134 | Iowa Department of Transportation | 1 |
| 135 | Iowa State Patrol | 1 |
| 136 | U.S. Alcohol, Tobacco & Firearms Service | 1 |

-3-

**Appendix 96**

## UNIT OBJECTIVES

### DIVISION I

### INTRODUCTION TO LAW ENFORCEMENT

UNIT NO.

#### ADMINISTRATIVE PROCEDURES

100    Swearing in, DMACC Registration, Indoctrination,
       Equipment Issue.

       INTRODUCTION TO CRIMINAL JUSTICE SYSTEMS AN OVERVIEW

101    An orientation to the Law Enforcement program and its
       relationship to the broad spectrum of the criminal jus-
       tice and enforcement professions; the philosophic basis
       and historic development of Law Enforcement as related
       to local, state, federal and industrial processes;
       principles and underlying social organization, legal
       systems and control devices.


       CLASSROOM NOTE-TAKING AND STUDY SKILLS

102    Recruits will develop comprehension of the proper
       format for outlining lecture type lessons, identify key
       words, ideas and facts including the major barricades
       to good listening and will express that acquired skill
       by typing notes and creating a complete notebook.


       INSURANCE PROGRAMS

103    Recruits will become familiar with the City provided
       Insurance Programs and the benefits entitled.


       DMPD POLICE ASSOCIATIONS

104    Recruits will understand the functions of the Des
       Moines Police Burial Association, the Iowa Association
       of Chiefs of Police, the Iowa State Police Officers
       Association and the Des Moines Police Officers Credit
       Union.


-4-

**Appendix 97**

**UNIT NO.**

DMPD ORGANIZATION

105     Recruits will learn the pyramid structure of the Des
        Moines Police Department and express that comprehension
        in a written examination.


INTERNAL AFFAIRS, AND DEPARTMENT RULES AND REGULATIONS

106     Recruits will identify their responsibilities and
        obligations under Departmental Rules and Regulations
        and develop an understanding of the purpose and reasons
        for Rules and Regulations, Department Policies, compre-
        hend the purpose of the Internal Affairs Unit's fun-
        ction, and express comprehension in a written examin-
        ation.


PAY AND WORKING CONDITIONS

107     Recruits will become familiar with the Department
        pay scales, salary increases, withholdings and court
        pay.  Duty hours are also covered.


CHIEF AND STAFF

108     Recruits will become familiar with the duties and
        functions of Departmental Divisions.


110     COMPUTERS WITHIN THE DES MOINES POLICE DEPARTMENT

        Recruits will become familiar with the various
        computer systems available to them within the
        Department.  The recruit will be able to access
        information on Departmental Computer Networks and
        Mainframe computer terminals.

111     RESEARCH AND DEVELOPMENT SECTION


        HISTORY OF POLICE AND THE DMPD

113     Recruits will become familiar with the history of
        the Police profession, how it started, why, the pro-
        gress achieved over the years, including the History of
        the Des Moines Police Department.


-5-

**Appendix 98**

**UNIT NO.**

TACTICAL UNIT

115    Recruits will become familiar with the duties of the
       Tactical Unit.

FUNCTIONS OF OUTSIDE LAW ENFORCEMENT AGENCIES

Recruits will become familiar with the various
suburban, state and federal law enforcement agencies we
work with, their jurisdiction, investigative responsi-
bilities, and develop a sense of cooperation with
those agencies.

119    Polk County Medical Examiner

120    Polk County Sheriff

121    Federal Bureau of Investigation

123    State Division of Criminal Investigation

124    Iowa Department of Natural Resources

125    Weather Bureau - Disaster Preparedness

127    U.S. Marshall

128    DMPD Chaplains

129    U.S. Drug Enforcement Administration

130    U.S. Secret Service

131    U.S. Customs Service

132    U.S. Postal Investigations

133    Railroad Police

134    Iowa Department of Transportation

135    Iowa State Patrol

136    U.S. Alcohol, Tobacco & Firearms Service

**Appendix 99**

DIVISION II

<u>Community Awareness</u>

200 Series (65 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 200 | Police Community Relations | 2 |
| 201 | Crime Prevention | 2 |
| 202 | Ethics and Morals of a Police Officer | 2 |
| 203 | Police Discretion | 1 |
| 204 | Minority Organizations | 4 |
| 205 | Police and Minorities | 2 |
| 206 | Des Moines Human Rights Commission | 2 |
| 207 | Community Policing | 1 |
| 208 | Dare | 1 |
| 209 | Basic Psychology | 7 |
| 210 | Criminology | 2 |
| 211 | Recognizing and Handling Abnormal Persons | 3 |
| 212 | Juvenile Rehabilitation | 3 |
| 213 | Physiology of Drug Addiction | 3 |
| 214 | Press Relations | 1 |
| 215 | Alcoholism and Handling Intoxicated Persons | 1 |
| 217 | Human Relations | 8 |
| 218 | Use of Force - Legal Liability | 2 |
| 222 | Communications in Conflict Management/ Cultural Diversity | 8 |
| 223 | Equal Employment Opportunities - Affirmative Action | 3 |

-7-

**Appendix 100**

## DIVISION II

### Community Awareness
(Continued)

| | | |
|---|---|---|
| 224 | Polk County Mediation Center | 1 |
| 225 | Polk County Victim Services | 2 |
| 226 | Iowa Deaf Services | 1 |
| 227 | Iowa Correctional Services | 2 |
| 229 | Iowa Refugee Services | 1 |

-8-

**Appendix 101**

# DIVISION II

## COMMUNITY AWARENESS

**UNIT NO.**

### POLICE COMMUNITY RELATIONS

200    Definition of Police Community Relations:  Police Community Relations as distinguished from Public Relations; emphasis upon major aspects of the Police Community Relations Unit, including its relationship to the Department, integration of Departmental objectives with those of the community; resources available; psychological and sociological principles involved, including group processes. Recruits will express comprehension in outline and written examination.

### CRIME PREVENTION

201    Recruits will become familiar with the concept of crime prevention as a positive approach to the reduction of crime, the history, definition and operational procedures involved in crime prevention.  Crime prevention programs and their contribution to the reduction of crime will be emphasized.  Comprehension will be expressed in a typed outline and written test.

### ETHICS AND MORALS OF A POLICE OFFICER

202    Recruits will develop an understanding of how all phases of personal conduct on and off duty affect the public attitude toward Police Officers.  They will express understanding in notes, typed outline, and recite from memory the Police Code of Ethics.

### POLICE DISCRETION

203    Recruits will gain an understanding of the need for discretion in the law enforcement function, comprehend a working knowledge of the policy approaches the Department can adopt dealing with the use of discretion, and demonstrate knowledge in a typed outline and practical exercise.

-9-

**Appendix 102**

**UNIT NO.**

MINORITY ORGANIZATIONS

204   Recruits will become familiar with the functions of
the minority organizations, gain an understanding of
some of the problems between the minority communities
and the police, and how the Police Officer can help
solve those problems through cooperation and under-
standing.

POLICE AND MINORITY GROUPS, PROTECTED CLASSES

205   Through guest lecturers representing minority and
protected classes, Recruits will develop an insight
into the problems of the minority groups, their
background, will recognize those problems, and
contribute to their solution.

DES MOINES HUMAN RIGHTS COMMISSION

206   Recruits will become familiar with the purpose and
scope of City and State Human Rights Commissions, the
problems they encounter, will recognize those problems,
and contribute to their solution.

COMMUNITY POLICING

207   Recruits will become familiar with the municipal
approach.  The drug problem of the Community is
attached by a four- pronged program.  Prevention,
Education, Treatment, and most importantly Community
Involvement.

DARE

208   The recruit will become familiar with the DARE program's
function and application.

BASIC PSYCHOLOGY

209   Recruits will develop a general understanding of why
people act and react the way they do, better understand
themselves help establish better self-control, and
express that understanding in a typed outline and
written test.

CRIMINOLOGY AND CORRECTIONS

210   Recruits will develop an understanding of the basic
principles of Criminology, the study of criminal behav-
ior and penal treatment, and express that understand-
ing in a typed outline and written test.

-10-

**Appendix 103**

**UNIT NO.**

### RECOGNIZING AND HANDLING ABNORMAL PEOPLE

211    Recruits will be able to recognize abnormal behavior and will develop and understanding of the problems involved with handling such persons, and express that knowledge in a typed outline and written test.

### JUVENILE REHABILITATION

212    Recruits will become familiar with the goals of juvenile foster shelter homes.  They will understand their procedures used in rehabilitation of juvenile offenders, identify the role of the Police toward them, and express understanding in a typed outline.

### PHYSIOLOGY OF DRUG ADDICTION

213    Recruits will be able to recognize the physical and mental problems connected with drug addiction, and express understanding in an essay type test.

### PRESS RELATIONS

214    Recruits will develop an understanding of the problems faced by the Police and the news media, how the Officer can help to resolve those problems through cooperation, and express comprehension in a typed outline.

### ALCOHOLISM & HANDLING INTOXICATED PERSONS

215    Recruits will identify methods of handling intoxicated persons, develop an understanding of the various medical and moral aspects of alcoholism and its treatment, and express comprehension in a typed outline.

### HUMAN RELATIONS

217    Recruits will identify the problems of human interaction, adopt a humanistic attitude toward Law Enforcement, and show their understanding and attitude in a typed outline and written examination.

**Appendix 104**

**UNIT NO.**

USE OF FORCE
LEGAL & CIVIL LIABILITY

218    Recruits will identify the criminal and civil re-
sponsibilities and liabilities of a Police Officer in
the performance of duty, especially as related to the
use of force, and will identify those responsibilities
in a typed outline and written examination.

COMMUNICATIONS IN CONFLICT MANAGEMENT / CULTURAL
DIVERSITY

222    Recruits will be able to understand the communication
process and the barriers to communication.  They will
be able to identify the importance of communication
in their role as a Police Officer, and recognize that
communication affects the way that others see and
react to us.  Comprehension will be expressed in a
typed outline.

EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION

223    Recruits will become familiar with the Civil Rights
Act of 1964 as amended in 1972, Title VII Prohibitions
Employment and Executive Order 11246, 1965 (amended
1967) creating the Affirmative Action Program, and will
demonstrate their knowledge in a typed outline.

POLK COUNTY MEDIATION CENTER

224    Recruits will become familiar with the operation and
goals of the Mediation Center, how the Center can be of
assistance to them in handling domestic related crime,
and express comprehension in a typed outline.

225    POLK COUNTY VICTIM SERVICES

226    IOWA DEAF SERVICES

227    IOWA CORRECTIONAL SERVICES - PROBATION AND PAROLE

-12-

**Appendix 105**

## DIVISION III

### Basic Academic Skills

### 300 Series (56 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 301 | Composition I (3 Semester Hours College Credit) | 42 |
| 302 | Spelling | 3 |
| 303 | Report Writing Guide | 3 |
| 304 | Research Paper - Briefing | 1 |
| 305 | Practical Report Writing | 7 |

-13-

**Appendix 106**

## DIVISION III

### BASIC ACADEMIC SKILLS

**UNIT NO.**

COMPOSITION I - (3 Credits)

301    A course designed to help Recruits write clear, effect-
ive prose for professional and academic purposes. Five
basic types of themes are covered: Description, Class-
ification, Comparison, Definition and Generalization.

302    SPELLING

304    PUBLIC SPEAKING & RESEARCH PAPER

Recruits will develop and understand the proper
methods of speaking before an audience and demonstrate
that understanding with an oral presentation of a re-
search project.

REPORT WRITING

305    Recruits will understand their responsibilities and
the reasons for making reports, and demonstrate that
ability by making complete and accurate reports.

-14-

**Appendix 107**

DIVISION IV

BASIC PHYSICAL SKILLS

UNIT NO.

### PHYSICAL TRAINING & DEFENSE TACTICS

401     Recruits will become proficient in defenses against
        persons armed with dangerous or deadly weapons, dis-
        arming techniques demonstration and drill in a limited
        number of holds and come-alongs; restraint of prisoners
        and the mentally ill; fundamental use of the baton and
        sap.

### FIREARMS TRAINING

402     Recruits will obtain qualification for the use and safe
        handling of firearms, gun laws; the concern of the
        Police Officer in the use of the firearm, both legal
        and moral; demonstration and use of shotguns, gas guns,
        and machine guns.  (For Certification Program only.)

### FIREARMS TRAINING - RANGE

        Recruits will demonstrate the proper procedure of
        Firearms use under N.R.A. combat positions.  Recruits
        will demonstrate skill by qualifying with a score of
        80% or better with the service weapon and shotgun.

### PRECISION/DEFENSIVE DRIVING

404     Recruits will develop the proper skill to be a
        defensive driver, become adept at precision maneuver-
        ing a motor vehicle, and demonstrate the proper driving
        methods by completing a timed driving course.

### WEAPONS RETENTION

406     Recruits will become familiar with defensive tactics
        and moves to overcome an attacker attempting to remove
        the Officer's duty weapon and physically demonstrate
        the ability to retain their weapon in a classroom
        environment.

-16-

**Appendix 108**

<u>UNIT NO.</u>

WEAPONS FAMILIARIZATION

407    Recruits will become familiar with the different
types of handguns, rifles, shotguns, black powder and
automatic weapons found in the field, and physically
demonstrate the ability to safely disable and handle
them.

**Appendix 109**

DIVISION V

CRIMINAL LAW AND PROCEDURES

UNIT NO.

PROCEDURAL DUE PROCESS

501     Recruits will become familiar with those portions of
        the United States Constitution dealing with the rights
        of the accused and limitations of Police powers.  Per-
        tinent portions of Iowa Constitution are also discussed
        along with Federal and State Court decisions, legis-
        lation that deals with due process and civil rights,
        and express comprehension in a typed outline and
        written examination.

CONSTITUTIONAL LAW AND BILL OF RIGHTS

502     Recruits will develop an understanding of the Con-
        stitution and the Bill of Rights, the role of the
        Police in safeguarding the Constitutional Rights of
        citizens, statute of limitations, and will express
        understanding in a typed outline and written examin-
        ation.

LAW OF ARREST & ESTABLISHING PROBABLE CAUSE

503     Recruits will know the laws of arrest, develop an
        understanding of "probable cause" to make an arrest,
        and express that knowledge and understanding in a typed
        outline and written examination.

INTRODUCTION TO IOWA CRIMINAL CODE

504     Recruits will become familiar with the Criminal
        Code, the classes of crime and the "Filing" procedure.
        Recruits will "File Charges" on the standard forms
        in the correct manner prescribed by law, and express
        that understanding in a typed outline and written exam-
        ination.

RULES OF EVIDENCE

505     Recruits will become familiar with the basic rules
        of evidence, develop the ability to find, collect and
        present evidence to a Court of Law, and identify those
        rules of evidence in a typed outline and written exam-
        ination.

<u>UNIT NO.</u>

       CRIMINAL AND CONSTITUTIONAL LAW REVIEW

512      Recruits will show that they have learned a sufficient amount of law by writing a minimum score of 70 percent through comprehensive testing.

       Included in Course #501 are: 502, 503, 504, 505, 506, 507, 508, 509, 510, 511 and 512.

       COURT ORGANIZATION AND CORRECTIONS

513      Recruits will gain a working knowledge of the Iowa Court System, including Initial Appearance, Preliminary Hearings, Grand Jury procedures, County Attorney informations, Arraignment, Pleas, Pre-Trial Motions, Jury Selection, Order of Trial, and express comprehension in a typed outline and written test.

-21-

**Appendix 111**

# DIVISION VII

## INVESTIGATION PROCEDURES

UNIT NO.

### PRINCIPLES OF INVESTIGATION

700     Recruits will identify the proper principles of investigating by writing a 70 percent grade on all tests that involve investigation.

### DEATH INVESTIGATIONS

703     Recruits will become familiar with death investigations, including emphasis on the value of physical evidence in establishing cause of death.  Introduction will be given on dead body examination thru autopsy.

### YOUTH & LAW ENFORCEMENT

704     Recruits will develop an understanding of Youth and Law Enforcement procedures, the importance of the proper handling of juvenile offenders, and show comprehension in a typed outline and written examination.

### CRIMINALISTICS

705     Recruits will develop a broad understanding of the various Identification Procedures, their use in solving crimes, and demonstrate understanding in a typed outline and written examination.

### ARSON INVESTIGATIONS

706     Recruits will understand the importance in determining the point of origin and cause of fires, the importance of cooperation between Police and Fire officials, and will demonstrate understanding with a typed outline and written examination.

### AUTO THEFT

708     Recruits will develop knowledge of automobile identification, how to obtain vehicle ownership information, methods used by auto thieves to destroy serial numbers, and demonstrate that understanding with a typed outline and written test.

Appendix 112

**UNIT NO.**

#### USE OF INFORMANTS

710    Recruits will become knowledgeable in the proper use and handling of informants, including Departmental policy, and demonstrate that knowledge in a typed outline and written test.

#### POLYGRAPH PROCEDURES

711    Recruits will understand the value of the Polygraph as an investigative aid, and demonstrate that understanding in a typed outline and written test.

#### FORGERIES-FRAUDS

712    Recruits will become familiar with the procedures used by Officers in the field when encountered with a bad check passer and stolen credit card user, and demonstrate knowledge in a typed outline and written test.

#### INVESTIGATIVE NOTE-TAKING

713    Recruits will become familiar with the importance of taking notes while conducting an investigation and demonstrate knowledge in a typed outline and written test.

#### EXPLOSIVE AND INCENDIARY DEVICES

714    Recruits will develop an understanding of how to search for, recognize explosive and incendiary devices, and demonstrate that knowledge in a typed outline and written test.

#### DRUG IDENTIFICATION AND RECOGNITION

715    Recruits will become familiar with the various types of drugs, how they affect the user, and demonstrate that knowledge with a typed outline and written examination.

#### VICE CONTROL

716    Recruits will develop an understanding of the crimes that are listed as vices, the procedures for investigating those types of cases, and demonstrate that understanding in a typed outline and written test.

Appendix 113

**UNIT NO.**

DMPD INTELLIGENCE UNIT

717     Recruits will become familiar with and develop an
        understanding of the workings of the Intelligence Unit
        and its mission relating to organized crime, oriental
        gangs, and hate crimes.

WITNESS PERCEPTION AND INTERVIEWING

719     Recruits will learn to compile pertinent data gath-
        ered from witnesses, and demonstrate that knowledge in
        a typed outline and written test.

SEX ABUSE CRIMES

723     Recruits will become familiar with the investigative
        techniques desirable in Sexual Abuse crime investiga-
        tion, the needs of the sex abuse victim, crisis inter-
        vention, interviewing techniques desirable in assisting
        and acquiring the necessary information in a sex abuse
        case, and demonstrate comprehension in a typed outline
        and written test.

DMPD CRIMES AGAINST PROPERTY, CRIMES AGAINST PERSONS &
SPECIAL ASSIGNMENT SECTIONS

724     Recruits will become familiar with and develop an
725     understanding of the duties of the Crimes Against
        Property, Crimes Against Persons and Special Assignment
        Sections of the Criminal Investigation Division.

726     DMPD TRAFFIC UNIT

        Recruits will become familiar with and develop an
        understanding of the functions of the Traffic Unit.

727     DMPD ANIMAL CONTROL UNIT

        Recruits will become familiar with and develop an
        understanding of the functions of the Animal Control
        Unit, the requirements of a Police Officer concerning
        enforcement of pertinent laws, will demonstrate pro-
        ficiency in a typed outline and written test.

728     DMPD RECORDS & DETENTION UNIT

729     CHILD ABUSE-RECOGNIZING AND REPORTING

730     HOSTAGE NEGOTIATIONS

731     GANGS

        Recruits will become familiar with the various gangs
        and behavioral characteristics which are exhibited.

-27-

Appendix 114

DIVISION VIII

## Patrol Standard Operating Procedures

800 Series (145.5 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 801 | Purpose of Patrol | 1 |
| 802 | One Man Patrol | 1 |
| 803 | Patrol Observation | 2 |
| 805 | Techniques and Mechanics of Arrest | 2 |
| 806 | Use of Handcuffs | 2 |
| 807-808 | Searching, Handling & Transporting Prisoners | 3 |
| 809 | Deadly Force | 3 |
| 811 | Functions of Field Training Officer | 1 |
| 812 | Geography of Des Moines | 1 |
| 813 | Communications | 2 |
| 815 | Crime Scene Duties and Searches | 3 |
| 816 | Crisis Intervention | 4 |
| 817 | Police Tactics | 3 |
| 818 | Field Interrogation Reports | 1 |
| 819 | OWI Arrest & Testing Procedures | 16 |
| 820 | Crowd Control | 3 |
| 821 | Chemical Mace | 2 |
| 822 | First Responder | 40 |
| 824 | Property Management Section | 1 |
| 825 | Duties at Fire Scene & Flammable Liquids | 2 |

-28-

**Appendix 115**

# DIVISION VIII

## (Continued)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 826 | Comprehensive Field Project | 24 |
| 827 | Patrol Misdemeanor Summons Writing | 1.5 |
| 828 | Chemical Testing | 4 |
| 829 | Burglary Investigation | 2 |
| 830 | Use of the PR-24 Baton | 14 |
| 831 | Traffic Control Devices | 2 |
| 833 | Des Moines Sound Ordinance | 3 |
| 834 | Iowa Power Company | 1 |
| 835 | Hazardous Material Storage | 1 |

**Appendix 116**

## UNIT NO.

### USE OF HANDCUFFS

806    Recruits will successfully demonstrate the proper
       use of handcuffs and will express an understanding of
       the Rules and procedures governing their use in a typed
       outline, written test, and practical exercises.

### SEARCHING PRISONERS

807    Recruits will master the procedures for searching
       prisoners and the dangers to watch for.  The Recruit
       will successfully demonstrate the search techniques in
       class and in a typed outline.

### HANDLING AND TRANSPORTING PRISONERS

808    Recruits will develop a thorough understanding of
       the methods for handling prisoners, both at the time of
       arrest and while being transported.  That understanding
       will be expressed in a typed outline and written exam.

### DEADLY FORCE POLICY

809    Recruits will attain a mastery of the Officer's
       guidelines under the law and the Departmental Policy,
       in the use of deadly force.  Mastery will be shown in
       both typed outline and an essay examination from memory
       with 100 percent accuracy.

### FUNCTIONS OF THE F.T.O.

811    Recruits will become familiar with the function of
       Field Training Officers and how Recruits work with them
       to develop their law enforcement skills.  They will
       spend 120 hours of in-service training before grad-
       uation and 160 hours after graduation.

### GEOGRAPHY OF DES MOINES

812    Recruits will become familiar with the locations of
       various sections of the City, hospitals and street
       locations.

-31-

**Appendix 117**

**UNIT NO.**

COMMUNICATIONS UNIT

813   Recruits will become familiar with the functions of the Communications Unit, proper use of radio communications equipment, and express comprehension in a typed outline and written test.

CRIME SCENE DUTIES & SEARCHES

815   Recruits will identify responsibilities at the crime scene to successfully protect the scene and the injured, assist in search, the precautions that must be followed, and will identify those duties in a typed outline and written test.

CRISIS INTERVENTION

816   Recruits will develop an understanding of the problems that occur, in terms of both the community attitude toward Police and danger to the Officer in handling domestic or family disputes, and will express an understanding of those problems and dangers in a typed outline and written test.

POLICE TACTICS

817   Recruits will develop an understanding of Police skills of operation and positioning of Officers for the purpose of combating crimes such as robberies, riots, burglaries and homicides, and express that understanding in a typed outline and written test.

FIELD INTERROGATION REPORTS

818   Recruits will become familiar with the Field Interrogation Report Form, develop and understanding for its purpose, follow up use and constitutionality. That understanding will be expressed in a typed outline and written test.

-32-

**Appendix 118**

**UNIT NO**

### O.W.I. ARREST & TESTING PROCEDURES

819     Recruits will develop an understanding of the pro-
        cedures, from arrest to courtroom, that a Police Offi-
        cer must know to successfully enforce the "O.W.I." law,
        and the Department's S.T.O.P. Program.  The Recruit
        will express an understanding of the procedures and law
        in a typed outline and written test.

### CHEMICAL MACE

821     Recruits will develop an understanding of the Depart-
        mental policies governing the use of mace, become
        familiar with the proper procedures to be used after
        the use of mace, and express understanding of these
        policies and procedures in a typed outline, written
        test and be individually exposed to the chemical.

### FIRST RESPONDER

822     Recruits will become proficient with the use of Emer-
        gency First Aid and satisfactorily pass examination to
        obtain State certification.

### PROPERTY MANAGEMENT SECTION

824     Recruits will be able to understand the function of
        this Section, proper methods of handling the property,
        from obtaining custody to final disposition, and will
        demonstrate comprehension in a typed outline, written
        test and practical exercise.

### FLAMMABLE LIQUIDS

825     Recruits will become familiar with the hazards of
        flammable liquids and demonstrate comprehension in a
        typed outline.

### FIELD PROJECTS

826     Recruits will participate in a number of practical
        field problems.

-33-

**Appendix 119**

## UNIT NO.

MISDEMEANOR SUMMONS

827  Recruits will become proficient at completing a mis-
demeanor summons.

O.W.I. CHEMICAL TESTING

828  Recruits will become proficient with various means
of testing for alcoholic and drug content, of blood,
breath and urine, and will be certified on the
Intoxilyzer.

BURGLARY INVESTIGATION

829  Recruits will become familiar with proper methods of
burglary investigation.

USE OF BATON - PR-24

830  Recruits will become proficient in the proper use of
the PR-24 Baton, demonstrate comprehension in a typed
outline, and score 100 percent on a written exam.

TRAFFIC CONTROL EQUIPMENT

831  Recruits will become familiar with the designs of
intersections, types of traffic control equipment,
traffic grid patterns of the City, and demonstrate
understanding in a typed outline and written test.

DES MOINES SOUND ORDINANCE

833  Recruits will become familiar with the City of Des
Moines ordinance and how it is applied by the Police
Officer.

IOWA POWER COMPANY

834  Recruits will become familiar with the hazards
associated with Iowa Power lines and equipment.

**Appendix 120**

DIVISION IX

## Testing and Evaluations

900 Series (32 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|-----------|----------------------|
| 901 | Weekly Testing | 18.5 |
| 902 | Final Test | 4 |
| 903 | Course Discussion and Critique | 2 |
| 904 | Evaluation Interviews (To run concurrent with Firearms Training) | |
| | Graduation | 6 |
| --- | Flex | 1.5 |

-36-

**Appendix 121**

## DES MOINES AREA XI COMMUNITY COLLEGE

The curriculum of the Des Moines Police Academy includes instruction that is accredited by the Des Moines Area XI Community College enabling the Recruit to receive a total of **18** Semester Hours of college credit.

The following is a description of those courses:

1.   **Introduction to Criminal Justice** 101 - 3 Semester Hours Credit

   This includes Units 101, 105, 106, 108, 111, 113, 115, 119, 120, 121, 123, 124, 125, 210, 501, 212, 227, 502, 513, 717, Research Paper and 2.5 hours of exams.

   Total Contact Hours - 47.5

2.   **Composition** (English 117) - 3 Semester Hours Credit

   This includes Unit 301.

   Total Contact Hours - 43.0

3.   **Criminal Law** 104 - 3 Semester Hours Credit

   This includes Units 503, 504, 505, 506, 507, 508, 509, 510, 512, 819 and 2.5 hours of exams.

   Total Contact Hours - 68.5

4.   **Criminal Investigation** 214 - 3 Semester Hours Credit

   This includes Units 700, 703, 704, 705, 706, 708, 710, 712, 714, 715, 716, 717, 723, 724, 725, 726 and 2.5 hours of exams.

   Total Contact Hours - 54.75

5.   **Theories of Interviewing** - Crim. 107 - 3 Semester Hours Credit

   This includes Units 200, 203, 204, 205, 209, 211, 213, 214, 217, 222, 225, 711, 713, 719, 730, and 2.5 hours of exams.

   Total Contact Hours - 57.5

6.   **First Responder** - 3 Semester Hours Credit with Certificate of Completion.

   This includes Unit 822 and 2.5 hours of exams.

   Total Contact Hours - 42.5

Appendix 122

54TH RECRUIT CLASS



# DES MOINES POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

WEEK # 1

| DATE: | 12/05/94 | 12/06/94 | 12/07/94 | 12/08/94 | 12/09/94 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | SWEARING-IN 100 | ADMINISTRATIVE PROCEDURES UNIFORM MEASUREMENTS 100 | INTRODUCTION TO THE CRIMINAL JUSTICE SYSTEM 101 | COMPOSITION 301 | EQUAL EMPLOYMENT OPPORTUNITIES AFFIRMATIVE ACTION PROGRAM SENSITIVITY SEXUAL HARASSMENT TRAINING 223 |
| 0850 | *Judge Glen Pille* | | | | |
| 0900 | ADMINISTRATIVE PROCEDURES 100 *SPO Clock* *Sgt. Harkin* | *Bus Required* | | | |
| 0950 | | | | | |
| 1000 | D.M.A.C.C. REGISTRATION 100 | *SPO Clock* *Richard Anderson* | *Ms. Carol Moser* | *Dr. Rosemary Olds* | *Mr. W. Robinson* *Mr. J. Schnieder* |
| 1050 | | | | | |
| 1100 | POSTING OF FLAG 100 *PO Griffith* *PO B. Edwards* | DMPD BARGAINING UNIT SALARY & WORKING CONDITIONS 107 *SPO V. Valdez* | **FLEX** | POLK COUNTY SHERIFF'S OFFICE 120 *Lt. Bill Vaughn* | PHYSICAL TRAINING 401 |
| 1150 | | | | | |
| *LUNCH* | | | | | *SPO Clock* *Sgt. Harkin* |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | CLASSROOM NOTE TAKING AND STUDY SKILLS 102 | PHYSICAL TRAINING 401 *SPO Clock* *Sgt. Harkin* | PHYSICAL TRAINING 401 | CRIMINAL COURT ORGANIZATION 513 | **LUNCH** |
| 1350 | | | | | |
| 1400 | | DMPD BURIAL AND STATE PEACE OFFICER ASSOCIATIONS 104 | | | PROCEDURAL DUE PROCESS 501 |
| 1450 | *Sgt. Harkin* *Sgt. Hickle* | | *SPO Clock* *Sgt. Harkin* | *Ms. Carol Moser* | |
| 1500 | ORGANIZATION OF DMPD 105 | *PO Brewer* CITY OF DES MOINES INSURANCE PLANS 103 | ETHICS & MORALS OF A POLICE OFFICER 202 | TECHNIQUES AND MECHANICS OF ARREST 805 | *Ms. Carol Moser* |
| 1550 | | | | | |
| 1600 | | | | | CHIEF & STAFF |
| 1650 | *Sgt. Harkin* | *Ms. Karla Lower* | *Sgt. Noel* | *SPO Clock* | |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 123**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK #  2

| DATE: | 12/12/94 | 12/13/94 | 12/14/94 | 12/15/94 | 12/16/94 |
|-------|----------|----------|----------|----------|----------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | TEST 901 | U.S. CONSTITUTION AND BILL OF RIGHTS 502 | U.S. CONSTITUTION AND BILL OF RIGHTS 502 | COMPOSITION 301 | REPORT WRITING CIR & SUPPLEMENTALS 305 |
| 0850 | *Sgt. Harkin* | | | | |
| 0900 | REPORT WRITING GUIDE 303 | | | | |
| 0950 | | | | | *Sgt. Morgan* *Sgt. Huston* |
| 1000 | | | | | RADIOACTIVE & FLAMMABLE SPILLS 825 |
| 1050 | | *Polk County Attorney* | *Polk County Attorney* | *Dr. Rosemary Olds* | |
| 1100 | | CHIEF & STAFF | TB TEST HEPATITIS - SERIES B LEAD LEVEL TEST HEALTH CLINIC | RECORDS AND DETENTION UNIT 728 | |
| 1150 | *Sgt. M. Morgan* *Sgt. G. Huston* | | | *Lt. Cramer* | *Insp. Woody, DMFD* |
| LUNCH | | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | PHYSICAL TRAINING 401 | PHYSICAL TRAINING 401 | PHYSICAL TRAINING 401 | POLICE COMMUNITY RELATIONS 200 CRIME PREVENTION 201 | PHYSICAL TRAINING 401 |
| 1350 | | *SPO Clock* | | | |
| 1400 | | | | | |
| 1450 | *SPO Clock* | | *SPO Clock* | | *SPO Clock* |
| 1500 | HISTORY OF LAW ENFORCEMENT 113 | DMPD GENERAL DMPD OFFICE | PERSONNEL RULES ORDERS 86-1 & 86-2 ADMINISTRATIVE RULES OF PROFESSIONAL STANDARDS 106 | | FIREARMS TRAINING (CLASSROOM) 402 |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | *Sgt. Leeper* | | *Capt. M. Brewer* | *Dr. Jerald Catron* *Lt. J. Breining* | *SPO Davis* *SPO Clock* *PO Pendleton* |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 124**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK # 3

| DATE: | 12/19/94 | 12/20/94 | 12/21/94 | 12/22/94 | 12/23/94 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | | | | | |
| 0800 | | | | | |
| 0850 | | | | | |
| 0900 | IN-SERVICE | IN-SERVICE | IN-SERVICE | IN-SERVICE | IN-SERVICE |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | | |
| 1100 | | | | | |
| 1150 | | | | | |
| *L U N C H* | | | | | |
| 1245 | | | | | |
| 1300 | | | | | |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | RIDE-ALONG | RIDE-ALONG | RIDE-ALONG | RIDE-ALONG | RIDE-ALONG |
| 1500 | | | | | |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | | | | | |
| 1700 | | | | | |

**Appendix 125**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK #_5_

| DATE: | 01/02/95 | 01/03/95 | 01/04/95 | 01/05/95 | 01/06/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | N E W   Y E A R S   D A Y | TEST 901 *Sgt. Harkin* | USE OF THE PR-24 DEFENSE BATON 830 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | | | | | |
| 0900 | | PHYSICAL TRAINING 401 *SPO Clock* | | | |
| 0950 | | | | | *Sgt. Mike Shay* |
| 1000 | | POLICE & MINORITIES 205 | | | *Sgt. Richard Hickle* *SPO Richard Davis* *SPO Robert Clock* *SPO James Oleson* |
| 1050 | | | | *Dr. Rosemary Olds* | *SPO John Lewis* |
| 1100 | | | | CITY GEOGRAPHY 812 | *SPO Robin Sprafka* *SPO Todd Taylor* *SPO Charles Guhl* |
| | | *Dr. Jerald Catron* *SPO Steverson* *PO Gallardo* | *SPO Buzynski* *SPO Clock* | *Sgt. Harkin* | *PO Dennis Pendleton* |
| 1150 | | | | | |
| LUNCH | | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | H O L I D A Y | BASIC PSYCHOLOGY 209 | PHYSICAL TRAINING 401 | PHYSICAL TRAINING 401 *SPO Clock* | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | PRINCIPALS OF INVESTIGATION 700 | |
| 1450 | | | *SPO Clock* | | *SPO Clock* |
| 1500 | | | USE OF FORCE 218 | | INVESTIGATIVE NOTE-TAKING 713 |
| 1550 | | *Dr. Jerald Catron* | | | |
| 1600 | | U.S. CUSTOMS SERVICE 131 *Frank Musaraca* | | | |
| 1650 | | | *Ms. Carol Moser* | *Captain Trotter* | *Sgt. Hickle* |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 126**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK #  6

| DATE: | 01/09/95 | 01/10/95 | 01/11/95 | 01/12/95 | 01/13/95 |
|-------|----------|----------|----------|----------|----------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | TEST 901 *Sgt. Harkin* | USE OF DEADLY FORCE 809 | SEARCH & SEIZURE 507 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | | | | | |
| 0900 | VICE CONTROL LIQUOR VIOLATIONS GAMBLING PROSTITUTION OBSCENE MATERIALS 716 | | | | |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | *Ms. Carol Moser* | | *Dr. Rosemary Olds* | |
| 1100 | | PHYSICAL TRAINING 401 | | BRIEFING ON RESEARCH PAPER | *Lt. Burham SPO Davis SPO Guhl SPO Sprafka* |
| 1150 | *Lt. Underwood* | *SPO Clock* | *Polk County Attorney* | *Dr. Rosemary Olds* | |
| | *L U N C H* | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | PHYSICAL TRAINING 401 | SEARCH & SEIZURE 507 | PHYSICAL TRAINING 401 | TRAFFIC DIRECTION 604 | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | *SPO Clock* | | *SPO Clock* | | *SPO Clock* |
| 1500 | CRIMINOLOGY & CORRECTIONS 210 | | RESEARCH & DEVELOPMENT 111 *Mr. John Jones* | *Bus Required* | COMMUNICATIONS 813 |
| 1550 | | | | | |
| 1600 | | | CIVIL RIGHTS COMMISSION 204 *Ashak Bhanji* | | |
| 1650 | *Mr. William Pearce* | *Polk County Attorney* | | *SPO Silver* | *Lt. Bishop* |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 127**

54TH RECRUIT CLASS



# DES MOINES POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

WEEK #_8_

| DATE: | 01/23/95 | 01/24/95 | 01/25/95 | 01/26/95 | 01/27/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 / 0850 | TEST 901 *Sgt. Harkin* | HUMAN RELATIONS 217 | JUVENILE REHABILITATION 212 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0900 / 0950 | CROWD CONTROL 820 | | YOUTH AND LAW ENFORCEMENT 704 | | |
| 1000 / 1050 | | | | *Dr. Rosemary Olds* | |
| 1100 / 1150 | *SPO Greenfield* *SPO Good* *SPO B. Harris* | *Dr. Jerald Catron* | *Mr. Bert Aunan* *Sgt. Mike Leeper* | IOWA DIVISION OF CRIMINAL INVESTIGATION 123 *Steve Conlon* | *SPO Davis* *SPO Lewis* *SPO Taylor* |
| 1245 | *L U N C H* | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 / 1350 | PHYSICAL TRAINING 401 DEFENSIVE TACTICS | PROPERTY MANAGEMENT 824 | PHYSICAL TRAINING 401 DEFENSIVE TACTICS | PHYSICAL TRAINING 401 *SPO Clock* | PHYSICAL TRAINING 401 DEFENSIVE TACTICS |
| 1400 / 1450 | *SPO Goldsbury* *SPO Clock* *PO Pendleton* | HAZARDOUS MATERIAL STORAGE 835 *Mr. Richard Anderson* | *SPO Clock* *PO Grasso* *PO Gallardo* | MISSING/WANTED PERSONS REPORTS 305 *Sgts Morgan/Huston* | *SPO Goldsbury* *PO Pendleton* |
| 1500 / 1550 | WEAPON RETENTION 406 | U.S. MARSHALL'S OFFICE 127 *Linda Cherry* | U.S. TREASURY DEPT. BUREAU OF ALCOHOL, TOBACCO & FIREARMS 136 *SAC Dave Webb* | RAILROAD POLICE 133 *Mr. William Adams* | WEAPONS RETENTION 406 |
| 1600 / 1650 | *SPO Goldsbury* *PO Pendleton* | PHYSICAL TRAINING 401 *SPO Clock* | DMPD CHAPLINS 128 *Rabbi Fink, Rev. Ludwig, Rev. Smith* | ANIMAL CONTROL UNIT 727 *Sgt. Cowger* | *SPO Goldsbury* *PO Pendleton* |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 128**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK #  10

| DATE: | 02/06/95 | 02/07/95 | 02/08/95 | 02/09/95 | 02/10/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | TEST 901 | AMERICAN RED CROSS BASIC LIFE SUPPORT FOR THE PROFESSIONAL RESCUER | TEST: Chapters 1, 2, 3, 3A, 7, 8 | TEST: Chapters 9-14 | FINAL COMPREHENSIVE EXAM |
| 0850 | *Sgt. Harkin* | | | | |
| 0900 | AMERICAN RED CROSS COMMUNITY CPR 822 | | **Chapter 9** (pp. 194-223) "Soft Tissues/ Internal Organs" **Chapter 10** (pp. 226-248) "Injuries/Extremeties" **Chapter 11** (pp. 250-270) "Splinting" | **Chapter 15** (pp. 352-368) "Childbirth" **Chapter 16** (pp. 372-386) "Special Patients" **Chapter 17** (pp. 388-406) "Gaining Access to Patients" | FIRST RESPONDER STATE PRACTICAL EXAM |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | | |
| 1100 | | | | | |
| 1150 | | | | | |
| *LUNCH* | | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | AMERICAN RED CROSS COMMUNITY CPR | **Chapter 1** (pp. 2-18) "First Responder" **Chapter 2** (pp. 20-47) "Human Body" **Chapter 3 & 3A** (pp. 50-88) "Patient Assessments" **Chapter 7** (pp. 154-183) "Bleeding & Shock" **Chapter 8** (pp. 186-189) "Primary Survey" | **Chapter 12** (pp. 272-294) "Skull, Spine, Chest" **Chapter 13** (pp. 298-328) "Medical Emergencies" **Chapter 14** (pp. 330-350) "Burns, Smoke, Heat & Cold" | **Chapter 18** (pp. 408-420) "Moving Patients" **Chapter 19** (pp. 422-433) "Triage and Special Situations" **Chapter 20** (pp. 438-450) "Swimming and Diving Accidents" | FIRST RESPONDER STATE PRACTICAL EXAM |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | | | | | |
| 1500 | | | | | |
| 1550 | | | | | |
| 1600 | | | | | |
| 1650 | | | | | |
| 1700 | *EMS COORDINATOR: FRANK COOLEY  /  EMS ASSISTANT COORDINATOR: TIM* | | | | |

Appendix 129

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK # 11

| DATE: | 02/13/95 | 02/14/95 | 02/15/95 | 02/16/95 | 02/17/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | DAILY INSPECTIONS | | | | |
| 0800 | TEST 902 FIRST RESPONDER | IOWA DEPARTMENT OF NATURAL RESOURCES 124 | CRIMINALISTICS 705 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | | | | | |
| 0900 | | | | | |
| 0950 | | Off. Rick McGeough | | | |
| 1000 | Sgt. Harkin Mr. Frank Cooley EMS T. Luloff | IOWA CRIMINAL CODE THEFT, CRIMINAL MISCHIEF, CRIMINAL TRESPASS 504-A | | | |
| 1050 | TRAFFIC UNIT 726 | | | Dr. Rosemary Olds | |
| 1100 | | | | PHYSICAL TRAINING 401 | |
| | Lt. Murray | | | | Sgt. Shay SPO Davis SPO Oleson |
| 1150 | FLEX | Polk County Attorney | Lt. Bonwell | SPO Clock | |
| LUNCH | | | | | |
| 1245 | DAILY QUIZ/ADMINISTRATION | | | | |
| 1300 | PHYSICAL TRAINING 401 | IOWA CRIMINAL CODE ROBBERY, BURGLARY ASSAULT, TERRORISM WEAPONS 504-B | PHYSICAL TRAINING 401 | CRIMINALISTICS 705 | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | SPO Clock | | SPO Clock | | SPO Clock |
| 1500 | BURGLARY INVESTIGATION 829 | | POLK COUNTY VICTIM SERVICES 225 | | WEAPON RETENTION 406 |
| 1550 | | | | | |
| 1600 | | | | | |
| | Lt. Bonwell | Polk County Attorney | Sgt. Wells Sharon Thomas | Lt. Bonwell | SPO Goldsbury PO Pendleton |
| 1700 | DAILY RECRUIT DUTIES | | | | |

Appendix 130

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



## PERSONNEL & TRAINING SECTION

WEEK #_12_

| DATE: | 02/20/95 | 02/21/95 | 02/22/95 | 02/23/95 | 02/24/95 |
|-------|----------|----------|----------|----------|----------|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | TEST 901 | | *NO* | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | *Sgt. Harkin* | | *CLASS* | | |
| 0900 | | | | | |
| 0950 | PRECISION/DEFENSIVE DRIVING 404 | | *IN* | | |
| 1000 | | | | | |
| 1050 | | | | *Dr. Rosemary Olds* | |
| 1100 | | | *MORNING* | USE OF INFORMANTS 710 | |
| 1150 | | | *ONLY* | *Sgt. Viers* | *Sgt. Hickle SPO Davis SPO Oleson* |
| LUNCH | | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | | | *1200 hrs - 2000 hrs:* | PHYSICAL TRAINING 401 | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | PRECISION/DEFENSIVE DRIVING 404 | | |
| 1450 | | | | *SPO Clock* | *SPO Clock* |
| 1500 | | | | REPORT WRITING (Misc. Reports) 305 | USE OF THE PR-24 DEFENSE BATON 830 |
| 1550 | | | | | |
| 1600 | | *Sgt. Shay SPO Silver SPO Sherwood SPO Guhl* | *SPO Silver SPO Sherwood SPO Guhl* | *Sgt. Huston Sgt. Morgan* | *SPO Clock SPO Buzynski* |
| 1650 | | | | | |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 131**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK #  13

| DATE: | 02/27/95 | 02/28/95 | 03/01/95 | 03/02/95 | 03/03/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | DAILY  INSPECTIONS | | | | |
| 0800<br><br>0850 | TEST<br>901<br>Sgt. Harkin | PHYSICAL TRAINING<br>401 | IOWA STATE PATROL<br>135<br>Bob Cox | COMPOSITION<br>301 | FIREARMS TRAINING<br>402 |
| 0900<br><br><br>0950 | IOWA BUREAU OF<br>REFUGEE SERVICES<br>229<br>Ms. Dena Fisher | SPO Clock<br><br>MISDEMEANOR<br>SUMMONS<br>827 | U.S. SECRET SERVICE<br>126<br><br>Jerry Webber | | |
| 1000<br><br>1050 | ARSON INVESTIGATIONS<br>706 | Sgt. C. Richardson | IOWA CRIMINAL CODE<br>OBSTRUCTING,<br>RESISTING ARREST,<br>FALSE REPORTS, | Dr. Rosemary Olds | |
| 1100<br><br><br>1150 | SPO Morgan<br>SPO Boggs | POLYGRAPH<br>PROCEDURES<br>711<br>SPO McDermott | MENTALLY ILL<br>COMMITMENTS<br>504D<br>Polk County Attorney | PHYSICAL TRAINING<br>401<br><br>SPO Clock | Sgt. Hickle<br>SPO Davis<br>PO Pendleton |
| LUNCH | | | | | |
| 1245 | DAILY QUIZ/ADMINISTRATION | | | | |
| 1300<br>1350 | PHYSICAL TRAINING<br>401 | WITNESS PERCEPTION<br>719 | AUTO THEFT<br>705 | ACCIDENT<br>INVESTIGATION<br>603 | PHYSICAL TRAINING<br>401 |
| 1400<br><br>1450 | SPO Clock | INTERVIEWS,<br>INTERROGATIONS AND<br>CONFESSIONS<br>506 | Det. C. Henderson | | SPO Clock |
| 1500<br><br>1550 | FIELD INTERROGATION<br>REPORTS<br>818<br>Sgt. C. Richardson | | CREDIT UNION<br>104<br><br>Karen Karaidos | | ACCIDENT<br>INVESTIGATION<br>603 |
| 1600<br><br><br>1650 | COMMUNITY POLICING<br>207<br><br>Sgt. Mike Shay | SPO McDermott | IA COMM. ON THE<br>STATUS OF AFRICAN<br>AMERICANS<br>204<br>Karen Cooper | PO Huffman | PO Huffman |
| 1700 | DAILY RECRUIT DUTIES | | | | |

**Appendix 132**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK # _15_

| DATE: | 03/13/95 | 03/14/95 | 03/15/95 | 03/16/95 | 03/17/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | TEST 901 | PHYSICAL TRAINING 401 | CULTURAL DIVERSITY 222 | COMPOSITION 301 | INTERVIEWING WITNESS/SUSPECT PERCEPTION 719 |
| 0850 | *Sgt. Harkin* | *SPO Clock* | | | |
| 0900 | PHYSIOLOGY OF DRUG ADDICTION 213 | ACCIDENT INVESTIGATION PRACTICAL EXERCISE 603 | | | |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | *Dr. Rosemary Olds* | |
| 1100 | | | | IOWA DEAF SERVICES 226 | |
| 1150 | *Dr. Mark Thoman* | | | *Janice Hawkins* | *SPO McDermott* |
| LUNCH | | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | PHYSICAL TRAINING 401 | | | PHYSICALTRAINING 401 | PHYSICAL TRAINING 401 |
| 1350 | *SPO Clock* | | | | |
| 1400 | ACCIDENT INVESTIGATION PRACTICAL EXERCISE 603 | | | | |
| 1450 | | | | *SPO Clock* | *SPO Clock* |
| 1500 | | | | TRAFFIC CONTROL DEVICES 831 | PO CO MEDIATION CENTER 224 *Mary McCoy* |
| 1550 | | | | | |
| 1600 | | | | | HOSTAGE NEGOTIATIONS 730 *Sgt. Rector* |
| 1650 | *PO Huffman* | *PO Huffman* | *Mr. Pasqual Marquez U.S. Dept. of Justice* | *Mr. Michael Ring* | |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 133**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK # 16

| DATE: | 03/20/95 | 03/21/95 | 03/22/95 | 03/23/95 | 03/24/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | TEST 901 | PURPOSE OF PATROL 801 ONE MAN PATROL 802 PATROL OBSERVATIONS 803 | VEHICLE STOPS 826 | COMPOSITION 301 | FIREARMS TRAINING 402 |
| 0850 | *Sgt. Harkin* | | | | *Polk County Range* |
| 0900 | IOWA SEAT BELT SAFETY STUDIES 601 | | | | |
| 0950 | | | | | |
| 1000 | | | | | |
| 1050 | | | | *Dr. Rosemary Olds* | |
| 1100 | | | | PHYSICAL TRAINING 401 | |
| 1150 | *SPO Silver* | *Capt. Nichols* | | *SPO Clock* | |
| LUNCH | | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | PHYSICAL TRAINING DEFENSIVE TACTICS 401 | PHYSICAL TRAINING 401 | VEHICLE STOPS 826 | OWI CHEMICAL TESTING 828 | POLK COUNTY RANGE |
| 1350 | | | | | |
| 1400 | *SPO Clock* *PO Gallardo* | | | | |
| 1450 | *PO Grasso* | *SPO Clock* | | | |
| 1500 | IOWA CRIMINAL CODE OPERATING WHILE INTOXICATED 504-E | CHILD ABUSE REPORTING 729 | | | |
| 1550 | | | | | *Sgt. Hickle* *Sgt. Shay* |
| 1600 | | | | | *SPO Clock* |
| | | *Jan Buck* | *Sgt. C. Richardson* | | *SPO Davis* |
| 1650 | *Polk County Attorney* | *Sgt. G. Wells* | *Sgt. R. Hickle* | *Mr. Cal Rayburn* | |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 134**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK #  17

| TIME | 1400 - 2200 | | | 1600 - 2400 |
|---|---|---|---|---|
| DATE: 03/27/95 | 03/28/95 | 03/29/95 | 03/30/95 | 03/31/95 |
| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| TEST 901 | | FIREARMS TRAINING 402 (CAMP DODGE) | OWI IMPLIED CONSENT 819 | OWI IMPLIED CONSENT 819 |
| *Sgt. Harkin* | | | | |
| FELONY IN PROGRESS 826 | | | | |
| | | *Sgt. Hickle* *Sgt. Shay* *SPO Clock* *SPO Davis* *SPO Lewis* *SPO Oleson* *SPOSprafka* *SPO Taylor* *PO Pendleton* | *Sgt. W. Jones* *SPO Silver* | *Sgt. Harkin* *Sgt. W. Jones* *SPO Clock* *SPO Silver* |
| *Sgt.   Hickle* | | | | |

# Appendix 135

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK # 19

| DATE: | 04/10/95 | 04/11/95 | 04/12/95 | 04/13/95 | 04/14/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | *DAILY INSPECTIONS* | | | | |
| 0800 | TEST 901 | EXPLOSIVE AND INCENDIARY DEVICES 714 | CRIMES AGAINST PERSON SECTION 725 | SEX CRIMES INVESTIGATIONS 723 | FIREARMS TRAINING 402 |
| 0850 | *Sgt. Harkin* | | *Lt. Jobe* | | |
| 0900 | DEATH INVESTIGATIONS 703 | | POLICE DISCRETION 203 *Sgt. Noel* | | |
| 0950 | | | | | |
| 1000 | | | PHYSICAL TRAINING 401 | | |
| 1050 | | | | | |
| 1100 | | | | | *SPO Davis* *SPO Guhl* |
| 1150 | *Dr. R.C. Wooters* | | *SPO Clock* | *Sgt. Wells* | *SPO Lewis* |
| LUNCH | | | | | |
| 1245 | *DAILY QUIZ/ADMINISTRATION* | | | | |
| 1300 | PHYSICAL TRAINING 401 | | CASE PREPARATION AND COURT ROOM TESTIMONY 508 - 509 | CHILD ABUSE CRISIS INTERVENTION 816 | PHYSICAL TRAINING 401 |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | *SPO Clock* | | *Polk County Attorney* | | *SPO Clock* |
| 1500 | NEWS AND MEDIA RELATIONS 214 *Sgt. Bradshaw* | | IOWA CRIMINAL CODE DOMESTIC ABUSE 504F | | CRIMINAL LAW PERJURY AND REVIEW 512 |
| 1550 | | *Lt. Murray* | | | |
| 1600 | WORKING RELATIONS 107 | PHYSICAL TRAINING 401 | | | |
| 1650 | *SPO V. Valdez* | *SPO Clock* | *Polk County Attorney* | *Sgt. Wells* | *Polk County Attorney* |
| 1700 | *DAILY RECRUIT DUTIES* | | | | |

**Appendix 136**

54TH RECRUIT CLASS

# DES MOINES POLICE ACADEMY



# PERSONNEL & TRAINING SECTION

WEEK #_20_

| DATE: | 04/17/95 | 04/18/95 | 04/19/95 | 04/20/95 | 04/21/95 |
|---|---|---|---|---|---|
| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
| 0745 | **DAILY INSPECTIONS** | | | | |
| 0800 | FINAL WRITTEN EXAM 902 | WEAPONS FAMILIARIZATION 407 | FIREARMS QUALIFICATIONS 402 | EQUIPMENT RETURN BRIEFING AND CLASS CRITIQUE 903 | |
| 0850 | | | | | |
| 0900 | | | *Sgt. Hickle* | | |
| 0950 | | | *SPO Davis* *SPO Lewis* | *Captain Rounds* | |
| 1000 | | | PR-24 DEFENSIVE BATON FINAL TESTING AND EVALUATIONS 830/902 | GRADUATION CEREMONIES | |
| 1050 | | | | | |
| 1100 | | *Lt. Burham* *Det. Martin* *SPO Carlson* | *SPO Clock* *PO Grasso* *PO Pendleton* | | |
| 1150 | *Sgt. Harkin* | | | | |
| LUNCH | | | | | |
| 1245 | **DAILY QUIZ/ADMINISTRATION** | | | | |
| 1300 | SPECIAL INVESTIGATIONS UNIT HATE CRIMES 717 | FIREARMS QUALIFICATIONS 402 | DEFENSIVE TACTICS TESTING 401/902 | | |
| 1350 | | | | | |
| 1400 | | | | | |
| 1450 | *Sgt. Gates* *Sgt. Viers* | | | | |
| 1500 | GANGS 731 | | | | |
| 1550 | | | | | |
| 1600 | | *Sgt. Shay* *SPO Davis* *SPO Oleson* | | | |
| 1650 | *Sgt. Gates* *SPO Huberty* | | *SPO Buzynski* *SPO Clock* | *Captain Rounds* | |
| 1700 | **DAILY RECRUIT DUTIES** | | | | |

**Appendix 137**



# DES MOINES
# POLICE ACADEMY

**Appendix 138**

# DES MOINES POLICE DEPARTMENT

# REGIONAL POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

# BASIC TRAINING UNIT



WILLIAM H. MOULDER

CHIEF OF POLICE

# 61ST RECRUIT TRAINING CLASS

**22 July 2002 – 6 December 2002**

**20 WEEKS**

TRAINING OFFICERS:

SERGEANT RICHARD HICKLE
SENIOR POLICE OFFICER BRENDA INGLE
SENIOR POLICE OFFICER LARRY DAVEY

# RECRUIT REFERENCE MANUAL/SYLLABUS

## Appendix 139

SYLLABUS

DES MOINES POLICE REGIONAL ACADEMY

RECRUIT TRAINING COURSE

There are nine divisions of training presented to recruits at the Academy.  Each Division contains a number of individual Units.  The syllabi of these nine divisions are contained herein.

This program of instruction is intended to present recruits the fundamentals of modern law enforcement and general knowledge to make them competent and professional police officers.

The training curriculum consists of lectures, demonstrations, class discussions, classroom performance, research papers, role playing, motion pictures, mock trials, physical training, practical exercises, examinations and critiques.

General Orders, Chief of Police Special Orders and Memorandums, and Standard Operating Procedures of the Uniform Division are utilized within the appropriate units of instruction.

The Academy training consists of 750 hours of classroom and practical exercise, and an additional 40 hours spent with an experienced field-training officer where they will observe police operations under actual street conditions.

Des Moines Area Community College, in cooperation with the Academy will provide 13-semester hours credit to qualified participants.

The course of instruction is designed to fulfill the requirements of the Mandated Training Act for Peace Officers of the State of Iowa, (12 week segment).

**Appendix 140**

DIVISION I

Introduction to Law Enforcement

100 Series (69 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 100 | Administrative Procedures | 27 |
| 101 | Introduction to Criminal Justice, an Overview | 3 |
| 102 | Classroom Note Taking & Study Skills | 1 |
| 103 | Insurance Programs | 2 |
| 104 | Des Moines Police Burial Association State Associations and Credit Union | 4 |
| 105 | Organization of the Des Moines Police Department | 2 |
| 106 | Office of Professional Standards | 2 |
| 107 | Pay and Working Conditions | 1 |
| 108 | Chief and Staff | 2 |
| 110 | Computer within DMPD | 3 |
| 113 | History of DMPD | 2 |
| 115 | Special Response Unit | 3 |
| 119 | Medical Examiner | 1 |
| 120 | Polk County Sheriff | 1 |
| 121 | Federal Bureau of Investigation | 1 |
| 123 | State Division of Criminal Investigation | 1 |
| 124 | Iowa Department of Natural Resources | 2 |
| 126 | U.S. Secret Service | 1 |
| 129 | U.S. Drug Enforcement Administration | 1 |
| 131 | U.S. Customs Service | 1 |
| 132 | U.S. Postal Investigations | 1 |
| 134 | Iowa Department of Transportation | 1 |
| 135 | Iowa State Patrol | 1 |
| 136 | U.S. Alcohol, Tobacco & Firearms Service | 1 |
| 137 | Airport Operations | 4 |

**Appendix 141**

UNIT OBJECTIVES

DIVISION I

INTRODUCTION TO LAW ENFORCEMENT

UNIT NO.

100     ADMINISTRATIVE PROCEDURES

Swearing in, DMACC registration, indoctrination, equipment issue, and return.

101     INTRODUCTION TO CRIMINAL JUSTICE SYSTEMS AN OVERVIEW

An orientation to the Law Enforcement program and its relationship to the broad spectrum of the criminal justice and enforcement professions; the philosophic basis and historic development of law enforcement as related to local, state, federal and industrial processes; principles and underlying social organization, legal systems and control devices.

102     CLASSROOM NOTE-TAKING AND STUDY SKILLS

Recruits will develop comprehension of the proper format for outlining lecture type lessons, identify key words, ideas and facts including the major barricades to good listening and will express that acquired skill by typing notes and creating a complete notebook.

103     INSURANCE PROGRAMS

Recruits will become familiar with the city provided insurance programs and the benefits entitled.

104     DMPD POLICE ASSOCIATIONS

Recruits will understand the functions of the Des Moines Police Burial Association, the Iowa Association of Chiefs of Police, the Iowa State Police Officers Association and the Des Moines Police Officers Credit Union.

105     DMPD ORGANIZATION

Recruits will learn the pyramid structure of the Des Moines Police Department and express that comprehension in a written examination.

UNIT NO.

**Appendix 142**

106    OFFICE OF PROFESSIONAL STANDARDS AND
       DEPARTMENT RULES AND REGULATIONS

       Recruits will identify their responsibilities and obligations under departmental
       Rules and Regulations and develop an understanding of the purpose and
       reasons for rules and regulations, department policies, comprehend the purpose
       of the Office of Professional Standards and express in a written examination.

107    PAY AND WORKING CONDITIONS

       Recruits will become familiar with the Department pay scales, salary increases,
       withholdings and court pay.  Duty hours are also covered.

108    CHIEF AND STAFF

       Recruits will become familiar with the duties and functions of departmental
       divisions.

110    COMPUTERS WITHIN THE DES MOINES POLICE DEPARTMENT

       Recruits will become familiar with the various computer systems available to them
       within the Department.  The recruit will be able to access information on
       departmental computer networks and mainframe computer terminals.

113    HISTORY OF DMPD

       Recruits will become familiar with the history of the police profession, how it
       started, why, the progress achieved over the years, including the history of the
       Des Moines Police Department.

115    SPECIAL RESPONSE UNIT

       Recruits will become familiar with the duties of the Special Response Unit.

FUNCTIONS OF OUTSIDE LAW ENFORCEMENT AGENCIES

       Recruits will become familiar with the various suburban, state and federal law
       enforcement agencies we work with, their jurisdiction, investigative
       responsibilities, and develop a sense of cooperation with those agencies.

119    Polk County Medical Examiner

120    Polk County Sheriff

-4-

**Appendix 143**

UNIT NO.

| | |
|---|---|
| 121 | Federal Bureau of Investigation |
| 123 | State Division of Criminal Investigation |
| 124 | Iowa Department of Natural Resources |
| 126 | U.S. Secret Service |
| 129 | U.S. Drug Enforcement Administration |
| 131 | U.S. Customs Service |
| 132 | U.S. Postal Investigations |
| 134 | Iowa Department of Transportation |
| 135 | Iowa State Patrol |
| 136 | U.S. Alcohol, Tobacco & Firearms Service |
| 137 | Airport Security |

**Appendix 144**

DIVISION II

Community Awareness

200 Series (62 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 200 | Police Community Relations | 2 |
| 201 | Crime Prevention | 3 |
| 202 | Ethics, Professionalism | 2 |
| 203 | Police Discretion | 2 |
| 204 | Minority Organizations (Civil Rights Commission) | 4 |
| 205 | Special Needs Population | 4 |
| 206 | Des Moines Human Rights Commission | 2 |
| 207 | Community Policing | 2 |
| 208 | Community Projects | 7 |
| 209 | Self Understanding & Handling Stress & Human Relations | 3 |
| 210 | Criminology and Corrections | 1 |
| 211 | Recognizing and Handling Abnormal Persons | 2 |
| 212 | Juvenile Rehabilitation | 2 |
| 213 | Physiology of Drug Addiction | 3 |
| 214 | News and Media Relations | 1 |
| 215 | Alcoholism and Handling Intoxicated Persons | 1 |
| 217 | Human Relations | 4 |
| 218 | Use of Force - Legal Liability | 2 |
| 222 | Cultural Diversity | 4 |
| 223 | Equal Employment Opportunities - Affirmative Action | 2 |
| 224 | Polk County Mediation Center | 1 |
| 225 | Polk County Victim Services | 1 |
| 227 | Department of Corrections | 1 |
| 230 | Alzheimer's Association | 1 |
| 231 | Insurance Fraud | 3 |
| 232 | Mobile Crisis Team | 2 |

**Appendix 145**

DIVISION II

COMMUNITY AWARENESS

<u>UNIT NO.</u>

200   POLICE COMMUNITY RELATIONS

Definition of police community relations:  police community relations as distinguished from public relations; emphasis upon major aspects of the Crime Prevention Unit, including its relationship to the Department, integration of departmental objectives with those of the community; resources available; psychological and sociological principles involved, including group processes. Recruits will express comprehension in outline and written examination.

201   CRIME PREVENTION

Recruits will become familiar with the concept of crime prevention as a positive approach to the reduction of crime, the history, definition and operational procedures involved in crime prevention.  Crime prevention programs and their contribution to the reduction of crime will be emphasized.  Comprehension will be expressed in a typed outline and written test.

202   ETHICS, PROFESSIONALISM AND DISCRETION

Recruits will develop an understanding of how all phases of personal conduct on and off duty affect the public attitude toward police officers.  They will express understanding in notes, typed outline, and recite from memory the Police Code of Ethics.

203   POLICE DISCRETION

Recruits will gain an understanding of the need for discretion in the law enforcement function, comprehend  a working knowledge of the policy approaches the Department can adopt dealing with the use of discretion, and demonstrate knowledge in a typed outline and practical exercise.

204   CIVIL RIGHTS COMMISSION

Recruits will become familiar with the functions of  the minority organizations, gain an understanding of some of the problems between the minority communities and the police, and how the police officer can help solve those problems through cooperation and understanding.

**Appendix 146**

UNIT NO.

205   SPECIAL NEEDS POPULATION

Through guest lecturers representing minority and protected classes, recruits will develop an insight into the problems they encounter and how law enforcement can contribute to the solution of these problems.

206   DES MOINES HUMAN RIGHTS COMMISSION

Recruits will become familiar with the purpose and scope of the City and State Human Rights Commissions, the problems they encounter and how they can recognize those problems, and contribute to their solution.

207   COMMUNITY POLICING

The Recruit will be presented information regarding the concept of community related policing, the philosophy of the Des Moines Police Department, and comments from various neighborhood representatives.  Understanding will be expressed in a typed outline.

208   COMMUNITY SERVICE PROJECT

Each recruit officer will make arrangements to volunteer a minimum of four hours of their time to an organization that provides service to the community.  The recruit officer will then give an oral presentation to the class and submit a written paper discussing their community service project.

209   BASIC PSYCHOLOGY

Recruits will develop a general understanding of why people act and react the way they do, better understand themselves help establish better self-control, and express that understanding in a typed outline and written test.

210   CRIMINOLOGY AND CORRECTIONS

Recruits will develop an understanding of the basic principles of criminology, the study of criminal behavior and penal treatment, and express that understanding in a typed outline and written test.

211   RECOGNIZING AND HANDLING ABNORMAL PEOPLE

Recruits will be able to recognize abnormal behavior and will develop and understanding of the problems involved with handling such persons, and express that knowledge in a typed outline and written test.

212   JUVENILE REHABILITATION

Recruits will become familiar with the goals of juvenile foster shelter homes.  They will understand their procedures used in rehabilitation of juvenile offenders, identify the role of the police toward them, and express understanding in a typed outline.

213   PHYSIOLOGY OF DRUG ADDICTION

Recruits will be able to recognize the physical and mental problems connected with drug addiction, and express understanding in an essay type test.

**Appendix 147**

UNIT NO.

214     NEWS AND MEDIA RELATIONS

Recruits will develop an understanding of the problems faced by the police and the news media, how the officer can help to resolve those problems through cooperation, and express comprehension in a typed outline.

215     STREET INTOXICATION

Recruits will identify methods of handling intoxicated persons, develop an understanding of the various medical and moral aspects of alcoholism and its treatment, and express comprehension in a typed outline.

217     HUMAN RELATIONS

Recruits will identify the problems of human interaction, adopt a humanistic attitude toward law enforcement, and show their understanding and attitude in a typed outline and written examination.

218     USE OF FORCE
        LEGAL & CIVIL   LIABILITY

Recruits will identify the criminal and civil responsibilities and liabilities of a police officer in the performance of duty, especially as related to the use of force, and will identify those responsibilities in a typed outline and written examination.

222     CULTURAL DIVERSITY

Recruits will be able to understand the communication process and the barriers to communication.  They will be able to identify the importance of communication in their role as a police officer, and recognize that communication affects the way that others see and react to us.  Comprehension will be expressed in a typed outline.

223     EQUAL EMPLOYMENT OPPORTUNITY / AFFIRMATIVE ACTION

Recruits will become familiar with the Civil Rights Act of 1964 as amended in 1972, Title VII Prohibitions Employment and Executive Order 11246, 1965 (amended 1967) creating the Affirmative Action Program, and will demonstrate their knowledge in a typed outline.

224     POLK COUNTY MEDIATION CENTER

Recruits will become familiar with the operation and goals of the Mediation Center, how the center can be of assistance to them in handling domestic related crime, and express comprehension in a typed outline.

Appendix 148

UNIT NO.

225     POLK COUNTY VICTIM SERVICES

227     DEPARTMENT OF CORRECTIONS/PROBATION AND PAROLE

230     ALZHEIMER'S ASSOCIATION

231     INSURANCE FRAUD

232     MOBILE CRISIS TEAM


A representative from these various associations will present an informational block of instruction on the services they provide.  The recruits will demonstrate their understanding in a typed outline.

**Appendix 149**

DIVISION III

Basic Academic Skills

300 Series (28 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 301 | Practical Report Writing | 18 |
| 302 | Spelling | 3 |
| 303 | Report Writing Guide | 3 |
| 304 | Public Speaking | 4 |

-11-

**Appendix 150**

DIVISION III

BASIC ACADEMIC SKILLS

<u>UNIT NO.</u>

301   PRACTICAL REPORT WRITING


302   SPELLING

Recruits will have a weekly spelling test on words provided to them by the Academy staff.

303   REPORT WRITING GUIDE

Recruits will be issued and instructed on the use of the Des Moines Police Field Reporting Guide.

304   PUBLIC SPEAKING

Recruits will develop and understand the proper method of speaking before an audience and demonstrate that understanding with oral presentations.

.

-12-

**Appendix 151**

DIVISION IV
<u>Physical Skills</u>

400 Series (214 hours)

| <u>UNIT NO.</u> | <u>UNIT TITLE</u> | HOURS OF<br><u>INSTRUCTION</u> |
|---|---|---|
| 401 | Physical Training & Defensive Tactics | 83 |
| 402 | Firearms Training | 78 |
| 404 | Precision / Defensive Driving | 39 |
| 406 | Weapon Retention | 6 |
| 407 | Weapon Familiarization | 2 |
| 408 | Risk Assessment and Officer Survival | 2 |
| 409 | Taser Training | 4 |

**Appendix 152**

## DIVISION IV
## BASIC PHYSICAL SKILLS

UNIT NO.

401     PHYSICAL TRAINING & DEFENSE TACTICS

Recruits will participate in a physical training program designed to enhance their aerobic fitness level and overall strength.  Recruits will also receive training in defensive tactics, which will include empty hand techniques, as well as, the use of approved striking instruments.  Each recruit will be required to demonstrate proficiency in these techniques.

402     FIREARMS TRAINING

Recruits will obtain qualification for the use and safe handling of firearms, gun laws; the concern of the police officer in the use of the firearm, both legal and moral; demonstration and use of shotguns, gas guns, and machine guns.  (For certification program only.)  Recruits will demonstrate the proper procedure of firearms use under N.R.A. combat positions.  Recruits will demonstrate skill by qualifying with a score of 80% or better with the service weapon and shotgun.

404     PRECISION / DEFENSIVE DRIVING

Recruits will develop the proper skill to be a defensive driver, become adept at precision maneuvering a motor vehicle, and demonstrate the proper driving methods by completing a timed driving course.

406     WEAPONS RETENTION

Recruits will become familiar with defensive tactics and moves to overcome an attacker attempting to remove the officer's duty weapon and physically demonstrate the ability to retain their weapon in a classroom environment.

407     WEAPONS FAMILIARIZATION

Recruits will become familiar with the different types of handguns, rifles, shotguns, black powder and automatic weapons found in the field, and physically demonstrate the ability to safely disable and handle them.

408     RISK ASSESSMENT AND OFFICERS SURVIVAL

409     TASER TRAINING

Recruits will become certified in the operation of the Taser.

-14-

DIVISION V

Criminal and Constitutional Law

500 Series (91 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 501 | Procedural Due Process | 2 |
| 502 | Constitution and Bill of Rights (Confessions & Admissions) | 14 |
| 503 | Laws of Arrest | 3 |
| 504 | Iowa Criminal Code | 14 |
| 505 | Rules of Evidence | 2 |
| 506 | Interviews, Interrogation & Confessions | 8 |
| 507 | Search and Seizure | 14 |
| 508 | Case Preparation for Courtroom | 7 |
| 509 | Courtroom Testimony (Moot Court) | 8 |
| 510 | Municipal Code Enforcement | 3 |
| 511 | Forfeitures | 1 |
| 512 | Criminal and Court Law Review | 2 |
| 513 | Court Organization | 2 |
| 514 | Court Liability | 2 |

**Appendix 154**

DIVISION V

CRIMINAL LAW AND PROCEDURES

<u>UNIT NO.</u>

501     PROCEDURAL DUE PROCESS

Recruits will become familiar with those portions of the United States Constitution dealing with the rights of the accused and limitations of police powers.  Pertinent portions of Iowa Constitution are also discussed along with Federal and State Court decisions, legislation that deals with due process and civil rights, and express comprehension in a typed outline and written examination.

502     CONSTITUTIONAL LAW AND BILL OF RIGHTS

Recruits will develop an understanding of the Constitution and the Bill of Rights, the role of the police in safeguarding the Constitutional Rights of citizens, statute of limitations, and will express understanding in a typed outline and written examination

503     LAW OF ARREST & ESTABLISHING PROBABLE CAUSE

Recruits will receive instruction in the laws of arrest, develop an understanding of "probable cause" to make an arrest, and express that knowledge and understanding in a typed outline and written examination.

504     INTRODUCTION TO IOWA CRIMINAL CODE

Recruits will become familiar with the Criminal Code, the classes of crime and the "filing" procedure. Recruits will "file charges" on the standard forms in the correct manner prescribed by law, and express that understanding in a typed outline and written examination.

505     RULES OF EVIDENCE

Recruits will be introduced to the basic rules of evidence, develop the ability to find, collect and present evidence to a Court of Law, and identify those rules of evidence in a typed outline and written examination.

506     INTERVIEWS & INTERROGATIONS

Recruits will become familiar with the framework in which these methods and functions may be legally used for Courts of Law, and identify those principles in a typed outline and written examination.

**Appendix 155**

UNIT NO.

507   SEARCH AND SEIZURE

Recruits will develop an understanding of the rules of search and seizure, legal methods of searching persons, premises, vehicles, obtaining search warrants, and express that understanding in a typed outline and, written examination.

508   CASE PREPARATION FOR THE COURTROOM

Recruits will develop an understanding of what evidence is needed, how to present a case that has been investigated before a Court of Law, and demonstrate understanding with a typed outline and written examination.

509   MOOT COURT

Recruits will demonstrate and practice courtroom procedures and demeanor in a Moot Court setting.

510   MUNICIPAL CODE ENFORCEMENT

Recruits will develop comprehension of the Municipal Code, police duties in enforcing those laws, combine that understanding with those of human relations in enforcing these laws, and will express understanding in a typed outline and written examination.

511   FORFEITURES

The Recruit will be advised of the forfeiture procedures, laws, and benefits to law enforcement.

512   CRIMINAL AND CONSTITUTIONAL LAW REVIEW

Recruits will show that they have learned a sufficient amount of law by writing a minimum score of 70 percent through comprehensive testing, included in this review are units 501 502, 503, 504, 505, 506, 507, 508, 509, 510, 511 and 512.

513   COURT ORGANIZATION

Recruits will gain a working knowledge of the Iowa Court System, including initial appearances, preliminary hearings, Grand Jury procedures, County Attorney information, arraignment, pleas, pre-trial motions, jury selection, order of trial, and express comprehension in a typed outline and written test.

**Appendix 156**

DIVISION VI

Traffic Procedures

600 Series (38 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|:---:|:---|:---:|
| 601 | Iowa Traffic Laws | 4 |
| 602 | Traffic Law Enforcement | 4 |
| 603 | Accident Investigation | 24 |
| 604 | Traffic Direction | 4 |
| 605 | Radar Operation | 2 |

**Appendix 157**

DIVISION VI

TRAFFIC PROCEDURES

UNIT NO.

601   IOWA TRAFFIC LAWS

Recruits will develop an understanding of state and city of Des Moines traffic codes, enforcement of those laws, and demonstrate that understanding by satisfactorily passing a written examination and practical exercises.

602   TRAFFIC LAW ENFORCEMENT

Recruits will become proficient with the various types of traffic summons issued, the demeanor and discretion to be used, demonstrate understanding with a typed outline and practical exercises.

603   ACCIDENT INVESTIGATION AND HIT AND RUN

Recruits will develop an understanding of accident and hit and run investigations. They will learn how to protect the scene, gather evidence, and demonstrate understanding by satisfactorily passing a written examination and completing a sample form without error.

604   TRAFFIC DIRECTION

Recruits will become familiar with the signals and gestures used to maintain a smooth flow of traffic under all conditions, demonstrate understanding with a typed outline, practical in-service traffic control and written test.

605   RADAR OPERATION

Recruits will be presented a general overview of radar operation and its importance to traffic enforcement.  They will demonstrate an understanding through a typed outline and written examination.

-19-

## DIVISION VII
## Criminal Investigation
### 700 Series (76 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 700 | Principles of Investigation | 3 |
| 701 | Street Intoxication | 2 |
| 703 | Death Investigation | 2 |
| 704 | Juvenile Law | 2 |
| 705 | Crime Scene, Searching, and Recording | 8 |
| 706 | Arson | 2 |
| 707 | Fingerprints | 2 |
| 708 | Auto Theft | 2 |
| 710 | Use of Informants | 1 |
| 711 | Polygraph Procedures | 1 |
| 712 | Forgeries-Frauds | 2 |
| 713 | Investigative Note-Taking | 2 |
| 714 | Explosive and Incendiary Devices | 8 |
| 715 | Drugs - Identification & Recognition | 6 |
| 716 | Vice Control | 3 |
| 717 | Hate Crimes | 2 |
| 719 | Witness Perception & Interviewing | 7 |
| 723 | Sex Crimes | 4 |
| 724 | DMPD Crimes Against Property Section | 1 |
| 725 | DMPD Crimes Against Persons Section | 1 |
| 726 | DMPD Traffic Unit | 1 |
| 727 | DMPD Animal Control Unit | 1 |
| 728 | DMPD Records & Detention Unit | 1 |
| 729 | Child Abuse-Recognizing and Reporting | 4 |
| 731 | Gangs | 2 |
| 732 | DMPD Domestic Abuse Response Team | 3 |
| 733 | DMPD Mounted Patrol | 2 |
| 734 | DMPD K-9 Unit | 1 |

DIVISION VII
INVESTIGATION PROCEDURES

UNIT NO.

700    PRINCIPLES OF INVESTIGATION

Recruits will identify the proper principles of investigating by writing a 70 percent grade on all tests that involve investigation.

703    DEATH INVESTIGATIONS

Recruits will become familiar with death investigations, including emphasis on the value of physical evidence in establishing cause of death.  An introduction will be given on examination of a body through autopsy.

704    JUVENILE LAW

Recruits will develop an understanding of youth and law enforcement procedures, the importance of the proper handling of juvenile offenders, and show comprehension in a typed outline and written examination.

705    CRIME SCENE, SEARCHING, AND RECORDING

Recruits will develop a broad understanding of the various identification procedures, their use in solving crimes, and demonstrate understanding in a typed outline and written examination

706    ARSON INVESTIGATIONS

Recruits will understand the importance in determining the point of origin and cause of fires, the importance of cooperation between police and fire officials, and will demonstrate understanding with a typed outline and written examination.

707    FINGERPRINTS

Recruits will be presented with a general view of fingerprint evidence, how it is preserved, collected, and its importance in an investigation.  They will demonstrate understanding with a typed outline and written examination.

708    AUTO THEFT

Recruits will develop knowledge of automobile identification, how to obtain vehicle ownership information, methods used by auto thieves to destroy serial numbers, and demonstrate that understanding with a typed outline and written test.

710    USE OF INFORMANTS

Recruits will become knowledgeable in the proper use and handling of informants, and departmental policy, and demonstrate that knowledge in a typed outline and written test.

711    POLYGRAPH PROCEDURES

Recruits will understand the value of the polygraph as an investigative aid, and demonstrate that understanding in a typed outline and written test.

**Appendix 160**

<u>UNIT NO.</u>

712    FORGERIES-FRAUDS

Recruits will become familiar with the procedures used by officers in the field when encountered with bad checks and stolen credit cards, and demonstrate knowledge in a typed outline and written test.

713    INVESTIGATIVE NOTE-TAKING

Recruits will become familiar with the importance of taking notes while conducting an investigation and demonstrate knowledge in a typed outline and written  test.

714    EXPLOSIVE AND INCENDIARY DEVICES

Recruits will develop an understanding of how to search for, recognize explosive and incendiary devices, and demonstrate that knowledge in a typed outline and written test.

715    NARCOTICS LAW AND INVESTIGATION

Recruits will become familiar with narcotics law, the various types of drugs, how they affect the user, and demonstrate that knowledge with a typed outline and written examination.

716    VICE CONTROL

Recruits will develop an understanding of the crimes that are listed as vices, the procedures for investigating those types of cases, and demonstrate that understanding in a typed outline and written test.

717    HATE CRIMES

Recruits will become familiar with and develop an understanding of the DMPD and its working relationship with hate crimes.

719    INTERVIEWS AND INTERROGATIONS

Recruits will learn to compile pertinent data gathered from witnesses, and demonstrate that knowledge in a typed outline and written test.

723    SEX ABUSE

Recruits will become familiar with the investigative techniques for sexual abuse investigations, the needs of the sex abuse victim, crisis intervention, recommended interviewing techniques used to obtain the necessary information in a sex abuse case, and will demonstrate comprehension in a typed outline and written test.

724    DMPD CRIMES AGAINST PROPERTY & SPECIAL ASSIGNMENT SECTIONS

Recruits will become familiar with and develop an understanding of the duties of the Crimes Against Property and Special Assignment Sections.  They will demonstrate that knowledge through a typed outline.

<u>UNIT NO.</u>

725    CRIMES AGAINST PERSONS

Recruits will become familiar with and develop an understanding of the duties of the Crimes Against Persons Section.  They will demonstrate that knowledge through a typed outline.

726    DMPD TRAFFIC UNIT

Recruits will become familiar with and develop an understanding of the functions of  the Traffic Unit.

727    DMPD ANIMAL CONTROL UNIT

Recruits will become familiar with and develop an understanding of the functions of the Animal Control Unit, the requirements of a police officer concerning enforcement of pertinent laws, will demonstrate proficiency in a typed outline and written test.

728    DMPD RECORDS & DETENTION UNIT

Recruits will be presented information regarding the procedures and rules regarding the Records and Detention Units.  They will demonstrate comprehension in a typed outline and written test.

729    MANDATORY REPORTING OF DEPENDENT ADULT AND CHILD ABUSE

Recruits will be instructed on the mandatory reporting laws and procedures involving adult and child abuse.  They will demonstrate comprehension in a typed outline and written test.

731    GANGS

Recruits will become familiar with the various street gangs and the behavioral characteristics, which are exhibited by them.  They will demonstrate that knowledge through a typed outline.

732    DMPD DOMESTIC ABUSE RESONSE TEAM

Members of the D.A.R.T. will familiarize the recruits with the teams duties and functions.  They will also instruct the recruits in the proper procedures in handling domestic abuse crimes and victims.

733    DMPD MOUNTED PATROL

734    DMPD K-9 UNIT

-23-

## DIVISION VIII
## Patrol Standard Operating Procedures
### 800 Series (144 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 801 | Purpose of Patrol | 1 |
| 802 | One Person Patrol | 1 |
| 803 | Observation and Perception | 1 |
| 805 | Techniques and Mechanics of Arrest | 4 |
| 806 | Use of Handcuffs | 3 |
| 807 | Searching, Handling & Transporting | 3 |
| 809 | Deadly Force | 3 |
| 811 | Functions of Field Training Officer | 1 |
| 812 | Geography of Des Moines | 1 |
| 813 | Telecommunications/Iowa Systems | **4** |
| 815 | Crime Scene, Searches and Recording | 4 |
| 817 | Police Tactics | 4 |
| 818 | Field Interrogation Reports | 1 |
| 819 | OWI Arrest & Testing Procedures (General) | 16 |
| 820 | Crowd Control | 3 |
| 821 | Chemical Mace | 4 |
| 822 | First Responder (ILEA - Emergency Care Provider) | 37 |
| 823 | Blood Born Pathogens | 2 |
| 824 | Property Management Section | 1 |
| 826 | Comprehensive Field Projects (Felony Calls) | 16 |
| 827 | Patrol Misdemeanor Summons Writing | 2 |
| 828 | Chemical Testing - Intoxilyzer | 4 |
| 829 | Burglary Investigation | 2 |
| 830 | Use of the Baton | 24 |
| 831 | Traffic Control Devices | 2 |
| 835 | Hazardous Material Storage | 2 |
| 836 | Critical Incident Stress | 2 |

-24-

**Appendix 163**

## DIVISION VIII

## PATROL STANDARD OPERATING PROCEDURES

UNIT NO.

801     PURPOSE OF PATROL

Recruits will develop an understanding of the patrol functions duties in protection of the public, apprehension of violators, the preservation of peace, and express that understanding in a typed outline and written test.

802     ONE-PERSON PATROL

Recruits will develop an understanding of the advantages and disadvantages of one-man patrol, the procedures that must be followed to make it safe and effective, and express that understanding in a typed outline and written test.

803     PATROL OBSERVATION

Recruits will develop an understanding of the need for alertness and the observation skills necessary for successful patrol, the methods and objectivity to be used, and express understanding in a typed outline and written test.

804     ARREST PROCEDURES

Recruits will develop an understanding of the steps necessary to make a legal arrest, with or without a warrant, and identify the procedures in a typed outline and written test.

805     TECHNIQUES AND MECHANICS OF ARREST

Recruits will develop an understanding of some the problems confronted in making an arrest and the various techniques and methods that can be used to safely effect the arrest.  Those techniques will be identified in a typed outline and practical exercise.

806     USE OF HANDCUFFS

Recruits will successfully demonstrate the proper use of handcuffs and will express an understanding of the rules and procedures governing their use in a typed outline, written test, and practical exercises.

807     SEARCHING AND HANDLING PRISONERS

Recruits will learn the procedures for searching prisoners and the dangers to watch for.  The recruit will successfully demonstrate the search techniques in class and in a typed outline.

Appendix 164

UNIT NO.

809    DEADLY FORCE POLICY

Recruits will be instructed on both the legal guidelines under the law and the departmental policy in the use of deadly force.  Understanding will be shown in both typed outline and an essay examination from memory with 100 percent accuracy.

811    FUNCTIONS OF THE F.T.O.

Recruits will become familiar with the function of Field Training Officers and how recruits work with them to develop their law enforcement skills.  They will spend 40 hours of in-service training before graduation and 320 hours after graduation with a field training officer.

812    GEOGRAPHY OF DES MOINES

Recruits will become familiar with the locations of various sections of the city, hospitals and street locations.

813    TELECOMMUNICATIONS/IOWA SYSTEM

Recruits will become familiar with the functions of the Communications Unit, proper use of radio communications equipment, and express comprehension in a typed outline and written test.

815    CRIME SCENE DUTIES & SEARCHES

Recruits will identify their responsibilities at the crime scene, the precautions that must be followed, and they will identify those duties in a typed outline and written test.

817    POLICE TACTICS

Recruits will develop an understanding of the operation and positioning of officers for the purpose of combating crimes such as robberies, riots, burglaries and homicides, and they will express that understanding in a typed outline and written test.

818    FIELD INTERROGATION REPORTS

Recruits will become familiar with the Field Interrogation Report form, develop an understanding for its purpose, follow up use and constitutionality.  That understanding will be expressed in a typed outline and written test.

-26

**Appendix 165**

<u>UNIT NO.</u>

819   O.W.I. ARREST & TESTING PROCEDURES (GENERAL)

Recruits will develop an understanding of the procedures, from arrest to courtroom, which a police officer must know to successfully enforce the "O.W.I." law, and the Department's S.T.O.P. Program.  The recruit will express an understanding of the procedures and law in a typed outline and written test.

821   CHEMICAL MACE

Recruits will develop an understanding of the Departmental policies governing the use of mace, become familiar with the proper procedures to be used after the use of mace, and express understanding of these policies and procedures in a typed outline, written test and be individually exposed to the chemical.

822   ILEA EMERGENCY CARE PROVIDER (CRASH INJURY MANAGEMENT)

Recruits will become proficient with the use of emergency first aid and satisfactorily pass examination to obtain State certification.

823   BLOOD BORN PATHOGENS

Recruits will be educated on blood born pathogens and the procedures to be followed in the case of an exposure.  They will demonstrate comprehension in a typed outline and a written test.

824   PROPERTY MANAGEMENT SECTION

Recruits will be able to understand the function of this Section, proper methods of handling the property, from obtaining custody to final disposition, and will demonstrate comprehension in a typed outline, written test and practical exercise.

826   FIELD PROJECTS

Recruits will participate in a number of practical field problems.

827   MISDEMEANOR SUMMONS

Recruits will become proficient at completing a misdemeanor summons.

828   O.W.I. CHEMICAL TESTING

Recruits will become proficient with various means of testing for alcoholic and drug content, of blood, breath and urine, and will be certified on the intoxilyzer.

-27

**Appendix 166**

UNIT NO.

829   BURGLARY INVESTIGATION

Recruits will become familiar with proper methods of a burglary investigation.

830   USE OF BATON

Recruits will become proficient in the proper use of the Baton, demonstrate comprehension in a typed outline, and score 100 percent on a written exam.

831   TRAFFIC CONTROL EQUIPMENT

Recruits will become familiar with the designs of intersections, types of traffic control equipment, traffic grid patterns of the city, and demonstrate understanding in a typed outline and written test.

835   HAZARDOUS MATERIAL STORAGE

Recruits will be instructed on the proper procedures for the storage of hazardous materials.

836   CRITICAL INCIDENT STRESS

Recruits will develop an understanding on techniques used to manage stress related to critical incidents

DIVISION IX

Testing and Evaluations

900 Series (28 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 901 | Weekly Testing | 15 |
| 902 | Final Test | 6 |
| 904 | Evaluation Interviews<br>(To run concurrent with Firearms Training) | 2 |
| 905 | Graduation | 4 |
| 906 | Flex | 1 |

**Appendix 168**

DIVISION IX

TESTING AND EVALUATIONS

UNIT NO.

901      WEEKLY TESTING AND EVALUATIONS

Recruits will undergo tests and evaluations each week to determine the recruit's academic achievement, physical testing and attitudes.

902      FINAL TESTING AND EVALUATIONS

Recruits will complete a final examination and a final evaluation to determine their over-all retention of subjects taught.

904      EVALUATION INTERVIEWS

Each recruit will participate in the evaluation process with the Basic Training Unit Staff.  Recruits will express their opinions toward their training and progress. When possible, interviews will be concurrent with firearms training.

905      GRADUATION

906      FLEX TIME

-30-

## ACADEMIC STANDARDS

### Certification Criteria

In order for a recruit to be certified as a peace officer and successfully completing the Des Moines Police Department Regional Academy Basic Training, the following criteria must be met:

1)  Recruits must demonstrate proficiency in all skill areas.

2)  Recruits must pass written examinations with a minimum score of 70% for:

    a)  Each of the identified divisional areas.

    b)  Each subject area that has been designated as an independent unit within the divisional area for purposes of testing.

### Retesting and Remediation Policy

Students will be required to retest under certain circumstances.

1)  In subject or divisional areas in which the required 70% was not initially acquired or proficiency in a skill area was not demonstrated.

2)  Should a recruit score below 70% in a particular topical unit area within a division they will be required to remediate that portion of the test one time for credit.

    a)  The student will be retested over that particular portion and the remediated score shall be recorded not to exceed 70% score for total test computations.
        EXAMPLE:        100 point test
                        Original Score          60
                        Remediated Score        90
                        Recorded Score          70

3)  Remediation Policy

    a)  Recruits will be monitored weekly and apprised of their remediated standing.  At the 8% point the following will occur:

        1)  At 8% of remediation a full academic review will be conducted by the Academy staff.

        2)  The recruit will attend an academic counseling with Academy staff and be apprised of the critical nature of their performance.

**Appendix 170**

Page 2

<u>Dismissal</u>

Any of the following are grounds for recommending dismissal from The Des Moines Regional Police Academy basic training and the Des Moines Police Department:

1)   Failure to attain 70% minimum score on each of any two remediation tests in <u>subject</u> <u>areas</u> <u>designated</u> <u>as</u> <u>independent</u> <u>topic</u> <u>units</u>.

2)   Failure to attain 70% minimum score in any two <u>divisional</u> <u>areas</u> after remediation testing.

3)   Failure to attain 70% minimum score in a <u>divisional</u> <u>area</u> <u>and</u> <u>an</u> <u>independent</u> <u>unit</u> after remediation testing.

4)   At the 10% point of remediation the recruit will have failed to meet the criteria set by the Iowa Law Enforcement Academy Council for certification and recommendation to the Chief of Police will be made to terminate employment.

Appendix 171

## DES MOINES AREA XI COMMUNITY COLLEGE

The curriculum of the Des Moines Police Academy includes instruction that is accredited by the Des Moines Area XI Community College enabling the recruit to receive a total of **13** Semester Hours of college credit.

The following is a description of those courses:

1. **<u>Introduction to Criminal Justice</u>** 101 - 3 Semester Hours Credit

   This includes Units 101, 105, 106, 108, 111, 113, 115, 119, 120, 121, 123, 124, 125, 501, 210, 502, 513, 212, 227, 7l7, Research Paper and 2.5 hours of exams.

   Total Contact Hours - 47.5

2. **<u>Criminal Law</u>** 104 - 3 Semester Hours Credit

   This includes Units 503, 504, 505, 506, 507, 508, 509, 510, 512, 819 and 2.5 hours of exams.

   Total Contact Hours - 68.5

3. **<u>Criminal Investigation</u>** 214 - 3 Semester Hours Credit

   This includes Units 700, 703, 704, 705, 706, 708, 710, 712, 714, 715, 716, 717, 723, 724, 725, 726 and 2.5 hours of exams.

   Total Contact Hours - 54.75

4. **<u>Theories of Interviewing</u>** - Crim. 107 - 3 Semester Hours Credit

   This includes Units 200, 203, 204, 205, 209, 211, 213, 214, 217, 222, 225, 711, 713, 719, 730, and 2.5 hours of exams.

   Total Contact Hours - 57.5

5. **<u>Iowa Law Enforcement Emergency Care Provider</u>** - 1 Semester Hour credit with Certificate of Completion.

   This includes Unit 822.

   Total Contact Hours - 31