IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DANIEL THOMAS ROBBINS,<br>    Plaintiff,<br><br>v.<br><br>THE CITY OF DES MOINES, IOWA,<br>Des Moines Police Detective BRAD<br>YOUNGBLUT and Des Moines Police<br>Lieutenant JOSEPH LEO, and<br>Des Moines Police Sergeant<br>CHRISTOPHER CURTIS,<br>    Defendants. | CIVIL ACTION No.: 4:18-cv-289<br><br>PLAINTIFF'S RESISTANCE TO<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT |

COMES NOW Plaintiff Daniel Robbins, through the undersigned counsel and resists the Defendants' Motion for Summary Judgment. Contemporaneously with this resistance, Plaintiff submits a statement of disputed facts and a memorandum of authorities pursuant to Federal Rule of Civil Procedure 56.

Respectfully submitted,

s/*Gary Dickey*
Gary Dickey, AT0001999
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 East Walnut Street, Suite 1
Des Moines, IA, 50309
Tel: 515-288-5008  Fax: 515-288-5010
gary@dickeycampbell.com

*s/Glen S. Downey*
Glen S. Downey, AT0012428
Law Offices of Glen S. Downey, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Tel: 412.865.7110
glen@downey-law.net

*Attorneys for Daniel Thomas Robbins*

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on 05/10/19 a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings electronically and by U.S. Mail.

Signature: /s/ Gary Dickey