IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DANIEL THOMAS ROBBINS,<br>　　Plaintiff,<br><br>v.<br><br>THE CITY OF DES MOINES, IOWA,<br>Des Moines Police Detective BRAD<br>YOUNGBLUT and Des Moines Police<br>Lieutenant JOSEPH LEO, and<br>Des Moines Police Sergeant<br>CHRISTOPHER CURTIS,<br>　　Defendants. | :<br>:<br>:　CIVIL ACTION No.: 4:18-cv-289<br>:<br>:<br>:　PLAINTIFF'S RESPONSE TO<br>:　DEFENDANTS' STATEMENT OF<br>:　UNDISPUTED FACTS<br>:<br>:<br>:<br>: |

　　COMES NOW Plaintiff Daniel Thomas Robbins, through the undersigned counsel, and responds to the Defendants' Statement of Undisputed Facts:

　　1.　Plaintiff admits paragraph 1.

　　2.　Plaintiff admits paragraph 2.

　　3.　Plaintiff admits paragraph 3.

　　4.　Plaintiff admits paragraph 4.

　　5.　Plaintiff denies paragraph 5 to the extent is asserts that Plaintiff was recording the license plate numbers of vehicles.

　　6.　Plaintiff admits paragraphs 6-9.

　　7.　Plaintiff denies paragraph 10 to the extent that it asserts Plaintiff was photographing licenses plates and "at the windows of vehicles."

　　8.　Plaintiff admits paragraphs 11-87.

　　9.　Plaintiff denies paragraphs 88-91

　　10.　Plaintiff admits paragraph 92 to the extent it asserts his property was returned to him after a letter was sent on May 16, 2018, demanding the return of the property.

11. Plaintiff admits paragraphs 93-94 to the extent they assert that the City gives and the named officers receive generalized instructions on the constitutional rights of citizens but denies that the City has a policy related to the recording of police activities and that the named officers received any training on the First Amendment rights of Plaintiff and other citizens to record their public activities.

Respectfully submitted,

s/*Gary Dickey*
Gary Dickey, AT0001999
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 East Walnut Street, Suite 1
Des Moines, IA, 50309
Tel: 515-288-5008  Fax: 515-288-5010
gary@dickeycampbell.com

s/*Glen S. Downey*
Glen S. Downey, AT0012428
Law Offices of Glen S. Downey, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Tel: 412.865.7110
glen@downey-law.net

*Attorneys for Daniel Thomas Robbins*

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on 05/10/19 a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings electronically and by U.S. Mail.

Signature: /s/ Gary Dickey