IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DANIEL THOMAS ROBBINS,<br>　　　Plaintiff,<br><br>　　　v.<br><br>THE CITY OF DES MOINES, IOWA,<br>Des Moines Police Detective BRAD<br>YOUNGBLUT and Des Moines Police<br>Lieutenant JOSEPH LEO, and<br>Des Moines Police Sergeant<br>CHRISTOPHER CURTIS,<br>　　　Defendants. | :<br>:<br>:<br>:　CIVIL ACTION No.: 4:18-cv-289<br>:<br>:<br>:　PLAINTIFF'S STATEMENT OF<br>:　ADDITIONAL FACTS THAT<br>:　PRECLUDE SUMMARY JUDGMENT<br>:<br>:<br>:<br>:<br>: |

COMES NOW Plaintiff Daniel Robbins, through the undersigned counsel, and states the following additional facts that preclude summary judgment:

　　　1.　　Defendant City of Des Moines ("The City") Police Department Patrol Services Bureau Standard Operation Procedure, Chapter 10 – Field Operations makes no mention of the First Amendment right of citizens to record police officers performing their public duties. (Def. MSJ App. at 28).

　　　2.　　The City has no written policy of the First Amendment right of citizens to record police officers discharging their public duties. (Pl. MSJ App. at 3 - Answer to Request for Production No. 2).

　　　3.　　The International Association of Chiefs of Police ("ICAP") has developed a written policy for Recording Policy Activity that was effective December 2015. (Pl. MSJ App. at 7-12).

　　　4.　　The City does not track or categorize cases related to citizens recording of police activity. (Pl. MSJ App. at 3-4 - Answer to Request for Production No. 3).

5. The City was aware that on at least three prior occasions citizens had made complaints about being harassed or arrested related to their videoing of officers' public arrests of individuals. (Pl. MSJ App. at 6 - OPS Call Log).

6. No corrective action, training or retraining was given to the three officers involved in the previous OPS complaints. (Pl. MSJ App. at 6 - OPS Call Log).

Respectfully submitted,

s/*Gary Dickey*
Gary Dickey, AT0001999
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 East Walnut Street, Suite 1
Des Moines, IA, 50309
Tel: 515-288-5008  Fax: 515-288-5010
gary@dickeycampbell.com

*s/Glen S. Downey*
Glen S. Downey, AT0012428
Law Offices of Glen S. Downey, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Tel: 412.865.7110
glen@downey-law.net

*Attorneys for Daniel Thomas Robbins*

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on 05/10/19 a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings electronically and by U.S. Mail.

Signature: /s/ Gary Dickey