**IN THE UNITED STATED DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DANIEL THOMAS ROBBINS,<br>      Plaintiff,<br>v.<br><br>THE CITY OF DES MOINES, IOWA, Des Moines Police Detective BRAD YOUNGBLUT, Des Moines Police Lieutenant JOSEPH LEO, and Des Moines Police Sergeant CHRISTOPHER CURTIS,<br>      Defendants. | Case No. 4:18-CV-289<br><br>NOTICE OF NEW AUTHORITY |

1. The United States Supreme Court published a ruling on May 28, 2019, that is relevant and persuasive to this case.

2. The Defendant offers this ruling in support of its summary judgment motion to be argued on May 29, 2019.

3. As was noted in the Defendants' brief, there has been a split among the Circuits regarding whether the presence of probable cause defeats a First Amendment retaliatory arrest claim.

4. Today's decision answers that conflict by holding, "The plaintiff pressing a retaliatory arrest claim must plead and prove the absence of probable cause for the arrest." (*Nieves v. Bartlett,* 587 U. S. ____ (2019), Slip opinion at 9).

WHEREFORE, the Defendants City of Des Moines, Youngblut, Leo and Curtis respectfully request the court take notice of this additional and controlling authority.

Respectfully Submitted,

/s/ Michelle Mackel-Wiederanders
Michelle Mackel-Wiederanders
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
Telephone: (515) 283-4537
E-Mail:  MRMackel@dmgov.org
ASSISTANT CITY ATTORNEY

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 28, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system:

                */s/Michelle Mackel-Wiederanders*
                Michelle Mackel-Wiederanders
                Assistant City Attorney