UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Daniel Thomas Robbins

    Plaintiff

v.

City of Des Moines
Brad Youngblut
Joseph Leo
Christopher Curtis

    Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-00289-CRW-SBJ

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Defendants' Motion for Summary Judgment [12] is granted and case is dismissed with prejudice.

Date: 6/19/2019

CLERK, U.S. DISTRICT COURT

/s/ Sara Jo Corlis
_____
By: Deputy Clerk