IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DANIEL THOMAS ROBBINS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE CITY OF DES MOINES, IOWA, : <br> Des Moines Police Detective BRAD : <br> YOUNGBLUT and Des Moines Police : <br> Lieutenant JOSEPH LEO, and Des Moines : <br> Police Sergeant CHRISTOPHER CURTIS : <br> : <br> Defendants. : | CIVIL ACTION No.: 4:18-cv-000289 <br><br> NOTICE OF APPEAL |

COMES NOW the Plaintiff, Daniel Thomas Robbins, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4, hereby give notice that Plaintiff is appealing to the United States District Court of Appeals for Eighth Circuit as a matter of right from:

1. The District Court's June 18, 2019, Order granting Defendant's Motion for Summary Judgment in its entirety.

2. Any and all other rulings adverse to Plaintiff is said Judgments and Orders otherwise appealable by Plaintiff.

Tuesday, July 16, 2019

Respectfully submitted,

*s/Glen S. Downey*
Glen S. Downey                    AT0012428
LAW OFFICES OF GLEN S. DOWNEY, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
412-865-7110
glen@downeymundy.com

s/Gary Dickey

Gary Dickey                              AT0001999
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 East Walnut Street, Suite 1
Des Moines, IA, 50309
515-288-5008
gary@dickeycampbell.com

*Attorneys for Daniel Thomas Robbins*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on this date, I electronically filed the forgoing paper with the Clerk of Court by using the CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

**DATE**: July 16, 2019

/s/Glen S. Downey
GLEN S. DOWNEY
glen@downey-lawnet