IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DANIEL THOMAS ROBBINS,<br>      Plaintiff,<br><br>v.<br><br>BRAD YOUNGBLUT, JOSEPH LEO,<br>and CHRISTOPHER CURTIS<br>      Defendants. | Case No. 4:18-CV-289<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

COME NOW the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby jointly and voluntarily stipulate to the complete dismissal of this action, including all claims, with prejudice.

IT IS FURTHER STIPULATED that without further notice, an Order of Dismissal with prejudice, without any further costs to the parties may be entered herein as to all of Plaintiff's claims against the Defendants.

WHEREFORE, the parties hereby voluntarily stipulate to the dismissal of this action and request that the Court enter an Order dismissing this lawsuit in its entirety

Respectfully submitted,

/s/ *Gary Dickey*
Gary Dickey AT# 001999
Matthew Sahag AT#0008849
DICKEY, CAMPBELL &
SAHAG LAW FIRM, P.L.C.
301 East Walnut Street, Suite 1
Des Moines, Iowa 50309
PH: 515.288.5008 FAX: 515.288.5010
gary@iowajustice.com
matthew@iowajustice.com

/s/ *Michelle R. Mackel-Wiederanders*
Michell R. Mackel-Wiederanders AT#0004790
Luke DeSemet AT#0010219
Assistant City Attorneys
City Hall, 400 Robert D. Ray Dr.
Des Moines, Iowa   50309-1891
PH:   515.283.4537 FAX:   515.237.1748
MRMackel@dmgov.org
LMDesemet@dmgov.org

PROOF OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:  \_\_\_\_\_ U.S. Mail          \_\_\_\_\_ Fax
     \_\_\_\_\_ Courthouse Mail    \_\_\_\_\_ Hand delivered
     \_\_\_\_\_ Certified Mail     \_\_x\_\_ Other (electronic)

Signature: _____/s/Gary Dickey_____

Date: _____11/09/22_____